Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

THE LARYNGEAL MASK
COMPANY LTD. and LMA NORTH
AMERICA, INC.
vs
AMBU A/S, AMBU INC., AMBU
LTD., and AMBU SDN. BHD.

FILED
OCT 15 PM 3: 09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: /s/   DEPUTY

SUMMONS IN A CIVIL ACTION

Case No. 07 CV 1988 DMS (NLS)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Frederick S. Berretta
KNOBBE, MARTENS, OLSON & BEAR LLP
550 West C Street, Suite 1200
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 15 2007

W. Samuel Hamrick, Jr.
CLERK

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)