**ORIGINAL**

1  John B. Sganga (State Bar No. 116,211)
   Frederick S. Berretta (State Bar No. 144,757)
2  Joshua J. Stowell (State Bar No. 246,916)
   KNOBBE, MARTENS, OLSON & BEAR, LLP
3  550 West C Street
   Suite 1200
4  San Diego, CA 92101
   (619) 235-8550
5  (619) 235-0176 (FAX)

6  Vicki S. Veenker (State Bar No. 158,669)
   Adam P. Noah (State Bar No. 198,669)
7  SHEARMAN & STERLING LLP
   1080 Marsh Road
8  Menlo Park, CA 94025
   (650) 838-3600
9  (650) 838-3699 (FAX)

10 Attorneys for Plaintiffs
   THE LARYNGEAL MASK COMPANY LTD.
11 and LMA NORTH AMERICA, INC.

12

13            IN THE UNITED STATES DISTRICT COURT

14         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

15                                    '07 CV 1988 DMS (NLS)

16  THE LARYNGEAL MASK COMPANY    )  Civil Action No.
    LTD. and LMA NORTH AMERICA, INC., )
17                                 )
                                   )
18        Plaintiffs,              )  NOTICE OF PARTY WITH FINANCIAL
                                   )  INTEREST
19      v.                         )
                                   )
20  AMBU A/S, AMBU INC., AMBU LTD.,)
    and AMBU SDN. BHD.,            )
21                                 )
         Defendants.               )
22  _____)

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

Notice is hereby provided that Plaintiffs The Laryngeal Mask Company Ltd. and LMA North America, Inc. are both subsidiaries of LMA International N.V., a public company listed on the Main Board of the Singapore Exchange Securities Trading Limited.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: October 15, 2007

By: /s/ John B. Sganga
John B. Sganga
Frederick S. Berretta
Joshua J. Stowell

Attorneys for Plaintiffs
THE LARYNGEAL MASK COMPANY LTD.
and LMA NORTH AMERICA, INC.

4400273

**ORIGINAL**

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Southern District of California__ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED 10/12/2007 | U.S. DISTRICT COURT Southern District of California |
|---|---|---|
| PLAINTIFF<br>THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC. | | DEFENDANT<br>AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,303,697 | 4/19/1994 | The Laryngeal Mask Company Ltd. |
| 2 | 7,156,100 | 1/2/2007 | The Laryngeal Mask Company Ltd. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy