John B. Sganga (State Bar No. 116,211)
Frederick S. Berretta (State Bar No. 144,757)
Joshua J. Stowell (State Bar No. 246,916)
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street
Suite 1200
San Diego, CA 92101
(619) 235-8550
(619) 235-0176 (FAX)

Vicki S. Veenker (State Bar No. 158,669)
Adam P. Noah (State Bar No. 198,669)
SHEARMAN & STERLING LLP
1080 Marsh Road
Menlo Park, CA 94025
(650) 838-3600
(650) 838-3699 (FAX)

Attorneys for Plaintiffs
THE LARYNGEAL MASK COMPANY LTD.
and LMA NORTH AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD., <br><br> Defendants. | Civil Action No. 07 CV 1988 DMS (NLS) <br><br> **REQUEST FOR THE CLERK OF COURT TO EFFECT FOREIGN SERVICE BY MAIL PURSUANT TO FRCP 4(f)(2)(C)(ii) AND 4(h)(2)** <br><br> Honorable Dana M. Sabraw |

Plaintiffs The Laryngeal Mask Company Ltd. and LMA North America, Inc. hereby Request that the Clerk of Court mail a copy of the Summons, First Amended Complaint for Infringement of U.S. Patent Nos. 5,303,697 and 7,156,100, Civil Cover Sheet, and Notice of Party with Financial Interest filed in this action, along with a copy of the Court's Order authorizing this Request, to Defendant Ambu Sdn. Bhd. at the following address:

///

Ambu Sdn. Bhd.
Lot 69B
Lintang Bayan Lepas 6, Phase IV
Penang Malaysia
Attention: Legal Department

By registered priority mail international, return receipt requested, pursuant to the provisions of FRCP 4(f)(2)(C)(ii) and 4(h)(2).

Plaintiffs have brought an action for patent infringement against Defendants Ambu A/S, Ambu Inc., Ambu Ltd., and Ambu Sdn. Bhd. Plaintiffs' Request concerns Defendant Ambu Sdn. Bhd., a foreign corporation of the country of Malaysia. FRCP Rule 4(f)(2)(C)(ii) states, in pertinent part, that "unless prohibited by the law of the foreign country" service may be effected by "any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the party to be served." FRCP Rule 4(h)(2) permits this form of service to be used on foreign corporations "not within any judicial district of the United States."

This method of service is authorized by the domestic law of Malaysia, as stated on the U.S. Department of State website concerning Malaysia Judicial Assistance, at: (http://travel.state.gov/law/info/judicial/judicial_656.html).

A Proposed Order instructing the Clerk of Court to effect service by this manner is submitted herewith.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: October 29, 2007        By: s/Frederick S. Berretta
                                    John B. Sganga
                                    Frederick S. Berretta
                                    Joshua J. Stowell

Attorneys for Plaintiffs
THE LARYNGEAL MASK COMPANY LTD.
and LMA NORTH AMERICA, INC.

4436223