UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

The Laryngeal Mask Company Ltd., et al.

vs.

Ambu A/S, et al.

No. 07 CA 1988 DMS(NLS)

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons and First Amended Complaint for Infringement of United States Patents Nos. 5,303,697 and 7,156,100 in the above entitled case, hereby depose and say:

    That my date of birth / age is 08-29-1969.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 3:00 pm on October 18, 2007, I served Ambu, Inc. c/o The Corporation Trust Incorporated, Registered Agent at 300 East Lombard Street, Baltimore, Maryland 21202 by serving Leona Jones, Fulfillment Specialist, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    42
 HEIGHT-    5'8"
   HAIR-    BLACK
 WEIGHT-    175
   RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 10/19/07
              Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 196034