IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD.<br><br>Defendants. | Civil Action No. 07CV 1988 DMS (NLS)<br><br>**ORDER INSTRUCTING CLERK TO EFFECT FOREIGN SERVICE BY MAIL PURSUANT TO FRCP 4(f)(2)(C)(ii) AND 4(h)(2)** |

Presently before the Court is the Request For the Clerk of Court to Effect Foreign Service By Mail Pursuant to FRCP 4(f)(2)(C)(ii) and 4(h)(2) submitted by Plaintiffs The Laryngeal Mask Company Ltd. and LMA North America, Inc.

Plaintiffs have brought an action against Defendants Ambu A/S, Ambu Inc., Ambu Ltd., and Ambu Sdn. Bhd. Plaintiffs' Request concerns Defendant Ambu Sdn. Bhd., a foreign corporation of the country of Malaysia. FRCP Rule 4(f)(2)(C)(ii) states, in pertinent part, that "unless prohibited by the law of the foreign country" service may be effected by "any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the party to be served." FRCP

1  Rule 4(h)(2) permits this form of service to be used on foreign corporations "not within any judicial
2  district of the United States."
3      GOOD CAUSE appearing therefore, the Court hereby GRANTS Plaintiffs' Request to
4  Effect Foreign Service By Mail Pursuant to FRCP 4(f)(2)(C)(ii) and 4(h)(2).
5      The Clerk of Court is instructed to serve Defendant Ambu Sdn. Bhd. a copy of the Summons,
6  First Amended Complaint for Infringement of U.S. Patent Nos. 5,303,697 and 7,156,100, Civil Cover
7  Sheet, and Notice of Party with Financial Interest filed in this action, along with a copy of this Order,
8  by registered priority mail international, return receipt requested, to the following address:

Ambu Sdn. Bhd.
Lot 69B
Lintang Bayan Lepas 6, Phase IV
Penang Malaysia
Attention:  Legal Department

**IT IS SO ORDERED.**

DATED:  November 2, 2007

_____
HON. DANA M. SABRAW
United States District Judge

-1-    Case No. 07CV1988 DMS (NLS)