| Click-N-Ship | LJ503531430US0010450100011300 |
|---|---|
| www.usps.com US POSTAGE PAID ONLINE DISCOUNT RATE | |
| 1 lb 0 oz   11/02/2007   Mailed from 92101   071V00586912 | |

**LJ 503 531 430 US**

## USPS® Priority Mail International Flat Rate Envelope

**Customs Declaration   CN 22**

Contents:

- Gift ☐
- Commercial Sample ☐
- Documents ☒
- Other ☐

**From:** CLERK OF COURT
USDC - SOUTHERN DISTRICT OF CA
SUITE 4290
880 FRONT STREET
SAN DIEGO CA 92101
USA

| Detailed description of contents: | Qty. | Weight lb. oz. | Value (US $) |
|---|---|---|---|
| Legal Documents | 1 | 1   0 | 100.00 |

**To:** LEGAL DEPARTMENT
AMBU SDN. BHD.
LOT 69B
LINTANG BAYAN LEPAS6
PHASE IV
11300 PENANG
**MALAYSIA**

| HS tariff number and country of origin: | | 1   0 | 100.00 |
|---|---|---|---|

I, the undersigned, whose name and address are given on the item, certify that the particulars given in this declaration are correct and that this item does not contain any dangerous article or articles prohibited by legislation or by postal or customs regulations.

**Sender's signature:** CLERK OF COURT   **Date:** 11/02/2007

**Mailing Office Date Stamp**

Nov 2, 2007   92101   USPS

PS Form 2976-PMI   Do not duplicate this form without USPS approval.   The item/parcel may be opened officially.

---

✂ - - - - - - - - - - - - - - - *Cut on dotted line.* - - - - - - - - - -

## Instructions

1. Priority Mail flat rate envelope is required when shipping at flat rate.

2. Verify that all information populated in the form is correct.

3. Commercial senders: if known enter the 6 digit HS tariff number, which must be based on the Harmonized Commodity Description and Coding System developed by the World Customs Organization. "Country of Origin" means the country where the goods originated - e.g., were produced / manufactured or assembled.

4. Place your label so it does not wrap around the edge of package.

5. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure edges are secure.

6. To mail: International packages may NOT be placed in a USPS collection box. Please present to a retail associate in U.S. Postal Service retail outlet, hand to your letter carrier at the time of mail delivery or schedule a carrier pickup.

7. Item must be mailed on the mailing date selected.

8. The shipping label is unique and can be used only once.

## Online Label Record

**Customs Barcode Number:**
**LJ 503 531 430 US**

Paid Online
Transaction #:   101528104
Print Date:   11/02/2007
Ship Date:   11/02/2007
Weight:   1 lb 0 oz

Priority Mail International Postage:   $10.45
Total:   $10.45

**From:** CLERK OF COURT
USDC - SOUTHERN DISTRICT OF CA
SUITE 4290
880 FRONT STREET
SAN DIEGO CA 92101
USA

**To:** LEGAL DEPARTMENT
AMBU SDN. BHD.
LOT 69B
LINTANG BAYAN LEPAS6
PHASE IV
11300 PENANG
**MALAYSIA**

 *Thank you for shipping with the United States Postal Service!*