WRIGHT & L'ESTRANGE
A Partnership Including
Professional Corporations
   John H. L'Estrange, Jr. (SBN 049594)
401 West A Street, Suite 2250
San Diego, California 92101
Telephone: (619) 231-4844
Facsimile: (619) 231-6710

Attorneys for Defendant AMBU INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., )<br><br>           Plaintiffs,<br><br>      v.<br><br>AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD., )<br><br>           Defendants.<br>                                           ) | Case No.: 07cv1988 DMS (NLS)<br><br>**JOINT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>JUDGE:        Hon. Dana M. Sabraw<br>Courtroom :    10 |

Plaintiffs and defendant, AMBU, INC. through counsel, jointly move for a thirty day enlargement of time for defendant, AMBU, INC. to answer or otherwise respond to the First Amended Complaint. The reason for this enlargement is that AMBU, INC. requests more time to prepare its response.

The Complaint in this action was filed on October 15, 2007 [Docket no. 1]. A First Amended Complaint was filed on October 17, 2007 [Docket no. 4]. The First Amended Complaint was served on AMBU, INC. on October 18, 2007 [Docket no. 6]. The response is due on or before November 7, 2007. Id.

On October 29, 2007, the Plaintiffs filed a motion for an order requesting the Clerk of the Court to effect foreign service by mail pursuant to Federal Rule of Civic Procedure 4(f)(2)(C)(ii) and 4(h)(2) on defendant AMBU SDN. BHD. Plaintiffs represent they are in the process of serving the other defendants.

1         Counsel stipulated that the defendant AMBU, INC., may have an additional 30 days to answer

2  or otherwise respond to the First Amended Complaint, so it may have more time to prepare its response.

3  Defendant AMBU, INC., acknowledges and agrees that, by stipulating to this Joint Motion for

4  Enlargement of Time, Plaintiffs are not waiving or in any diminishing any rights they may have to move

5  to disqualify the firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP and/or the firm of

6  Wright & L'Estrange. By stipulating to this Joint Motion AMBU, INC. does not concede there is any

7  basis to disqualify its counsel.

8         Pursuant to the parties' agreement, the answer or other  response by defendant AMBU, INC.

9  would be due on or before December 7, 2007. For the reasons stated, the parties respectfully request that

10  the Court grant this joint motion for enlargement of time to answer or otherwise respond to the First

11  Amended Complaint.

12         A proposed Order is submitted herewith.

13                         WRIGHT & L'ESTRANGE
                         Attorneys for Defendant AMBU, INC.

14

15

  DATED: November 5, 2007      By:____s/John H. L'Estrange, Jr._____
16                              E-mail: jlestrange@wllawsd.com

17

18                         KNOBBE, MARTENS, OLSON & BEAR, LLP
                         Attorneys for Plaintiffs

19

20

  DATED: November 5, 2007      By:____s/Frederick S. Berretta_____
21                              E-mail: fberretta@kmob.com

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

<u>The Laryngeal Mask Company v. AMBU A/S, et al.</u>
U.S. District Court, Southern District, Case No.07cv1988 DMS (NLS)

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is 401 West A Street, Suite 2250, San Diego, California 92101; and that I served the below-named persons the following documents:

**JOINT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

in the following manner:

1. _____By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge.

2. _____By placing a copy in a separate envelope, with postage fully prepaid, for only    persons as indicated below and depositing each in the U.S. Mail at San Diego, California, on the date of this declaration.

3. _____By placing a copy in a separate Federal Express envelope, addressed to the addressee(s) named below.    I am readily familiar with the practice of this firm for collection and processing of correspondence by Federal Express.  Pursuant to this practice, correspondence would be deposited in the Federal Express box located at 401 West A Street, San Diego, California 92101, in the ordinary course of business on the date of this declaration.

4. _____By transmitting the document(s) via facsimile on the date of this declaration to only those persons as indicated below and that the transmission was reported as complete and without error.  The phone number of the transmitting facsimile machine is (619) 231-6710.

5. x_____By transmitting the document(s) via Notice of Electronic Filing through CM/ECF on the date of this declaration to those persons as indicated below.

The addressee(s) is (are) as follows:

Frederick S. Berretta, Esq.
KNOBBE MARTENS OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
Email: fberretta@kmob.com

I declare that I am member of the bar of this court at whose direction the service was made. Executed on October 9, 2007.

s/John H. L'Estrange, Jr.
E-mail: jlestrange@wllawsd.com