UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD., <br><br>　　　　Defendants. | Case No.: 07cv1988 DMS (NLS) <br><br>**ORDER RE ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT** <br><br>JUDGE:　Hon. Dana M. Sabraw <br>Courtroom :　10 |

　　The parties stipulated that the defendant, AMBU, INC. may have a thirty (30) day enlargement of time to answer or otherwise respond to the First Amended Complaint [Docket no. 4].

　　GOOD CAUSE HAVING BEEN SHOWN, the joint motion to enlarge time to answer or otherwise respond to the First Amended Complaint is granted.  It is ORDERED that the answer or other response to the First Amended Complaint by defendant AMBU, INC. is due on or before December 7, 2007.

DATED: November 7, 2007

_____
HON. DANA M. SABRAW
United States District Judge