```
 1  WRIGHT & L'ESTRANGE
    John H. L'Estrange, Jr. (SBN 049594)
 2  jlestrange@wllawsd.com
    Joseph T. Ergastolo (SBN 137807)
 3  jte@wllawsd.com
    401 West A Street, Suite 2250
 4  San Diego, California 92101
    (619) 231-4844   Fax: (619) 231-6710
 5

 6
    FINNEGAN HENDERSON FARABOW
 7  GARRETT & DUNNER, LLP
    Gerald F. Ivey
 8  Bryan C. Diner
    P. Andrew Riley
 9  901 New York Avenue, NW
    Washington, DC 20001-4413
10  (202) 408-4000   Fax: (202) 408-4400

11
    FINNEGAN HENDERSON FARABOW
12  GARRETT & DUNNER, LLP
    Robert L. Burns
13  11955 Freedom Drive
    Reston, VA 20190-5675
14  (571) 203-2736   Fax: (202) 408-4400

15  Attorneys for Defendant AMBU, INC.
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.<br><br>Plaintiffs<br><br>v.<br><br>AMBU ASDCERS, AMBU INC., AMBU LTD., and AMBU SDN.BHD.,<br><br>Defendants. | Case No.: 07cv1988 DMS (NLS)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Judge:    Hon. Dana M. Sabraw<br>Courtroom: 10 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that Wright and L'Estrange hereby associates the following attorneys as co-counsel in the above-referenced matter:

1

| | |
|---|---|
| 1 | FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP |
| 2 | Gerald F. Ivey<br>gerald.ivey@finnegan.com |
| 3 | Bryan C. Diner<br>bryan.diner@finnegan.com |
| 4 | P. Andrew Riley<br>andrew.riley@finnegan.com |
| 5 | 901 New York Avenue, NW<br>Washington, DC 20001-4413 |
| 6 | (202) 408-4000  Fax: (202) 408-4400 |
| 7 | FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP |
| 8 | Robert L. Burns<br>robert.burns@finnegan.com |
| 9 | 11955 Freedom Drive<br>Reston, VA 20190-5675 |
| 10 | (571) 203-2736  Fax: (202) 408-4400 |
| 11 | The associated counsel will file applications to appear *pro hac vice*. |
| 13 | DATED: November 16, 2007          WRIGHT & L'ESTRANGE<br>                                                       Attorneys for Defendant, AMBU, INC. |
| 16 |                                                       By:   /s/<br>                                                             John H. L'Estrange, Jr. |
| 17 |                                                             jlestrange@wllawsd.com |

-2-

Case No.: 07cv1988 DMS (NLS)

# CERTIFICATE OF SERVICE
## THE LARYNGEAL MASK COMPANY LTD. v. AMBU, et al.
### U.S. District Court, Southern District, Case No. 07cv1988 DMS (NLS)

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is 401 West A Street, Suite 2250, San Diego, California 92101; and that I served the below-named persons the following documents:

**NOTICE OF ASSOCIATION OF COUNSEL**

in the following manner:

1.     By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge.

2. xx     By placing a copy in a separate envelope, with postage fully prepaid, for only persons as indicated below and depositing each in the U.S. Mail at San Diego, California, on the date of this declaration.

3.     By placing a copy in a separate Federal Express envelope, addressed to the addressee(s) named below. I am readily familiar with the practice of this firm for collection and processing of correspondence by Federal Express. Pursuant to this practice, correspondence would be deposited in the Federal Express box located at 401 West A Street, San Diego, California 92101, in the ordinary course of business on the date of this declaration.

4.     By transmitting the document(s) via facsimile on the date of this declaration to only those persons as indicated below and that the transmission was reported as complete and without error. The phone number of the transmitting facsimile machine is (619) 231-6710.

5. xx     By transmitting the document(s) via Notice of Electronic Filing through CM/ECF on the date of this declaration to those persons as indicated below.

The addressee(s) is (are) as follows:

Frederick S. Berretta, Esq.
KNOBBE MARTENS OLSON and BEAR
550 West C Street, Suite 1200
San Diego, CA 92101
619.235.8550
619.235.0176 (fax)
fberretta@kmob.com

**VIA U.S. MAIL ONLY TO:**
Vicki S. Veenker
SHEARMAN & STERLING LLP
1080 Marsh Road
Menlo Park, CA 94025
(650) 838-3600
(650) 838-3699 (fax)
vveenker@shearman.com

I declare that I am member of the bar of this court at whose direction the service was made. Executed on November 16, 2007.

                                                s/John H. L'Estrange, Jr.
                                                email: jlestrange@wllawsd.com