1  John B. Sganga (State Bar No. 116,211)
   Frederick S. Berretta (State Bar No. 144,757)
2  Joshua J. Stowell (State Bar No. 246,916)
   KNOBBE, MARTENS, OLSON & BEAR, LLP
3  550 West C Street
   Suite 1200
4  San Diego, CA 92101
   (619) 235-8550
5  (619) 235-0176 (FAX)

6  Vicki S. Veenker (State Bar No. 158,669)
   Adam P. Noah (State Bar No. 198,669)
7  SHEARMAN & STERLING LLP
   1080 Marsh Road
8  Menlo Park, CA 94025
   (650) 838-3600
9  (650) 838-3699 (FAX)

10 Attorneys for Plaintiffs
   THE LARYNGEAL MASK COMPANY LTD.
11 and LMA NORTH AMERICA, INC.

12

13              IN THE UNITED STATES DISTRICT COURT

14             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD., <br><br> Defendants. <br><br><br> AMBU, INC., <br><br> Counterclaimant, <br><br> v. <br><br> THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Counter-Defendant. | Civil Action No. 07 CV 1988 DMS (NLS) <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISQUALIFY FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP** <br><br> Date: January 11, 2008 <br> Time: 1:30 pm <br> Courtroom 10, 2nd Floor <br><br> Honorable Dana M. Sabraw |

-1-

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on January 11, 2008, at 1:30 p.m., or as early as possible thereafter, Plaintiffs The Laryngeal Mask Company, Ltd. and LMA North America, Inc. (collectively "LMA") will appear in the above referenced Court, located at 940 Front Street, Courtroom 10, San Diego, CA 92101, and will, and hereby does, move the Court to disqualify Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.

## MOTION

Plaintiffs The Laryngeal Mask Company, Ltd. and LMA North America, Inc. (collectively "LMA") hereby moves the Court to disqualify Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and the Declarations of Stephen Marzen, Wendy Ackerman, Ellen Peck and Frederick Berretta with supporting exhibits, filed concurrently herewith, as well as such other oral and/or documentary evidence as may be presented at or before the time of the hearing.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: December 6, 2007

By: s/Frederick S. Berretta
John B. Sganga
jsganga@kmob.com
Frederick S. Berretta
fred.berretta@kmob.com
Joshua J. Stowell
joshua.stowell@kmob.com

Attorneys for Plaintiffs
THE LARYNGEAL MASK COMPANY LTD.
and LMA NORTH AMERICA, INC.

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2007, I caused the foregoing **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISQUALIFY FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the applicable registered filing users.

VIA ECF:

John L'Estrange, Jr.
j.lestrange@wllawsd.com
WRIGHT & L'ESTRANGE

VIA E-MAIL:

Bryan C. Diner
bryan.diner@finnegan.com
Gerald Ivey
gerald.ivey@finnegan.com
P. Andrew Riley
andrew.riley@finnegan.com
Robert Burns
robert.burns@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP

VIA E-MAIL:

Sean M. SeLegue
sselegue@howardrice.com
HOWARD, RICE, NEOROVSKI,
CANADY, FALK & RABIN

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Dated: December 6, 2007

_Megan Placin_
Megan Placin

4509231
110707