| | |
|---|---|
| **Stephen Marzen/DC/NA/ShS**<br>01/30/2007 03:21 AM | To  mike.jakes@finnegan.com<br>cc  Wendy Ackerman/DC/NA/ShS@ShSDOMAIN<br>bcc<br>Subject  LMA International N.V. |

Dear Mike,

Please see the attached letter.

With warmest regards,

Steve
Stephen Marzen
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20004-2604
+1.202.508.8174 (direct dial)

+1.202.508.8100 (telecopier)    20070130_Mike_Jakes_Ltr.pdf

## SHEARMAN & STERLING LLP

801 PENNSYLVANIA AVENUE, NW | WASHINGTON, DC | 20004-2634

WWW.SHEARMAN.COM | T +1.202.508.8000 | F +1.202.508.8100

smarzen@shearman.com
+1.202.508.8174

January 30, 2007

*By e-mail to mike.jakes@finnegan.com*

J. Michael Jakes, Esq.
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001-4413

Re: LMA International N.V.

Dear Mike:

We regret that you and your firm cannot represent LMA International N.V. ("LMA") in the patent-infringement litigation we discussed in your firm's offices on November 22, 2006. Last Wednesday, you told me that your firm had been retain in the interim and now has a non-waivable conflict of interest that prohibits your and your firm from representing LMA.

Even though you cannot represent LMA, we understand that you are required to maintain in strict confidence all information obtained from your prospective client. We therefore request that you and your associate not use or reveal any of the confidences and secrets provided by Wendy Ackerman and me on behalf of LMA.

Wendy and I enjoyed meeting you and your associate and hope that we will have the opportunity to work together in the future. In the meantime, thank you for your consideration.

Sincerely yours,

/s/ Stephen Marzen

cc: Wendy Ackerman

ABU DHABI | BEIJING | BRUSSELS | DÜSSELDORF | FRANKFURT | HONG KONG | LONDON | MANNHEIM | MENLO PARK
MUNICH | NEW YORK | PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.

EXHIBIT D PAGE 2 OF 2