```
 1  John B. Sganga (State Bar No. 116,211)
    Frederick S. Berretta (State Bar No. 144,757)
 2  Joshua J. Stowell (State Bar No. 246,916)
    KNOBBE, MARTENS, OLSON & BEAR, LLP
 3  550 West C Street
    Suite 1200
 4  San Diego, CA  92101
    (619) 235-8550
 5  (619) 235-0176 (FAX)

 6  Vicki S. Veenker (State Bar No. 158,669)
    Adam P. Noah (State Bar No. 198,669)
 7  SHEARMAN & STERLING LLP
    1080 Marsh Road
 8  Menlo Park, CA  94025
    (650) 838-3600
 9  (650) 838-3699 (FAX)

10  Attorneys for Plaintiffs
    THE LARYNGEAL MASK COMPANY LTD.
11  and LMA NORTH AMERICA, INC.
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD., <br><br> Defendants. | Civil Action No. 07 CV 1988 DMS (NLS) <br><br> **DECLARATION OF FREDERICK BERRETTA IN SUPPORT OF PLAINTIFFS' MOTION TO DISQUALIFY FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP** <br><br> Date: January 11, 2008 <br> Time: 1:30 pm <br> Courtroom 10, 2nd Floor <br><br> **Hon. Judge Dana M. Sabraw** |
| AMBU, INC., <br><br> Counterclaimant, <br><br> v. <br><br> THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Counter-Defendant | |

-1-

I, Frederick Berretta, declare and state as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel of record for Plaintiffs The Laryngeal Mask Company Ltd. ("LMC") and LMA North America, Inc. ("LMA NA") in this action. I submit this Declaration in Support of Plaintiffs' Motion to Disqualify Finnegan Henderson Farabow Garrett & Dunner, LLP ("Finnegan") from representing Defendants in this action. The following statements are based on my personal knowledge unless otherwise indicated.

2. Attached hereto as Exhibit E is a true and correct copy of a letter from counsel for LMA (Fred Berretta) to counsel for Ambu (Robert Burns) and General Counsel for Finnegan (Phil Sunshine) dated November 12, 2007 regarding LMA objection to Finnegan's representation of Ambu in this lawsuit.

3. Attached hereto as Exhibit F is a true and correct copy of a letter from outside counsel for Finnegan (Sean SeLegue) to counsel for LMA (Fred Berretta) dated November 14, 2007 setting forth Finnegan's position on LMA's objection to Finnegan's representation of Ambu in this lawsuit.

4. Attached hereto as Exhibit G is a true and correct copy of a letter from counsel for LMA (Fred Berretta) to outside counsel for Finnegan (Sean SeLegue) dated November 21, 2007 responding to the position of Finnegan's outside counsel regarding the disqualification of Finnegan.

5. Attached hereto as Exhibit H is a true and correct copy of an internal Finnegan "memorandum" dated January 5, 2007 that was emailed to counsel for LMA (Fred Berretta) on November 29, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 5th, 2007 in San Diego, California.

_____
Frederick Berretta

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2007, I caused the foregoing **DECLARATION OF FREDERICK BERRETTA IN SUPPORT OF PLAINTIFFS' MOTION TO DISQUALIFY FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the applicable registered filing users.

VIA ECF:

John L'Estrange, Jr.
j.lestrange@wllawsd.com
WRIGHT & L'ESTRANGE

VIA E-MAIL:

Bryan C. Diner
bryan.diner@finnegan.com
Gerald Ivey
gerald.ivey@finnegan.com
P. Andrew Riley
andrew.riley@finnegan.com
Robert Burns
robert.burns@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP

VIA E-MAIL:

Sean M. SeLegue
sselegue@howardrice.com
HOWARD, RICE, NEOROVSKI, CANADY,
FALK & RABIN

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Dated: December 6, 2007

*/s/ Megan Ptacin*
Megan Ptacin

4621205
120507