# Knobbe Martens Olson & Bear LLP
### Intellectual Property Law

550 West C Street
Suite 1200
San Diego CA 92101
Tel 619-235-8550
Fax 619-235-0176
www.kmob.com

Frederick S. Berretta
fberretta@kmob.com

November 12, 2007

**VIA FACSIMILE**

Robert Burns, Esq.
Finnegan, Henderson, Farabow Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Phil Sunshine, Esq.
General Counsel
Finnegan, Henderson, Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

Re: The Laryngeal Mask Company Ltd. and LMA North America, Inc. v. Ambu A/S, Ambu Inc., Ambu Ltd., and Ambu Sdn. Bhd.,
Civil Action No. 07 cv 1988 DMS (NLS) (S.D. Cal.)
Our Reference: LMANL.001L

Dear Messrs. Burns and Sunshine:

As you know, we represent Plaintiffs The Laryngeal Mask Company Ltd. and LMA North America, Inc. in the above-referenced action. We understand that Finnegan, Henderson, Farabow Garrett & Dunner LLP ("Finnegan") intends to appear and represent Ambu A/S, Ambu Inc., Ambu Ltd., and Ambu Sdn. Bhd. ("the Ambu Defendants") in the action. We believe that such representation would be a violation Finnegan's duties and obligations under applicable ethical rules, including the successive conflicts rule. Accordingly, we hereby demand that Finnegan withdraw from any representation of the Ambu Defendants related to the above-referenced action. We further demand that Finnegan immediately cease consulting with the law firm of Wright & L'Estrange, or any other law firm, regarding representing the Ambu Defendants in this matter.

Sincerely yours,

Frederick S. Berretta

cc: John H. L'Estrange, Esq.
4527635

| Orange County | San Francisco | Los Angeles | Riverside | San Luis Obispo | Washington, DC |
|---|---|---|---|---|---|
| 949-760-0404 | 415-954-4114 | 310-551-3450 | 951-781-9231 | 805-547-5580 | 202-640-6400 |