# HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024

Tel. 415/434-1600 - Fax 415/217-5910

## TELECOMMUNICATIONS TRANSMITTAL SHEET
November 14, 2007

**PLEASE NOTE:** THIS FACSIMILE AND THE INFORMATION IT CONTAINS ARE INTENDED TO BE A CONFIDENTIAL COMMUNICATION ONLY TO THE PERSON(S) SPECIFIED IN THE "TO" LINE BELOW. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FAX TO THE ABOVE ADDRESS BY UNITED STATES MAIL. THANK YOU.

TO:     Frederick S. Berretta, Esq.                FAX:   619-235-0176
                                                   PHONE: 619-235-8550

FROM:   Robert Hallman                             FAX:   415.217.5910
                                                   PHONE: (415) 434-1600

TOTAL NO. OF PAGES (Including this cover page):                    2

SUBJECT:   The Laryngeal Mask Company v. Ambu

COMMENTS:



**HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN**
*A Professional Corporation*

Three Embarcadero Center
Seventh Floor
San Francisco, CA 94111-4024

Telephone 415.434.1600
Facsimile 415.217.5910
www.howardrice.com

Writer's Information:
Sean M. SeLegue
sselegue@howardrice.com

November 14, 2007

**VIA FACSIMILE AND U.S. MAIL**

Frederick S. Berretta, Esq.
Knobbe Martens Olson & Bear LLP
550 West C Street
Suite 1200
San Diego, CA 92101

    Re: *The Laryngeal Mask Company Ltd and LMA North America, Inc. v. Ambu A/S, Ambu Inc., Ambu Ltd., and Ambu Sdn Bhd.*, No. 07 cv 1988 DMS (S.D. Cal.)

Dear Mr. Berretta:

As Finnegan informed you last week, Finnegan retained outside ethics counsel to review your position and respond this week. I am responding in our capacity as Finnegan's outside counsel on this matter.

Having reviewed the relevant facts, our conclusion is that disqualification is not warranted. Among other things, when a Finnegan lawyer was first approached by Ambu in early January 2007, Finnegan immediately established an ethical screen around the two other Finnegan lawyers who had met with Laryngeal Mask Company representatives in November 2006.

If you continue to disagree and intend to file a motion to disqualify, then we would like to have the Court decide the matter as soon as possible. We request that you file your moving papers within the next week, so that we might secure a December hearing date and have this issue determined by the end of the year. In addition, please direct communications about the motion to disqualify to my office. Thank you.

    Sincerely,

    S.M.SeLegue /RDH
    Sean M. SeLegue

cc: John H. L'Estrange, Jr., Esq.