# Memorandum

Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.

To: All Attorneys and Other Employees of the Firm

From: Phil Sunshine

Date: January 5, 2007

Subject: "Ethical Wall" involving the representation of Ambu A/S adverse to Laryngeal Mask Company Ltd.

Bryan Diner will be representing Ambu A/S ("Ambus") adverse to Laryngeal Mask Company Ltd. in intellectual property analysis involving U.S. Patent 7,156,100 directed to a laryngeal mask airway device (the "Laryngeal Matter").

Mike Jakes and John Williamson were previously contacted, on November 22, 2006, to discuss possible legal representation of Laryngeal Mask Company Ltd. (the "Prospective Client") in a matter adverse to Ambu, but the Prospective Client has not requested legal representation by the Firm. In addition, Mike and John did not receive any confidential information from the Prospective Client.

Nonetheless, out of an abundance of caution, the following guidelines are to be followed by all present and future members and employees of the Firm who work for Ambu A/S on the Laryngeal Matter:

1. Mike Jakes and John Williamson shall not work on, or review files or documents for the Laryngeal Matter.

2. Persons who work for Ambu A/S on the Laryngeal Matter are not to share with or solicit from Mike Jakes or John Williamson information or opinions, either legal or factual, about the Laryngeal Matter, or vice versa.

3. Any intentional or accidental breach of the provisions proposed by this Memorandum shall be reported immediately to Phil Sunshine.

4. This ethical wall will be reviewed in three years to determine if it should be modified or withdrawn.