UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Plaintiffs, <br> v. <br><br> AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD, <br><br> Defendants. | Civil No.07cv1988-DMS(NLS) <br><br> **ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE** |

An Early Neutral Evaluation Conference ("ENE") is currently scheduled in the above-captioned matter on January 31, 2008. Pursuant to this Court's order setting the ENE, as well as the Local Patent Rules, counsel for the parties are required to meet and confer pursuant to Federal Rule of Civil Procedure 26 no later than twenty-one days in advance of the ENE in order to participate in the Case Management Conference which immediately follows the ENE. (*See Court's 12.6.07 Order Setting ENE in Patent Case*, Doc. No. 16, ¶ 6.) This would require counsel for the parties to meet and confer no later than January 10, 2008. On December 6, 2007, Plaintiffs filed a Motion to Disqualify the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner LLP from continuing to represent Defendants in this case [Doc. No. 17]. That motion is currently pending before District Judge Sabraw, and set for hearing on January 11, 2008.

On its own motion, and in light of the pending motion to disqualify, the January 31, 2008 ENE is hereby **VACATED**. In the event that the motion to disqualify is denied, the ENE shall be reset on this

1  Court's calendar as soon as practicable following the issuance of Judge Sabraw's ruling. If the motion
2  to disqualify is granted, the ENE shall be reset in a timely manner once Defendants have secured new
3  representation in this matter.
4  **IT IS SO ORDERED**.
5  DATED: December 13, 2007

*/s/ Nita L. Stormes*
Hon. Nita L. Stormes
U.S. Magistrate Judge