John B. Sganga (State Bar No. 116,211)
Frederick S. Berretta (State Bar No. 144,757)
Joshua J. Stowell (State Bar No. 246,916)
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street
Suite 1200
San Diego, CA 92101
(619) 235-8550
(619) 235-0176 (FAX)

Vicki S. Veenker (State Bar No. 158,669)
Adam P. Noah (State Bar No. 198,669)
SHEARMAN & STERLING LLP
1080 Marsh Road
Menlo Park, CA 94025
(650) 838-3600
(650) 838-3699 (FAX)

Attorneys for Plaintiffs and Counter-Defendants,
THE LARYNGEAL MASK COMPANY LTD.
and LMA NORTH AMERICA, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD.,<br><br>Defendants.<br><br>AMBU INC.,<br><br>Counterclaimant,<br><br>v.<br><br>THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.,<br><br>Counter-Defendants. | Civil Action No. 07-cv-1988-DMS (NLS)<br><br>**PLAINTIFFS' REPLY TO COUNTERCLAIMS OF DEFENDANT AMBU INC.** |

Plaintiffs and Counter-Defendants The Laryngeal Mask Company Ltd. and LMA North America, Inc. (hereinafter, "Plaintiffs") hereby Reply to the Counterclaims asserted by Defendant and Counterclaimant Ambu Inc. (hereinafter, "Ambu") in the above-captioned action. This Reply is made by Plaintiffs without prejudice to their pending motion to disqualify the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP ("Finnegan), and without prejudice to Plaintiffs filing a motion to strike or expunge the Answer and Counterclaims and any other pleadings or papers filed in whole or in part by Finnegan in this action should the Court grant Plaintiffs' pending motion.

**REPLY TO COUNTERCLAIMS**

1. In response to Paragraph 1 of Ambu's Counterclaims, this paragraph needs no reply from Plaintiffs because it merely incorporates Ambu's responses and affirmative defenses to the allegations of Plaintiffs' First Amended Complaint. To the extent it purports to incorporate any other allegations or averments by Ambu, they are denied by Plaintiffs.

**The Parties**

2. Plaintiffs admit the allegations of Paragraph 2 of Ambu's Counterclaims.

3. Plaintiffs admit the allegations of Paragraph 3 of Ambu's Counterclaims.

4. Plaintiffs admit the allegations of Paragraph 4 of Ambu's Counterclaims.

5. Plaintiffs admit the allegations of Paragraph 5 of Ambu's Counterclaims.

**Jurisdiction and Venue**

6. In response to Paragraph 6 of Ambu's Counterclaims, Plaintiffs admit that the Counterclaims purport to allege claims arising under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, based upon a controversy between the parties arising under the patent laws of the United States, 35 U.S.C. § 100 *et seq.* Plaintiffs deny that Ambu is entitled to any relief under its Counterclaims. Plaintiffs admit that this Court possesses subject matter jurisdiction over Ambu's Counterclaims.

7. Plaintiffs admit the allegations of Paragraph 7 of Ambu's Counterclaims.

8. In response to Paragraph 8 of Ambu's Counterclaims, Plaintiffs admit that venue is proper in this Court.

**Counterclaim for Declaratory Judgment**

**First Counterclaim**

9. Plaintiffs deny the allegations of Paragraph 9 of Ambu's Counterclaims.

**Second Counterclaim**

10. Plaintiffs deny the allegations of Paragraph 10 of Ambu's Counterclaims.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs and Counter-Defendants The Laryngeal Mask Company Ltd. and LMA North America, Inc. pray for judgment on Ambu's Counterclaims as follows:

A. That the Court enter judgment against Ambu on its Counterclaims; that Ambu take nothing by reason of its Counterclaims; and that the Counterclaims be dismissed with prejudice;

B. That Plaintiffs and Counter-Defendants be awarded their costs and fees incurred in defending Ambu's Counterclaims, including reasonable attorneys' fees, pursuant to 35 U.S.C. § 285; and

C. That Plaintiffs and Counter-Defendants have such other and further relief as this Court may deem just and proper.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: December 20, 2007

By: s/Frederick S. Berretta
John B. Sganga
Frederick S. Berretta
Joshua J. Stowell

Attorneys for Plaintiffs and Counter-Defendants, THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.

4671906

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2007, I caused the foregoing **PLAINTIFFS' REPLY TO COUNTERCLAIMS OF DEFENDANT AMBU INC.** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the applicable registered filing users.

John L'Estrange, Jr.
j.lestrange@wllawsd.com
WRIGHT & L'ESTRANGE

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Dated: December 20, 2007

Megan Placin

4671906