SEAN M. SeLEGUE (No. 155249)
Email: sselegue@howardrice.com
ROBERT D. HALLMAN (No. 239949)
Email: rhallman@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
　　FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Specially appearing as counsel for FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMBU A/S, AMBU INC., AMBU LTD., AND AMBU SDN. BHD., <br><br> Defendants. <br><br> AND RELATED CROSS ACTIONS | No. 07 CV 1988 DMS (NLS) <br><br> NOTICE OF APPEARANCE OF SEAN M. SeLEGUE <br><br> Judge: Hon. Dana M. Sabraw <br> Date: January 11, 2008 <br> Time: 1:30 p.m. <br> Courtroom: 10 |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that SEAN M. SELEGUE enters an appearance on behalf of FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP in the above-captioned action. Please serve said counsel with all pleadings and notices in this action. |
| 2 | |
| 3 | |
| 4 | |
| 5 | DATED: December 28, 2007. |

                                           Respectfully,

                                           SEAN M. SELEGUE
                                           HOWARD RICE NEMEROVSKI CANADY
                                               FALK & RABKIN
                                           A Professional Corporation

                                         By: s/Sean M. SeLegue
                                                Attorney for FINNEGAN HENDERSON
                                                FARABOW GARRETT & DUNNER, LLP
                                                E-mail: sselegue@howardrice.com

W03 122807-169290002/Y04/1471791/vf

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024; and that I served the below-named persons the following document:

NOTICE OF APPEARANCE OF SEAN M. SELEGUE

I served the document by transmitting the document via Notice of Electronic Filing through CM/ECF on the date of this declaration to those persons as indicated below:

The addresses are as follows:

Frederick S. Berretta, Esq.
Knobbe Martens Olson & Bear
550 West C Street, Suite 1200
San Diego, CA 92101
(619) 235-8550
(619) 235-0176 (fax)
fberretta@kmob.com

Vicki S. Veenker, Esq.
Shearman & Sterling LLP
1080 Marsh Road
Menlo Park, CA 94025
(650) 838-3600
(650) 838-3699 (fax)
vveenker@shearman.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on December 28, 2007.

_____
Javier A. Melara
Email: jmelara@howardrice.com