SEAN M. SeLEGUE (No. 155249)
Email: sselegue@howardrice.com
ROBERT D. HALLMAN (No. 239949)
Email: rhallman@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Specially appearing as counsel for FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., Plaintiffs, v. AMBU A/S, AMBU INC., AMBU LTD., AND AMBU SDN. BHD., Defendants. | No. 07 CV 1988 DMS (NLS) NOTICE OF APPEARANCE OF ROBERT D. HALLMAN Judge: Hon. Dana M. Sabraw Date: January 11, 2008 Time: 1:30 p.m. Courtroom: 10 |
|---|---|
| AND RELATED CROSS ACTIONS | |

NOTICE OF APPEARANCE OF ROBERT D. HALLMAN    07 CV 1988 DMS (NLS)

1  PLEASE TAKE NOTICE that ROBERT D. HALLMAN enters an appearance on
2  behalf of FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP in the
3  above-captioned action. Please serve said counsel with all pleadings and notices in this
4  action.

6  DATED: December 28, 2007.

7  Respectfully,

8  ROBERT D. HALLMAN
   HOWARD RICE NEMEROVSKI CANADY
9       FALK & RABKIN
   A Professional Corporation

11 By: s/Robert D. Hallman
       Attorney for FINNEGAN HENDERSON
12     FARABOW GARRETT & DUNNER, LLP
       E-mail: rhallman@howardrice.com

14 W03 122807-169290002/Y04/1471874/vf

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024; and that I served the below-named persons the following document:

NOTICE OF APPEARANCE OF ROBERT D. HALLMAN

I served the document by transmitting the document via Notice of Electronic Filing through CM/ECF on the date of this declaration to those persons as indicated below:

The addresses are as follows:

| | |
|---|---|
| Frederick S. Berretta, Esq.<br>Knobbe Martens Olson & Bear<br>550 West C Street, Suite 1200<br>San Diego, CA 92101<br>(619) 235-8550<br>(619) 235-0176 (fax)<br>fberretta@kmob.com | Vicki S. Veenker, Esq.<br>Shearman & Sterling LLP<br>1080 Marsh Road<br>Menlo Park, CA 94025<br>(650) 838-3600<br>(650) 838-3699 (fax)<br>vveenker@shearman.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on December 28, 2007.

_____
Javier A. Melara
Email: jmelara@howardrice.com

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

CERTIFICATE OF SERVICE                    07 CV 1988 DMS (NLS)