# EXHIBIT A

## Sunshine, Phil

**From:** Sunshine, Phil
**Sent:** Wednesday, January 03, 2007 3:36 PM
**To:** Jakes, Mike
**Subject:** RE: Urgent Conflict Check

Mike: Could you give me a call (x6044)? Thx, Phil

---

**From:** Jakes, Mike
**Sent:** Wednesday, January 03, 2007 12:04 PM
**To:** Diner, Bryan
**Cc:** Sunshine, Phil; NewBusiness/Conflicts Department; Williamson, John
**Subject:** RE: Urgent Conflict Check

Bryan-- We were interviewed by two lawyers from Shearman & Sterling on November 22 about representing LMA in litigation against Ambu. I haven't heard from them since. We talked generally about various district courts, transfer motions, preliminary injunctions, etc., but we did not receive any confidential information from them. In fact, they didn't actually identify the patent, only the product.

I'll forward the previous conflict check and results.

Mike Jakes

---

**From:** Diner, Bryan
**Sent:** Wednesday, January 03, 2007 11:43 AM
**To:** Conflicts-Checking
**Subject:** Urgent Conflict Check

Would we be able to represent a company called Ambu (www.ambu.com) in a potential litigation involving U.S. 7,156,100, directed to a laryngeal mask airway device (LMA-device) and assigned to (coincidently) Laryngeal Mask Company Ltd?

Please let me know as soon as possible if there are any conflicts.

Thanks,
Bryan

**Bryan C. Diner, Partner | Finnegan, Henderson, Farabow, Garrett & Dunner LLP** | 901 New York Ave. N.W. | Washington D.C. 20001 | Tel: + 1 202 408 41 16 | Fax: +1 202 408 44 00 | bryan.diner@finnegan.com

11/6/2007

# EXHIBIT B

# Memorandum

Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.

To: All Attorneys and Other Employees of the Firm

From: Phil Sunshine

Date: January 5, 2007

Subject: "Ethical Wall" involving the representation of Ambu A/S adverse to Laryngeal Mask Company Ltd.

Bryan Diner will be representing Ambu A/S ("Ambus") adverse to Laryngeal Mask Company Ltd. in intellectual property analysis involving U.S. Patent 7,156,100 directed to a laryngeal mask airway device (the "Laryngeal Matter").

Mike Jakes and John Williamson were previously contacted, on November 22, 2006, to discuss possible legal representation of Laryngeal Mask Company Ltd. (the "Prospective Client") in a matter adverse to Ambu, but the Prospective Client has not requested legal representation by the Firm. In addition, Mike and John did not receive any confidential information from the Prospective Client.

Nonetheless, out of an abundance of caution, the following guidelines are to be followed by all present and future members and employees of the Firm who work for Ambu A/S on the Laryngeal Matter:

1. Mike Jakes and John Williamson shall not work on, or review files or documents for the Laryngeal Matter.

2. Persons who work for Ambu A/S on the Laryngeal Matter are not to share with or solicit from Mike Jakes or John Williamson information or opinions, either legal or factual, about the Laryngeal Matter, or vice versa.

3. Any intentional or accidental breach of the provisions proposed by this Memorandum shall be reported immediately to Phil Sunshine.

4. This ethical wall will be reviewed in three years to determine if it should be modified or withdrawn.

# EXHIBIT C

# SHEARMAN & STERLING LLP

801 PENNSYLVANIA AVENUE, NW | WASHINGTON, DC | 20004-2634

WWW.SHEARMAN.COM | T +1.202.508.8000 | F +1.202.508.8100

smarzen@shearman.com
+1.202.508.8174

January 30, 2007

*By e-mail to mike.jakes@finnegan.com*

J. Michael Jakes, Esq.
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001-4413

Re: LMA International N.V.

Dear Mike:

We regret that you and your firm cannot represent LMA International N.V. ("LMA") in the patent-infringement litigation we discussed in your firm's offices on November 22, 2006. Last Wednesday, you told me that your firm had been retain in the interim and now has a non-waivable conflict of interest that prohibits your and your firm from representing LMA.

Even though you cannot represent LMA, we understand that you are required to maintain in strict confidence all information obtained from your prospective client. We therefore request that you and your associate not use or reveal any of the confidences and secrets provided by Wendy Ackerman and me on behalf of LMA.

Wendy and I enjoyed meeting you and your associate and hope that we will have the opportunity to work together in the future. In the meantime, thank you for your consideration.

Sincerely yours,

/s/ Stephen Marzen

cc: Wendy Ackerman

ABU DHABI | BEIJING | BRUSSELS | DÜSSELDORF | FRANKFURT | HONG KONG | LONDON | MANNHEIM | MENLO PARK
MUNICH | NEW YORK | PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.