# EXHIBIT A

## Williamson, John

**From:** Ivey, Gerald
**Sent:** Wednesday, October 17, 2007 12:13 PM
**To:** Williamson, John
**Subject:** RE: New Case

Sorry. I do remember that now.

-----Original Message-----
From: Williamson, John
Sent: Wednesday, October 17, 2007 9:43 AM
To: Ivey, Gerald
Subject: RE: New Case

Jerry,

Mike Jakes and I met with Laryngeal Mask Co Ltd as a prospective client in November of last year. When Ambu later retained the firm, a standard ethical wall was put in place. I am thus prohibited from any exposure to our representation of Ambu, any discussion of the case, etc.

It is the only case for which I am under an ethical wall.

John

-----Original Message-----
From: Ivey, Gerald
Sent: Wednesday, October 17, 2007 8:59 AM
To: Williamson, John
Subject: New Case

John,

Do you have time today or tomorrow to discuss this new case with me? I know you are short on time, but I'd like to include you on this team.

Jerry

----- Original Message -----
From: Diner, Bryan
To: Guttenberg, Doreen
Cc: Weems, Janet; Ivey, Gerald
Sent: Tue Oct 16 22:30:52 2007
Subject: Case manager and legal assistant team needed

Hi Doreen,

We have a new litigation. It is for Ambu A/S (10464-8050). You should have seen the conflict that I sent around yesterday.

Can you put together a team? The case is already filed in the Southern District of California. Complaint is attached.

Please let me know who the team will be.

Thanks,
Bryan

Bryan C. Diner, Partner| Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |901 New York Avenue, NW, Washington, DC 20001-4413 | Tel +202.408.4116 | Cell +202.230.2394 | Fax +202.408.4400 | bryan.diner@finnegan.com

1