1  SEAN M. SELEGUE (No. 155249)
   Email: sselegue@howardrice.com
2  ROBERT D. HALLMAN (No. 239949)
   Email: rhallman@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
         FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California 94111-4024
   Telephone:   415/434-1600
6  Facsimile:   415/217-5910

7  Specially appearing as counsel for FINNEGAN
   HENDERSON FARABOW GARRETT &
8  DUNNER, LLP

9  GERALD F. IVEY (admitted *pro hac vice*)
   BRYAN C. DINER (admitted *pro hac vice*)
10 P. ANDREW RILEY (admitted *pro hac vice*)
   FINNEGAN HENDERSON FARABOW
11       GARRETT & DUNNER, LLP
   901 New York Avenue, NW
12 Washington, D.C. 20001-4413
   Telephone:   202/408-4000
13 Facsimile:   202/408-4400

14 ROBERT L. BURNS (admitted *pro hac vice*)
   FINNEGAN HENDERSON FARABOW
15       GARRETT & DUNNER, LLP
   11955 Freedom Drive
16 Reston, Virginia 20190-5675
   Telephone:   571/203-2736
17 Facsimile:   202/408-4400

18 Attorneys for Defendant AMBU INC.

19              UNITED STATES DISTRICT COURT

20            SOUTHERN DISTRICT OF CALIFORNIA

21 THE LARYNGEAL MASK COMPANY           No. 07 CV 1988 DMS (NLS)
   LTD. and LMA NORTH AMERICA, INC.,
22                                       DECLARATION OF ROBERT D.
             Plaintiffs,                 HALLMAN IN OPPOSITION TO
23                                       PLAINTIFFS' MOTION TO
        v.                               DISQUALIFY FINNEGAN
24                                       HENDERSON FARABOW GARRETT &
   AMBU A/S, AMBU INC., AMBU LTD.,       DUNNER, LLP
25 AND AMBU SDN. BHD.,
                                         Judge:      Hon. Dana M. Sabraw
26           Defendants.                 Date:       January 11, 2008
                                         Time:       1:30 p.m.
27 ─────────────────────────────────     Courtroom:  10
   AND RELATED CROSS ACTIONS
28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

1    I, Robert D. Hallman, declare as follows:

2        1.    I am an associate in the law firm of Howard Rice Nemerovski Canady Falk &

3    Rabkin. I submit this Declaration in opposition to Plaintiffs' Motion to Disqualify Finnegan

4    Henderson Farabow Garrett & Dunner, LLP. The statements made in this declaration are

5    based on my personal knowledge unless otherwise indicated.

6        2.    On December 27, 2007, I downloaded from the Internet site of the District of

7    Columbia    Bar    (http://www.dcbar.org/for_lawyers/ethics/legal_ethics/rules_of_profes-

8    sional_conduct/index.cfm) the Rules of Professional Conduct applicable in that jurisdiction

9    from January 1, 1991, through January 31, 2007. Attached hereto as Exhibit A is a true and

10    correct copy of former Rule 1.10 of the District of Columbia Rules of Professional Conduct,

11    and the comments thereto, as set forth on the District of Columbia Bar Internet site.

12        3.    On December 27, 2007, I downloaded from the Internet site of the District of

13    Columbia Bar (https://dcbar.org/new_rules/rules.cfm) the Rules of Professional Conduct

14    applicable in that jurisdiction from February 1, 2007, through the present. Attached hereto

15    as Exhibit B is a true and correct copy of current Rule 1.18 of the District of Columbia Rules

16    of Professional Conduct, and the comments thereto, as set forth on the District of Columbia

17    Bar Internet site.

18        4.    Attached hereto as Exhibit C is a true and correct copy of the District of

19    Columbia Court of Appeals order dated August 1, 2006, implementing amendments to the

20    Rules of Professional Conduct effective February 1, 2007, as set forth on the District of

21    Columbia Bar Internet site.

22        5.    On December 27, 2007, I downloaded from the Internet site of The State Bar of

23    California    (http://www.calbar.ca.gov/calbar/html_unclassified/ca98-152.html)    State    Bar

24    Standing Committee on Professional Responsibility and Conduct Formal Opinion No. 1998-

25    152. Attached hereto as Exhibit D is a true and correct copy of Formal Opinion No. 1998-

26    152, as set forth on The State Bar of California Internet site.

27        //

28        //

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

DECL. OF ROBERT D. HALLMAN IN OPP. TO MOT. TO DISQUALIFY   07 CV 1988 DMS (NLS)

1        I declare under penalty of perjury under the laws of the United States that the foregoing

2    is true and correct.

3        Executed on December 28, 2007 in San Francisco, California.

4

5                                    Robert D. Hallman

6

7    W03 122807-169290002/Y04/1470990/v1

8

9

10

11

12



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024; and that I served the below-named persons the following document:

    1.    DECLARATION OF ROBERT D. HALLMAN IN OPPOSITION TO PLAINTIFFS' MOTION TO DISQUALIFY FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP

I served the document by transmitting the document via Notice of Electronic Filing through CM/ECF on the date of this declaration to those persons as indicated below:

The addresses are as follows:

| | |
|---|---|
| Frederick S. Berretta, Esq.<br>Knobbe Martens Olson & Bear<br>550 West C Street, Suite 1200<br>San Diego, CA 92101<br>(619) 235-8550<br>(619) 235-0176 (fax)<br>fberretta@kmob.com | Vicki S. Veenker, Esq.<br>Shearman & Sterling LLP<br>1080 Marsh Road<br>Menlo Park, CA 94025<br>(650) 838-3600<br>(650) 838-3699 (fax)<br>vveenker@shearman.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on December 28, 2007.

Javier A. Melara
Email: jmelara@howardrice.com