# EXHIBIT I:

# SUBMITTED FOR *IN CAMERA* REVIEW