
## Taxi Cab Receipts

DATE: 11/22/06   TIME: 10:20 am

TRIP ORIGIN: 801 Penn Ave NW

DESTINATION: 901 New York Ave NW

FARE: $ 10 —   SIGNATURE s/ sjm

## TAXICAB RECEIPT

Time: 12:15 pm
Date: 11/22/06

Origin of trip: 901 New York Ave NW

Destination: 801 Penn Ave NW

Fare: 10 —   Sign: s/ sjm

EXHIBIT J
PAGE 1