# EXHIBIT K:

# SUBMITTED FOR *IN CAMERA* REVIEW