# EXHIBIT L:

# SUBMITTED FOR *IN CAMERA* REVIEW