# EXHIBIT N:

# SUBMITTED FOR *IN CAMERA* REVIEW