# EXHIBIT O:

# SUBMITTED FOR *IN CAMERA* REVIEW