Stephen Marzen/DC/NA/ShS
01/24/2007 12:48 PM

To "Jakes, Mike" <mike.jakes@finnegan.com>
cc
bcc
Subject Re: LMA

Dear Mike,

I hope that you're feeling better. I'm in the office and can talk at your convenience.

With warmest regards,

Steve

Stephen Marzen
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20004-2604
+1.202.508.8174 (direct dial)
+1.202.508.8100 (telecopier)
Stephen Marzen/DC/NA/ShS

Stephen Marzen/DC/NA/ShS
01/23/2007 03:49 PM

To "Jakes, Mike" <mike.jakes@finnegan.com>
cc
Subject Re: LMA

Dear Mike,

I look forward to talking to you tomorrow. I should be in the office all day. If it would help with your schedule, please feel free to propose a time for our call.

With warmest regards,

Steve

Stephen Marzen
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20004-2604
+1.202.508.8174 (direct dial)
+1.202.508.8100 (telecopier)
"Jakes, Mike" <mike.jakes@finnegan.com>

"Jakes, Mike" <mike.jakes@finnegan.com>
01/23/2007 03:48 PM

To "Stephen Marzen" <SMarzen@Shearman.com>
cc
Subject LMA

EXHIBIT P
PAGE 1

Hi Steve--

Sorry I haven't had a chance to call you back yet. I went home early yesterday (not feeling too well) but I should be back in the office tomorrow. I'll call you then if that's OK.

Mike Jakes

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.