1/24/07    Mike Jakes TC

Mike Jakes
Retained in interim
↳ • Told not waivable
  • Offered to investigate to obtain waivers re IP transactional (ie due diligence), but

said hope not Ambu, said you can infer.

Tony Shaw    Dewey Ballantine