# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.,<br><br>Plaintiffs,<br>vs.<br>AMBU A/S, AMBU, INC., AMBU LTD., and AMBU SDN, BHD.<br><br>Defendants.<br>_____<br>AND RELATED COUNTERCLAIM. | CASE NO. 07-CV-1988-DMS (NLS)<br><br>ORDER RE: ORAL ARGUMENT |

Plaintiffs' Motion to Disqualify Counsel is scheduled for hearing on January 11, 2008. The Court finds this matter suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED.**

DATED: January 7, 2008

_____
HON. DANA M. SABRAW
United States District Judge