SEAN M. SeLEGUE (No. 155249)
Email: sselegue@howardrice.com
ROBERT D. HALLMAN (No. 239949)
Email: rhallman@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910

Specially appearing as counsel for FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP

GERALD F. IVEY (admitted *pro hac vice*)
BRYAN C. DINER (admitted *pro hac vice*)
P. ANDREW RILEY (admitted *pro hac vice*)
FINNEGAN HENDERSON FARABOW
    GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, D.C. 20001-4413
Telephone:    202/408-4000
Facsimile:    202/408-4400

ROBERT L. BURNS (admitted *pro hac vice*)
FINNEGAN HENDERSON FARABOW
    GARRETT & DUNNER, LLP
11955 Freedom Drive
Reston, Virginia 20190-5675
Telephone:    571/203-2736
Facsimile:    202/408-4400

Attorneys for Defendant AMBU INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMBU A/S, AMBU INC., AMBU LTD., AND AMBU SDN. BHD.,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS | No. 07 CV 1988 DMS (NLS)<br><br>DECLARATION OF SEAN M. SeLEGUE IN SUPPORT OF EX PARTE APPLICATION FOR LEAVE TO RESPOND TO MATTERS RAISED FOR THE FIRST TIME ON REPLY<br><br>Judge:    Hon. Dana M. Sabraw<br>Date:    N/A<br>Time:    N/A<br>Courtroom:    10 |

DECL. OF SEAN M. SeLEGUE IN SUPPORT OF EX PARTE APP.    07 CV 1988 DMS (NLS)

I, Sean M. SeLegue, declare as follows:

1. I am a director of the law firm of Howard Rice Nemerovski Canady Falk & Rabkin. I submit this Declaration in support of the ex parte application of Finnegan Henderson Farabow Garrett & Dunner, LLP ("Finnegan") to file responsive papers addressing matters raised for the first time in LMA's reply papers. The statements made in this declaration are based on my personal knowledge unless otherwise indicated.

2. On December 6, 2007, LMA filed a declaration of Stephen Marzen in support of Plaintiffs' motion to disqualify Finnegan. That declaration was just five pages long and had four exhibits attached.

3. On January 4, 2008, LMA filed a supplemental declaration of Stephen Marzen along with its reply papers. That declaration was about eleven pages long and had nine exhibits attached. Substantial portions of Mr. Marzen's supplemental declaration have been redacted from the version that was publicly filed and served on Finnegan, and many of the exhibits have been reserved for in camera review.

4. On January 7, 2008, I sent Mr. Berretta—LMA's counsel—a letter by facsimile indicating that Finnegan intended to object to the supplemental declaration. I also requested an unredacted copy. I offered to limit access to the unredacted material to Finnegan's outside counsel (my firm), Finnegan's in-house counsel, and the two attorneys who met with LMA and are not involved in the Ambu representation. A true and correct copy of my January 7, 2008 letter is attached hereto as Exhibit A.

5. On January 8, Mr. Berretta sent a letter by facsimile indicating that he had already submitted the unredacted materials to the Court for in camera review and that he did not intend to make the unredacted materials available to me or anyone involved in Finnegan's opposition to the disqualification motion. A true and correct copy of Mr. Berretta's letter is attached hereto as Exhibit B. (I was surprised that the unredacted version of the declaration had already been submitted to the Court, because footnote 1 of Mr. Marzen's declaration suggests that he was requesting "permission to submit the complete unredacted declaration to Chambers . . .")

6. Upon information and belief, on January 8, 2008, at approximately 11:50 a.m., my colleague Robert Hallman contacted Mr. Berretta by telephone to notify him that we had received his letter and that we intended to file — in addition to an objection to Mr. Marzen's supplemental declaration — an ex parte application seeking leave of the Court to review and respond to the unredacted supplemental declaration. Mr. Hallman was unable to speak with Mr. Berretta, and left him a voicemail indicating Finnegan's intent to file the instant application. Neither Mr. Hallman nor I had heard back from Mr. Berretta at the time of filing. In light of the fact that the Court has indicated that it may decide the motion without oral argument, I believed we needed to file this application immediately. I will alert the Court promptly if LMA's counsel indicates non-opposition to any portion of the application.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 8, 2007 in San Francisco, California.

/s/Sean M. SeLegue
E-mail: sselegue@howardrice.com

W03 010808-169290002/Y07/1473366/F

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
*A Professional Corporation*

DECL. OF SEAN M. SELEGUE IN SUPPORT OF EX PARTE APP.    07 CV 1988 DMS (NLS)

-2-

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024; and that I served the below-named persons the following document:

1. DECLARATION OF SEAN M. SeLEGUE IN SUPPORT OF EX PARTE APPLICATION FOR LEAVE TO RESPOND TO MATTERS RAISED FOR THE FIRST TIME ON REPLY

I served the document by transmitting the document via Notice of Electronic Filing through CM/ECF on the date of this declaration to those persons as indicated below:

The addresses are as follows:

Frederick S. Berretta, Esq.
Knobbe Martens Olson & Bear
550 West C Street, Suite 1200
San Diego, CA 92101
(619) 235-8550
(619) 235-0176 (fax)
fberretta@kmob.com

Vicki S. Veenker, Esq.
Shearman & Sterling LLP
1080 Marsh Road
Menlo Park, CA 94025
(650) 838-3600
(650) 838-3699 (fax)
vveenker@shearman.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on January 8, 2008.

_____
Javier A. Melara
Email: jmelara@howardrice.com

# EXHIBIT A

**HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN**

*A Professional Corporation*

Three Embarcadero Center
Seventh Floor
San Francisco, CA 94111-4024

Telephone 415.434.1600
Facsimile 415.217.5910
*www.howardrice.com*

Writer's Information:

Sean M. SeLegue
sselegue@howardrice.com

January 7, 2008

**BY FACSIMILE**

Frederick S. Berretta, Esq.
Knobbe Martens Olson & Bear LLP
550 West C Street, Suite 1200
San Diego, CA 92101

Re:  *The Laryngeal Mask Company Ltd and LMA North America, Inc. v. Ambu A/S, Ambu Inc., Ambu Ltd., and Ambu Sdn Bhd.*, No. 07 cv 1988 DMS (S.D. Cal.)

Dear Mr. Berretta:

We have reviewed your reply papers and intend to file an objection to Mr. Marzen's supplemental declaration. We have not been served with an unredacted copy of that declaration, and I understand your papers to suggest that you will not provide us with an unredacted copy voluntarily. We believe that we, as Finnegan's outside counsel, along with Mr. Jakes, Mr. Williamson and Finnegan's in-house counsel Mr. Sunshine should be permitted to view the unredacted version. We will agree not to show the unredacted version to the attorneys at Finnegan now representing Ambu, in accordance with the ethical wall.

Please do not provide an unredacted version of the declaration to the Court until the Court has had an opportunity to review our objection. We intend to have the objection on file by tomorrow morning. Thank you.

Very truly yours,

Sean M. SeLegue

SMS/lmp

cc:  Philip L. Sunshine, Esq.
     Gerald F. Ivey, Esq.
     Robert L. Burns, Esq.
     Bryan C. Diner, Esq.

# EXHIBIT B

# Knobbe Martens Olson & Bear LLP

Intellectual Property Law

550 West C Street
Suite 1200
San Diego CA 92101
Tel 619-235-8550
Fax 619-235-0176
www.kmob.com

## FACSIMILE TRANSMITTAL SHEET

### CONFIRMATION COPY WILL FOLLOW VIA:

- ■ MAIL
- ❏ INTERNATIONAL AIRMAIL
- ❏ COURIER
- ❏ E-MAIL

- ❏ WILL NOT FOLLOW
- ❏ HAND DELIVERY
- ❏ WITH ENCLOSURES
- ❏ WITHOUT ENCLOSURES

### Confidentiality Notice:

The documents accompanying this facsimile transmission contain confidential information which may be legally privileged. The information is intended only for the use of the recipient named below. If you have received this facsimile in error, please immediately notify us by telephone to arrange for return of the original documents to us; and any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited.

| | |
|---|---|
| TO: | Sean M. SeLegue, Esq. |
| FIRM: | Howard Rice Nemorovski Canady Falk & Rabkin |
| FACSIMILE NO.: | 415.217-5910 |
| OUR REF.: | LMANL.001L |
| YOUR REF.: | Civil Action No. 07 cv 1988 DMS (S.D. Cal) |
| FROM: | Frederick S. Berretta |
| OPERATOR: | C.Tolo           NO. OF PAGES: 2    (incl. cover sheet) |
| DATE: | January 8, 2008                     TIME: -- |

### IF YOU DID NOT RECEIVE ALL OF THE PAGES PLEASE CALL BACK IMMEDIATELY
OPERATOR PHONE NO.: (619) 235-8550    FACSIMILE NO.: (619) 235-0176

**MESSAGE:**

4581672
112707

Orange County    San Francisco    Los Angeles    Riverside    San Luis Obispo    Washington, DC
949-760-0404     415-954-4114     310-551-3450   951-781-9231  805-547-5580     202-640-6400

# Knobbe Martens Olson & Bear LLP
### Intellectual Property Law

550 West C Street
Suite 1200
San Diego CA 92101
Tel 619-235-8550
Fax 619-235-0176
www.kmob.com

Frederick S. Berretta
fberretta@kmob.com

January 8, 2008

**VIA FACSIMILE & FIRST CLASS MAIL**

Sean M. SeLegue, Esq.
Howard Rice Nemorovski Canady Falk & Rabkin
Three Embarcadero Center
Seventh Floor
San Francisco, CA 94111-4024

    Re:   *The Laryngeal Mask Company Ltd and LMA North America, Inc. v. Ambu A/S, Ambu, Inc., Ambu Ltd., and Ambu Sdn Bhd.,*
          Civil Action No. 07 cv 1988 DMS (S.D. Cal)
          Our Reference: LMANL.001L

Dear Mr. SeLegue:

    This is in response to your letter to me of yesterday afternoon, January 7, 2007 regarding LMA's Motion to Disqualify Finnegan Henderson Farabow Garrett & Dunner, LLP ("Finnegan") in the above-referenced litigation.

    Please note that the un-redacted *in camera* version of Stephen Marzen's Supplemental Declaration was submitted to the Court on Friday, January 4 as required by the briefing schedule on the Motion to Disqualify, and hence we filed (and served) the redacted version on the same day. Applicable legal authorities provide that this is the appropriate procedure in such cases, and we are not aware of any obligation to provide your firm or your clients with LMA's privileged information.

                                      Very truly yours,

                                      Frederick S. Berretta

cc:   John L'Estrange, Esq.

4723835
010808