|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., | ) ) ) | Case No.: 07cv1988 DMS (NLS) |
|---|---|---|
| Plaintiffs, | ) ) ) | [~~PROPOSED~~] ORDER RE ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT |
| v. | ) | |
| AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD., | ) ) ) | JUDGE:    Hon. Dana M. Sabraw<br>Courtroom : 10 |
| Defendants. | ) ) | |
| AMBU, INC. | ) ) | |
| Counterclaimant. | ) ) | |
| v. | ) ) | |
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC. | ) ) ) | |
| Counter-Defendants. | ) ) | |

The parties stipulated that the Defendants AMBU A/S, AMBU LTD. and AMBU SDN. BHD. have all been served and may have until January 31, 2008 to answer or otherwise respond to the First Amended Complaint [Docket no. 4].

///

1      GOOD CAUSE HAVING BEEN SHOWN, the joint motion to enlarge time to answer or
2  otherwise respond to the First Amended Complaint is granted. It is ORDERED that Defendants AMBU
3  A/S, AMBU LTD. and AMBU SDN. BHD. may have until January 31, 2008 to answer or otherwise
4  respond to the First Amended Complaint

Dated: __1-15-08__       _____
                                                        JUDGE OF THE DISTRICT COURT