1  SEAN M. SeLEGUE (No. 155249)
   Email:  sselegue@howardrice.com
2  ROBERT D. HALLMAN (No. 239949)
   Email:  rhallman@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California  94111-4024
   Telephone:    415/434-1600
6  Facsimile:    415/217-5910

7  Specially appearing as counsel for FINNEGAN
   HENDERSON FARABOW GARRETT &
8  DUNNER, LLP

9  GERALD F. IVEY (admitted *pro hac vice*)
   BRYAN C. DINER (admitted *pro hac vice*)
10 P. ANDREW RILEY (admitted *pro hac vice*)
   FINNEGAN HENDERSON FARABOW
11      GARRETT & DUNNER, LLP
   901 New York Avenue, NW
12 Washington, D.C.  20001-4413
   Telephone:    202/408-4000
13 Facsimile:    202/408-4400

14 ROBERT L. BURNS (admitted *pro hac vice*)
   FINNEGAN HENDERSON FARABOW
15      GARRETT & DUNNER, LLP
   11955 Freedom Drive
16 Reston, Virginia  20190-5675
   Telephone:    571/203-2736
17 Facsimile:    202/408-4400

18 Attorneys for Defendant AMBU INC.

19              UNITED STATES DISTRICT COURT

20              SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 21  THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., | No. 07 CV 1988 DMS (NLS) |
| 22            Plaintiffs, | PROFFER OF SUPPLEMENTAL DECLARATIONS OF J. MICHAEL JAKES AND JOHN M. WILLIAMSON |
| 23   v. | |
| 24  AMBU A/S, AMBU INC., AMBU LTD., AND AMBU SDN. BHD., | Judge:  Hon. Dana M. Sabraw<br>Date:   N/A<br>Time:   N/A<br>Courtroom:  10 |
| 25 | |
| 26            Defendants. | |
| 27  AND RELATED CROSS ACTIONS | |

28

PROFFER OF SUPPLEMENTAL DECLARATIONS        07 CV 1988 DMS (NLS)

Finnegan and Defendants (collectively "Ambu") have filed an ex parte application to submit, inter alia, declarations in response to the Supplemental Declaration of Stephen Marzen, which Plaintiffs ("LMA") filed and served in redacted form along with their reply papers. LMA has opposed the ex parte application. For the Court's convenience, Finnegan and Ambu hereby proffer the attached supplemental declarations of J. Michael Jakes (attached hereto as Exhibit A) and John M. Williamson (attached hereto as Exhibit B) as those they wish to offer to the Court at this juncture for its consideration in ruling on the motion to disqualify Finnegan.

DATED: January 17, 2008.

    Respectfully,

    SEAN M. SELEGUE
    ROBERT D. HALLMAN
    HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
    A Professional Corporation

    By: s/Sean M. SeLegue
        Specially appearing as counsel for FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP
        E-mail: sselegue@howardrice.com

W03 011708-169290002/Y04/1474623/vF

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024; and that I served the below-named persons the following document:

1. PROFFER OF SUPPLEMENTAL DECLARATIONS OF J. MICHAEL JAKES AND JOHN M. WILLIAMSON

I served the document by transmitting the document via Notice of Electronic Filing through CM/ECF on the date of this declaration to those persons as indicated below:

The addresses are as follows:

Frederick S. Berretta, Esq.
Knobbe Martens Olson & Bear
550 West C Street, Suite 1200
San Diego, CA 92101
(619) 235-8550
(619) 235-0176 (fax)
fberretta@kmob.com

Vicki S. Veenker, Esq.
Shearman & Sterling LLP
1080 Marsh Road
Menlo Park, CA 94025
(650) 838-3600
(650) 838-3699 (fax)
vveenker@shearman.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on January 17, 2008.

Javier A. Melara
Email: jmelara@howardrice.com

CERTIFICATE OF SERVICE
-1-

07 CV 1988 DMS (NLS)