16/03 2008 20:23 FAX 00390471797773          HOTEL DOLOMITI MADONNA                    ☒002
03-14-08    04:42PM   FROM-Fenwick & West Mountain View           650 938 5200      T-026  P.002/004  F-937

1  DARRYL M. WOO (CSB NO. 100513)
   dwoo@fenwick.com
2  FENWICK & WEST LLP
   555 California Street
3  12th Floor
   San Francisco, CA 94104
4  Telephone: (415) 875-2300
   Facsimile:  (415) 281-1350
5
   Attorneys for Defendants
6  AMBU A/S, AMBU INC., AMBU LTD., and
   AMBU SDN. BHD.
7

8
9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11

12  THE LARYNGEAL MASK COMPANY          Case No. 07-cv-1988-DMS (NLS)
    LTD. and LMA NORTH AMERICA,
13  INC.,                               SUBSTITUTION OF COUNSEL AND
                                        ~~PROPOSED~~ ORDER
14              Plaintiffs,

         v.
15
16  AMBU A/S, AMBU INC., AMBU LTD.,
    and AMBU SDN. BHD.,
17
                Defendants.
18

19

20         Defendants Ambu A/S, Ambu Inc., Ambu Ltd., and Ambu Sdn. Bhd., pursuant to the

21  Court's order dated February 25, 2008, hereby substitute as their counsel in this case Fenwick &

22  West LLP, 555 California Street, 12th Floor, San Francisco, CA 94104, including Darryl M.

23  Woo. By the terms of the February 25 order, the Court has already ruled that defendants' former

24  counsel, the firm of Finnegan Henderson Farabow Garrett & Dunner, LLP, shall not represent or

25  assist defendants with this lawsuit and shall not consult or share work product with new counsel.

26  By this substitution, defendants request that the firm of Wright & L'Estrange be permitted to

27  withdraw in favor of Fenwick & West LLP.

28  ///

    SUBSTITUTION OF COUNSEL AND
    PROPOSED ORDER                                        CASE NO. 07-CV-1988-DMS

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

16/03 2008 20:23 FAX 00390471797773          HOTEL DOLOMITI MADONNA                    ☒003
03-14-08    04:43PM    FROM-Fenwick & West Mountain View          890 838 5200        T-026  P.003/004  F-837

1    Defendants consent to this substitution.

2    Dated: March 15, 2008                        AMBU A/S, AMBU INC., AMBU LTD., and
                                                  AMBU SDN. BHD.
3

4                                                 By: _Henrik Wendler_
5                                                     Henrik Wendler
                                                      Executive Vice President Production,
6                                                     Research & Development, Supply Chain
                                                      and Process Development
7                                                     Ambu A/S

8
         I accept the substitution on behalf of Fenwick & West LLP, and am admitted to practice in
9
    this Court.
10
    Dated: March 14, 2008                          FENWICK & WEST LLP
11

12

13                                                 By: _____
                                                       Darryl M. Woo
14

15       Wright & L'Estrange hereby requests withdrawal from this action.

16   Dated: March 17, 2008                         WRIGHT & L'ESTRANGE
17

18                                                 By: _John H. L'Estrange Jr_
19                                                     John H. L'Estrange, Jr.

20

21                                    **ORDER**

22       **IT IS ORDERED** that Wright & L'Estrange are permitted to withdraw as attorneys of

23   record for Defendants Ambu A/S, Ambu Inc., Ambu Ltd., and Ambu Sdn. Bhd., in this action.

24   Dated: March 17, 2008                          _Dana M. Sabraw_
25                                                   Hon. Dana M. Sabraw
26                                                   United States District Judge

27

28

SUBSTITUTION OF COUNSEL AND                    2                CASE NO. 07-CV-1988-DMS
PROPOSED ORDER

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW