1  DARRYL M. WOO (CSB NO. 100513)
   dwoo@fenwick.com
2  FENWICK & WEST LLP
   Silicon Valley Center
3  801 California Street
   Mountain View, CA 94041
4  Telephone: (650) 988-8500
   Facsimile: (650) 938-5200
5
   Attorneys for Defendants
6  AMBU A/S, AMBU INC., AMBU LTD., and
   AMBU SDN. BHD.
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | THE LARYNGEAL MASK COMPANY         | Case No. 07-cv-1988-DMS (NLS)
   | LTD., and LMA NORTH AMERICA,       |
12 | INC.,                              | **DECLARATION OF CHARLENE M.
   |                                    | MORROW IN SUPPORT OF AMBU'S** *EX
13 |            Plaintiffs,             | *PARTE* **REQUEST TO CONTINUE
   |                                    | APRIL 14, 2008 ENE CONFERENCE**
14 |     v.                             |
   |                                    | Judge: Hon. Nita L. Stormes
15 | AMBU A/S, AMBU INC., AMBU LTD.,    |
   | and AMBU SDN. BHD.,                |
16 |                                    |
   |            Defendants.             |
17

18

19     I, Charlene M. Morrow, declare:

20     1.     I am an attorney duly licensed to practice in California and a partner in the law

21 firm of Fenwick & West LLP, counsel for Defendants Ambu A/S, Ambu Inc., Ambu Ltd., and

22 Ambu Sdn. Bhd. (collectively, "Ambu"). I have personal knowledge of the matters set forth

23 herein, and if called upon to do so, could testify competently thereto.

24     2.     My firm substituted as counsel for Ambu in place of prior counsel on March 17,

25 2008. My partner, Darryl M. Woo, is lead counsel.

26     3.     Ambu seeks to continue the Early Neutral Evaluation ("ENE") Conference

27 currently set for April 14, 2008, for 90 days. On the morning of March 17, 2008, I contacted

28 Frederick S. Berretta, counsel for plaintiff. When I heard back from him at the end of the day, I

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1. explained that lead counsel for Ambu had asked me to contact him to see if his client would
2. concur in defendants' request to continue the ENE Conference for 90 days. I explained that
3. Ambu wanted to submit its request to the Court as soon as possible. Mr. Berretta told me that
4. plaintiffs were not likely to agree to a 90-day continuance, but that he would consult with his
5. client and call me again afterward. I asked him to call me back today, and he indicated that he
6. would try to do so. As of the filing of this declaration and Ambu's Request to Continue ENE
7. Conference, I have not yet heard back from Mr. Berretta about his clients' final position.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of March, 2008, at Mountain View, California.

By: _____
Charlene M. Morrow

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2008, I caused the foregoing **DECLARATION OF CHARLENE M. MORROW IN SUPPORT OF AMBU'S EX PARTE REQUEST TO CONTINUE APRIL 14, 2008 ENE CONFERENCE** to be filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the applicable registered filing users.

VIA ECF:

| | |
|---|---|
| Federick S. Berretta, Esq.<br>Knobbe Martens Olson & Bear<br>550 West C. Street, Suite 1200<br>San Diego, CA 92101<br>(619) 235-8550<br>(619) 235-0176 (fax)<br>fberretta@kmob.com | Vicki S. Veenker, Esq.<br>Shearman & Sterling LLP<br>1080 Marsh Road<br>Menlo Park, CA 94025<br>(650) 838-3600<br>(650) 838-3699 (fax)<br>vveenker@shearman.com |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Dated: March 18, 2008

C. J. Alice Chuang

LIT/1282211