1  DARRYL M. WOO (CSB NO. 100513)
   dwoo@fenwick.com
2  FENWICK & WEST LLP
   555 California Street
3  12th Floor
   San Francisco, CA 94104
4  Telephone: (415) 875-2300
   Facsimile:  (415) 281-1350
5
   Attorneys for Defendants
6  AMBU A/S, AMBU INC., AMBU LTD., and
   AMBU SDN. BHD.
7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

11

12 | THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., | Case No. 07-cv-1988-DMS (NLS)
13 | | **AMBU'S NOTICE OF MOTION AND MOTION FOR CLARIFICATION OF FEBRUARY 25, 2008 ORDER GRANTING PLAINTIFFS' MOTION TO DISQUALIFY FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP AS DEFENDANTS' COUNSEL**
14 | Plaintiffs, |
15 | v. |
16 | AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD., |
17 | Defendants. | Judge:    Hon. Dana M. Sabraw
   |                                                          | Date:     April 18, 2008
18 | AND RELATED COUNTERCLAIMS                                | Time:     1:30 p.m.
   |                                                          | Courtroom: 10
19

20                              **NOTICE OF MOTION**

21  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

22        PLEASE TAKE NOTICE that on April 18, 2008, at 1:30 p.m., or as soon thereafter as

23  counsel may be heard, Defendants Ambu A/S, Ambu Inc., Ambu Ltd., and Ambu Sdn. Bhd.

24  (collectively "Ambu") will appear in Courtroom 10 of the United States District Court for the

25  Southern District of California, located at 940 Front Street, San Diego, CA 92101, and will, and

26  hereby does, move the Court for clarification of its February 25, 2008 Order Granting Plaintiffs'

27  Motion to Disqualify Finnegan Henderson Farabow Garrett & Dunner, LLP As Defendants'

28

AMBU'S NOTICE OF MOTION AND
MOTION FOR CLARIFICATION OF FEB. 28                                         CASE NO. 07-CV-1988-DMS
DISQUALIFICATION ORDER

1  Counsel to allow Ambu's new counsel, Fenwick & West LLP, to obtain from Finnegan
2  Henderson Farabow Garrett & Dunner, LLP, ("Finnegan") copies of all client documents
3  provided to Finnegan for this case, and all prior art documents in Finnegan's possession.

## **MOTION**

5      Defendants Ambu A/S, Ambu Inc., Ambu Ltd., and Ambu Sdn. Bhd. hereby moves the
6  Court for clarification of its February 25, 2008 Order Granting Plaintiffs' Motion to Disqualify
7  Finnegan Henderson Farabow Garrett & Dunner, LLP As Defendants' Counsel, to allow Ambu's
8  new counsel, Fenwick & West LLP, to obtain from Finnegan Henderson Farabow Garrett &
9  Dunner, LLP, ("Finnegan") copies of all client documents provided to Finnegan for this case, and
10 all prior art documents in Finnegan's possession.  This motion is based upon this Notice of
11 Motion and Motion, the accompanying Memorandum of Points and Authorities, and such other
12 oral and/or documentary evidence as may be presented at or before the time of the hearing.

13 Dated: March 19, 2008

Respectfully submitted,

FENWICK & WEST LLP


By: s/Darryl M. Woo
    Darryl M. Woo
    E-mail: dwoo@fenwick.com

Attorneys for Defendants
AMBU A/S, AMBU INC., AMBU LTD., and
AMBU SDN. BHD.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.2 on March 19, 2008.

By: s/Darryl M. Woo
Darryl M. Woo
E-mail: dwoo@fenwick.com

AMBU'S NOTICE OF MOTION AND
MOTION FOR CLARIFICATION OF FEB. 28                        CASE NO. 07-CV-1988-DMS
DISQUALIFICATION ORDER