1  John B. Sganga (State Bar No. 116,211)
   Frederick S. Berretta (State Bar No. 144,757)
2  Joshua J. Stowell (State Bar No. 246,916)
   KNOBBE, MARTENS, OLSON & BEAR, LLP
3  550 West C Street
   Suite 1200
4  San Diego, CA 92101
   (619) 235-8550
5  (619) 235-0176 (FAX)

6  Vicki S. Veenker (State Bar No. 158,669)
   Adam P. Noah (State Bar No. 198,669)
7  SHEARMAN & STERLING LLP
   1080 Marsh Road
8  Menlo Park, CA 94025
   (650) 838-3600
9  (650) 838-3699 (FAX)

10 Attorneys for Plaintiffs
   THE LARYNGEAL MASK COMPANY LTD.
11 and LMA NORTH AMERICA, INC.

12

13              IN THE UNITED STATES DISTRICT COURT

14              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

15
   THE LARYNGEAL MASK COMPANY       ) Civil Action No. 07 CV 1988 DMS (NLS)
16 LTD. and LMA NORTH AMERICA, INC., )
                                     ) **DECLARATION OF FREDERICK
17           Plaintiffs,             ) BERRETTA IN OPPOSITION TO AMBU'S
                                     ) EX PARTE REQUEST TO CONTINUE
18     v.                            ) APRIL 14, 2008 ENE CONFERENCE**
                                     )
19 AMBU A/S, AMBU INC., AMBU LTD.,   )
   and AMBU SDN. BHD.,               )
20                                   ) Courtroom F, 1st Floor
             Defendants.             )
21                                   ) **Honorable Nita. L. Stormes**
                                     )
22 AMBU, INC.,                       )
                                     )
23           Counterclaimant,        )
                                     )
24     v.                            )
                                     )
25 THE LARYNGEAL MASK COMPANY        )
   LTD. and LMA NORTH AMERICA, INC., )
26                                   )
             Counter-Defendant       )
27                                   )

28
                                    -1-

I, Frederick Berretta, declare and state as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel of record for Plaintiffs The Laryngeal Mask Company Ltd. ("LMC") and LMA North America, Inc. ("LMA NA") in this action. I submit this Declaration in Opposition to Defendants' Ex Parte Request to Continue April 14, 2008 ENE Conference. The following statements are based on my personal knowledge unless otherwise indicated.

2. On Friday, March 14, 2008, I sent a letter to John L'Estrange, the Ambu defendants' designated local counsel, to inquire whether he would continue to represent defendants following the disqualification of Finnegan Henderson and, if so, whether he intended to start the Rule 26 process. Attached hereto as Exhibit 1 is a true and correct copy of my letter. I received no response from Mr. L'Estrange, other than that he filed a Substitution of Counsel on Monday, March 17, 2008, substituting in Fenwick & West ("Fenwick") as new counsel for defendants.

3. On the morning of March 17, 2008, I received a voicemail message from Charlene Morrow of Fenwick requesting I contact her about the case. I had a brief due on another matter that day, so I was unable to return Ms. Morrow's call until late Monday afternoon. At that time, Ms. Morrow asked for a 90 day continuance of the Early Neutral Evaluation ("ENE") Conference, effectively pushing the conference from April 14 to mid-July. I informed Ms. Morrow that LMA would not oppose a 30 day continuance, but that LMA was unlikely to agree to a 90 day continuance. I told Ms. Morrow I would confer with the client and get back to her as soon as possible.

4. At no time during my March 17, 2008 conversation with Ms. Morrow did she indicate defendants planned to file an *ex parte* request to continue the ENE the following day. Nor did she attempt to contact me again before filing the *ex parte*. Late on March 18, defendants filed their *ex parte* request, which appears to request a 90 day continuance of the ENE measured from the date of Fenwick's appearance in the case (i.e., 90 days from March 17, 2008 to mid-June) rather than a 90 day continuance of the ENE from April 14, 2008 to mid-July. I was never informed of this alternative request prior to the filing of the *ex parte*.

5. On March 19, 2008, I again spoke to Ms. Morrow by telephone, seeking clarification of Ambu's continuance request (as to the date from which to measure the requested 90 day continuance). She seemed confused about Ambu's request, indicating that her partner Daryl Woo had filed the *ex parte*. During the call I reiterated that LMA would not oppose a request to continue the ENE Conference by 30 days to mid-May. I also informed Ms. Morrow that LMA had just recently come to the decision to dismiss one of the two asserted patents from the case, United States Patent No. 5,303,697, substantially simplifying the case from defendant's perspective. She requested a written proposal regarding the dismissal of the '697 patent and LMA is in the process of preparing that proposal. She did not indicate that Ambu would withdraw its *ex parte* request for a 90 day continuance of the ENE.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 20, 2008 in San Diego, California.

_____
Frederick S. Berretta

# EXHIBIT A

Case 3:07-cv-01988-DMS-NLS    Document 46-2    Filed 03/20/2008    Page 4 of 8

# Knobbe Martens Olson & Bear LLP
*Intellectual Property Law*

550 West C Street
Suite 1200
San Diego CA 92101
Tel 619-235-8550
Fax 619-235-0176
www.kmob.com

Frederick S. Berretta
fberretta@kmob.com

March 14, 2008

**VIA FACSIMILE**

John L'Estrange, Esq.
WRIGHT & L'ESTRANGE
401 West A Street, Suite 2250
San Diego, CA 92101

Re: *The Laryngeal Mask Company Ltd and LMA North America, Inc. v. Ambu A/S, Ambu, Inc., Ambu Ltd., and Ambu Sdn Bhd.,*
Civil Action No. 07 cv 1988 DMS (S.D. Cal)
Our Reference: LMANL.001L

Dear John:

As you know, the Court reset the ENE Conference in this matter for April 14, 2008, and the Local Patent Rules require a Rule 26(f) conference at least 21 days before that, or in this case by Monday, March 24, 2008. Now that Finnegan Henderson has been disqualified we are unsure whether your firm will continue to represent the Ambu defendants in this matter, whether you intend to start the Rule 26 process, or whether you are waiting for new counsel to appear. Please let me know at your earliest convenience.

Very truly yours,

Frederick S. Berretta

5019589
031408

EXHIBIT 1
PAGE 4

Orange County       San Francisco      Los Angeles       Riverside         Seattle           Washington, DC
949-760-0404        415-954-4114       310-551-3450      951-781-9231      206-405-2000      202-640-6400

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0401
CONNECTION TEL                      92316710
SUBADDRESS
CONNECTION ID         WRIGHT AND LESTR
ST. TIME              03/14 16:51
USAGE T               00'38
PGS. SENT             2
RESULT                OK
```

# Knobbe Martens Olson & Bear LLP
*Intellectual Property Law*

550 West C Street
Suite 1200
San Diego CA 92101
Tel 619-235-8550
Fax 619-235-0176
www.knob.com

## FACSIMILE TRANSMITTAL SHEET

### CONFIRMATION COPY WILL FOLLOW VIA:

- v  MAIL
- o  INTERNATIONAL AIRMAIL
- o  COURIER
- o  E-MAIL

- o  WILL NOT FOLLOW
- o  HAND DELIVERY
- o  WITH ENCLOSURES
- o  WITHOUT ENCLOSURES

### Confidentiality Notice:

The documents accompanying this facsimile transmission contain confidential information which may be legally privileged. The information is intended only for the use of the recipient named below. If you have received this facsimile in error, please immediately notify us by telephone to arrange for return of the original documents to us; and any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited.

| | |
|---|---|
| TO: | John L'Estrange, Esq. |
| FIRM: | WRIGHT & L'ESTRANGE |
| FACSIMILE NO.: | (619) 231-6710 |
| OUR REF.: | LMANL.001L |
| YOUR REF.: | |
| FROM: | Fred Berretta |
| OPERATOR: | NO. OF PAGES: 2    (incl. cover sheet) |
| DATE: | March 14, 2008    TIME: 4:40 p.m. |

**EXHIBIT 1**
**PAGE 5**

IF YOU DID NOT RECEIVE ALL OF THE PAGES PLEASE CALL BACK IMMEDIATELY

OPERATOR PHONE NO.: (619) 235-8550          FACSIMILE NO.: (619) 235-0176

# Knobbe Martens Olson & Bear LLP
*Intellectual Property Law*

550 West C Street
Suite 1200
San Diego CA 92101
Tel 619-235-8550
Fax 619-235-0176
www.kmob.com

## FACSIMILE TRANSMITTAL SHEET

### CONFIRMATION COPY WILL FOLLOW VIA:

- v  MAIL
- o  INTERNATIONAL AIRMAIL
- o  COURIER
- o  E-MAIL
- o  WILL NOT FOLLOW
- o  HAND DELIVERY
- o  WITH ENCLOSURES
- o  WITHOUT ENCLOSURES

### Confidentiality Notice:

The documents accompanying this facsimile transmission contain confidential information which may be legally privileged. The information is intended only for the use of the recipient named below. If you have received this facsimile in error, please immediately notify us by telephone to arrange for return of the original documents to us; and any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited.

| | |
|---|---|
| TO: | John L'Estrange, Esq. |
| FIRM: | WRIGHT & L'ESTRANGE |
| FACSIMILE NO.: | (619) 231-6710 |
| OUR REF.: | LMANL.001L |
| YOUR REF.: | |
| FROM: | Fred Berretta |
| OPERATOR: | NO. OF PAGES: 2   (incl. cover sheet) |
| DATE: | March 14, 2008      TIME: 4:40 p.m. |

**IF YOU DID NOT RECEIVE ALL OF THE PAGES PLEASE CALL BACK IMMEDIATELY**
OPERATOR PHONE NO.: (619) 235-8550      FACSIMILE NO.: (619) 235-0176

MESSAGE: SEE ATTACHED LETTER.

5019759
031408

**EXHIBIT 1**
**PAGE 6**

| Orange County | San Francisco | Los Angeles | Riverside | Seattle | Washington, DC |
|---|---|---|---|---|---|
| 949-760-0404 | 415-954-4114 | 310-551-3450 | 951-781-9231 | 206-405-2000 | 202-640-6400 |

Case 3:07-cv-01988-DMS-NLS    Document 46-2    Filed 03/20/2008    Page 8 of 8

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2008, I caused the foregoing **DECLARATION OF FREDERICK BERRETTA IN OPPOSITION TO AMBU'S EX PARTE REQUEST TO CONTINUE APRIL 14, 2008 ENE CONFERENCE** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the applicable registered filing users.

Darryl M. Woo
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco CA 94104
dwoo@fenwick.com
T: 415-875-2300
F: 415-281-1350

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Dated: March 20, 2008

_Megan Ptacin_ (signature)
Megan Ptacin

5035261
031908