UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.,<br><br>               Plaintiffs,<br>v.<br><br>AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD,<br><br>               Defendants. | Civil No.07cv1988-DMS(NLS)<br><br>**ORDER GRANTING DEFENDANTS'** *EX PARTE* **REQUEST TO CONTINUE THE APRIL 14, 2008 EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>[Doc. No. 44] |

    Before the Court in the above-captioned matter is the *ex parte* request of Defendants Ambu A/S, Ambu Inc., Ambu Ltd., and Ambu Sdn. Bhd. to continue the Early Neutral Evaluation Conference ("ENE") currently scheduled for April 14, 2008 [Doc. No. 44]. Defendants seek a ninety-day continuance of the ENE, due to the recent substitution of counsel and the resultant additional time needed by new trial counsel to prepare for the ENE. Plaintiffs oppose the request for a ninety-day continuance; however, Plaintiffs are amenable to a thirty-day continuance [Doc. No. 46]. The Court, having considered the moving papers and supporting declarations of counsel, as well as the current procedural posture of the case, finds good cause to continue the ENE. Accordingly, Defendants' *ex parte* request is **GRANTED** and the April 14, 2008 ENE is **VACATED** and **RESET** for *June 10, 2008* at *2:00 p.m.* The parties shall refer to the Court's February 26, 2008 Order [Doc. No. 42] for instructions regarding preparation for and attendance at the ENE.

    **IT IS SO ORDERED**.

DATED: March 25, 2008

                                                                        Hon. Nita L. Stormes<br>                                                                       U.S. Magistrate Judge