1   DARRYL M. WOO (CSB NO. 100513)
    dwoo@fenwick.com
2   CHARLENE M. MORROW (CSB NO. 136411)
    cmorrow@fenwick.com
3   RYAN J. MARTON (CSB NO. 223979)
    rmarton@fenwick.com
4   C. J. ALICE CHUANG (CSB NO. 228556)
    achuang@fenwick.com
5   FENWICK & WEST LLP
    555 California Street, 12th Floor
6   San Francisco, CA 94104
    Telephone: (415) 875-2300
7   Facsimile:  (415) 281-1350

8   Attorneys for Defendants
    AMBU A/S, AMBU INC., AMBU LTD., and
9   AMBU SDN. BHD.

10

11

12                  UNITED STATES DISTRICT COURT

13               SOUTHERN DISTRICT OF CALIFORNIA

14

15  THE LARYNGEAL MASK COMPANY          Case No. 07-cv-1988-DMS (NLS)
    LTD. and LMA NORTH AMERICA,
16  INC.,

17              Plaintiffs,             NOTICE OF APPEARANCE

18         v.

19  AMBU A/S, AMBU INC., AMBU LTD.,
    and AMBU SDN. BHD.,
20
                Defendants.
21
    AND RELATED COUNTERCLAIMS
22

23

24          Ryan J. Marton of Fenwick & West LLP hereby enters his appearance on behalf of

25  Defendants AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD.  Ryan J. Marton's

26  e-mail address, for purposes of receipt of Notices of Electronic Filing, is as follows:

27          Ryan J. Marton:         rmarton@fenwick.com

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

NOTICE OF APPEARANCE                                CASE NO. 07-CV-1988-DMS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

Respectfully submitted,

Dated:  April 11, 2008

_/s/ Ryan J. Marton_____
Ryan J. Marton
(California State Bar No. 223979)
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

Attorneys for Defendants
AMBU A/S, AMBU INC., AMBU LTD., and
AMBU SDN. BHD.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with a copy of this document via the Court's

CM/ECF system per Local Rule 5.2 on April 11, 2008.

By:    /s/Ryan J. Marton
        Ryan J. Marton
        E-mail: rmarton@fenwick.com

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW