# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>AMBU A/S, AMBU, INC., AMBU LTD., and AMBU SDN, BHD.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. 07-CV-1988-DMS (NLS)<br><br>**ORDER RE: ORAL ARGUMENT** |

Defendants' motion for clarification is scheduled for hearing on April 18, 2008. The Court finds this matter suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED.**

DATED: April 15, 2008

HON. DANA M. SABRAW
United States District Judge

- 1 -                                                                              07CV1988