DARRYL M. WOO (CSB NO. 100513)
CHARLENE M. MORROW (CSB NO. 136411)
RYAN J. MARTON (CSB NO. 223979)
C. J. ALICE CHUANG (CSB NO. 228556)
DENNIS FAIGAL (CSB NO. 252829)
FENWICK & WEST LLP
555 California Street
12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants
AMBU A/S, AMBU INC., AMBU LTD., and
AMBU SDN. BHD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD.,<br><br>Defendant. | Case No. 3:07-cv-01988-DMS-NLS<br><br>Jury Trial Demanded<br><br>**DEFENDANTS AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD.'s *EX PARTE* APPLICATION FOR MISCELLANEOUS RELIEF TO BRING PRODUCT EXEMPLARS TO ENE CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Magistrate Judge Nita L. Stormes<br>June 10, 2008<br>2:00 p.m. |

Defendants Ambu A/S, Ambu Inc., Ambu Ltd., and Ambu Sdn. Bhd. (collectively "Ambu" or "Defendants") hereby move the Court for an Order permitting Ambu to bring samples of Ambu products to the Early Neutral Evaluation Conference ("ENE"). The ENE will take place on June 10, 2008 at 2:00 p.m. before Magistrate Judge Stormes, United States Courthouse, 940 Front Street, Room 1118, San Diego, California, pursuant to the Court's March 25, 2008, Order Granting Defendants' *Ex Parte* Request to Continue the April 14, 2008 Early Neutral Evaluation Conference (Docket No. 47).

The February 26, 2008, Court's Notice and Order Resetting Early Neutral Evaluation Conference in Patent Case ¶ 4 (Docket No. 42), encourages the parties to "bring to the ENE appropriate demonstrative aids to assist the court in understanding" the issues in the litigation. This litigation is a patent infringement case where Plaintiffs The Laryngeal Mask Company Ltd. and LMA North America, Inc. (collectively "Plaintiffs") have accused Ambu's products, particularly Ambu's AuraOnce, Aura40, AuraFlex, and AuraStraight products, of infringing Plaintiffs' patent. *See* Pl.'s Compl. ¶¶ 14, 20. Ambu wishes to bring samples of the accused products to the ENE to aid the Court's understanding of the issues.

Accordingly, Ambu seeks the Court's permission to bring samples of the Ambu laryngeal mask products to the ENE pursuant to the order set out below.

Dated: June 4, 2008

FENWICK & WEST LLP

By:  /s/ Darryl M. Woo
     Darryl M. Woo

Attorneys for Defendants
AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD.

## **ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: June __, 2008

_____
Hon. Nita L. Stormes
United States Magistrate Judge

26616/00401/LIT/1286045.3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/EFC system per Local Rule 5.2 on June 4, 2008.

By: /s/ Darryl M. Woo
―――――――――――――――――――――
Darryl M. Woo
E-mal: dwoo@fenwick.com

LIT/1286045

AMBU'S *EX PARTE* APPLICATION FOR
MISCELLANEOUS RELIEF; [PROPOSED]           3           CASE NO. 3:07-CV-01988-DMS-NLS
ORDER THEREON