UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD, <br><br> Defendants. | Civil No.07cv1988-DMS(NLS) <br><br> **ORDER GRANTING DEFENDANTS AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD.'s** *EX PARTE* **APPLICATION FOR MISCELLANEOUS RELIEF TO BRING PRODUCT EXEMPLARS TO ENE CONFERENCE** <br><br> [Doc. No. 54] |

Before the Court in the above-captioned matter is the *ex parte* request of Defendants seeking permission from the Court to bring samples of their products to the Early Neutral Evaluation Conference ("ENE") currently scheduled for June 10, 2008 at 2:00 p.m. Defendants reference the Court's February 26, 2008 Order [Doc. No. 42], wherein parties are encouraged "bring to the ENE appropriate demonstrative aids to assist the court in understanding" the issues in the litigation. Plaintiffs have accused Defendants' AuraOnce, Aura40, AuraFlex, and AuraStraight products, of infringing Plaintiffs' patent. Plaintiffs do not object to this request. Accordingly, good cause appearing, the Court **GRANTS** Defendants' *Ex Parte* Application. Defendants may enter the Courthouse with samples of the aforementioned accused products for demonstrative use at the June 10, 2008, 2:00 p.m. ENE.

**IT IS SO ORDERED**.

DATED: June 5, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge

1

07cv1988