1  DARRYL M. WOO (CSB NO. 100513)
   (e-mail: dwoo@fenwick.com)
2  RYAN J. MARTON (CSB NO. 223979)
   (e-mail: rmarton@fenwick.com)
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA 94104
   Telephone: (415) 875-2300
5  Facsimile: (415) 281-1350

6  CHARLENE M. MORROW (CSB NO. 136411)
   (e-mail: cmorrow@fenwick.com)
7  C. J. ALICE CHUANG (CSB NO. 228556)
   (e-mail: achuang@fenwick.com)
8  DENNIS FAIGAL (CSB NO. 252829)
   (e-mail: dfaigal@fenwick.com)
9  FENWICK & WEST LLP
   801 California Street
10 Mountain View, CA 94041
   Telephone: (650) 988-8500
11 Facsimile: (650) 938-5200

12 Attorneys for Defendants
   AMBU A/S, AMBU INC., AMBU LTD., and
13 AMBU SDN. BHD.

14

15                    UNITED STATES DISTRICT COURT

16                   SOUTHERN DISTRICT OF CALIFORNIA

17

| 18 | THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., | Case No. 3:07-cv-01988-DMS-NLS |
|---|---|---|
| 19 | | Jury Trial Demanded |
| 20 | Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS** |
| 21 | v. | |
| 22 | AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD., | Judge Dana M. Sabraw<br>Magistrate Judge Nita L. Stormes |
| 23 | | |
| 24 | Defendant. | |

25

26

27

28

NOTICE OF APPERANCE OF COUNSEL ON BEHALF OF DEFENDANTS          1          CASE NO. 3:07-CV-01988-DMS-NLS

C. J. Alice Chuang of the law firm of Fenwick & West LLP hereby enters her appearance in the above-captioned case on behalf of Defendants AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD.  For purposes of receipt of Notices of Electronic Filing, the e-mail addresses for Fenwick & West attorney C. J. Alice Chuang are:

C. J. Alice Chuang:        achuang@fenwick.com;        dyoungman@fenwick.com

Dated: June 16, 2008                    Respectfully Submitted,

By:  /s/  C. J. Alice Chuang
C. J. Alice Chuang (CSB # 228556)
(e-mail:  achuang@fenwick.com)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  (650) 988 8500
Facsimile:   (650) 938-5200

Attorneys for Defendants
AMBU A/S, AMBU INC., AMBU LTD.,
and AMBU SDN.BHD.

1286511.2

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

NOTICE OF APPERANCE OF COUNSEL ON BEHALF OF DEFENDANTS   1   CASE NO. 3:07-CV-01988-DMS-NLS