**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 16, 2008, I caused the foregoing:

**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS** to

be electronically filed with the Clerk of the Court using the CM/ECF system which will send

electronic notification of such filing to the applicable registered filing users.

Frederick S. Berretta
fberretta@kmob.com
Knobbe, Martens, Olson & Bear LLP
550 West C Street, Suite #1200
San Diego, CA 92101
Telephone: (619) 235 8550
Facsimile:   (619) 235 0716

Vicki S. Veenker
vveenker@shearman.com
Adam P. Noah
anoah@shearman.com
Shearman & Sterling LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 838 3600
Facsimile:   (650) 838 3699

I declare that I am employed in the office of a member of the bar of this Court at whose

direction the service was made.

Dated this 16th day of June, 2008

_____
Donnae A. Youngman

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW