DARRYL M. WOO (CSB NO. 100513)
(e-mail: dwoo@fenwick.com)
RYAN J. MARTON (CSB NO. 223979)
(e-mail: rmarton@fenwick.com)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

CHARLENE M. MORROW (CSB NO. 136411)
(e-mail: cmorrow@fenwick.com)
C. J. ALICE CHUANG (CSB NO. 228556)
(e-mail: achuang@fenwick.com)
DENNIS FAIGAL (CSB NO. 252829)
(e-mail: dfaigal@fenwick.com)
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendants
AMBU A/S, AMBU INC., AMBU LTD., and
AMBU SDN. BHD.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD., <br><br> Defendant. | Case No. 3:07-cv-01988-DMS-NLS <br><br> Jury Trial Demanded <br><br> **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS** <br><br> Judge Dana M. Sabraw <br> Magistrate Judge Nita L. Stormes |

    Dennis Faigal of the law firm of Fenwick & West LLP hereby enters his appearance in the above-captioned case on behalf of Defendants AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD.  For purposes of receipt of Notices of Electronic Filing, the e-mail addresses for Fenwick & West attorney Dennis Faigal are:

    Dennis Faigal:      dfaigal@fenwick.com;      kmaramba@fenwick.com

Dated: June 23, 2008                      Respectfully Submitted,

By:  /s/  Dennis Faigal
Dennis Faigal (CSB # 252829)
(e-mail:  dfaigal@fenwick.com)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  (650) 988 8500
Facsimile:   (650) 938-5200

Attorneys for Defendants
AMBU A/S, AMBU INC., AMBU LTD.,
and AMBU SDN.BHD.

1286627.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

NOTICE OF APPERANCE OF COUNSEL ON BEHALF OF DEFENDANTS    2    CASE NO.  3:07-CV-01988-DMS-NLS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.2 on June 23, 2008.

By: /s/ Dennis Faigal
Dennis Faigal
E-mal: dfaigal@fenwick.com