DARRYL M. WOO (CSB NO. 100513)
(e-mail: dwoo@fenwick.com)
RYAN J. MARTON (CSB NO. 223979)
(e-mail: rmarton@fenwick.com)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

CHARLENE M. MORROW (CSB NO. 136411)
(e-mail: cmorrow@fenwick.com)
C. J. ALICE CHUANG (CSB NO. 228556)
(e-mail: achuang@fenwick.com)
DENNIS FAIGAL (CSB NO. 252829)
(e-mail: dfaigal@fenwick.com)
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Defendants
AMBU A/S, AMBU INC., AMBU LTD., and
AMBU SDN. BHD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD., <br><br> Defendant. | Case No. 3:07-cv-01988-DMS-NLS <br><br> Jury Trial Demanded <br><br> **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS** <br><br> Judge Dana M. Sabraw <br> Magistrate Judge Nita L. Stormes |

1  Charlene M. Morrow of the law firm of Fenwick & West LLP hereby enters her
2  appearance in the above-captioned case on behalf of Defendants AMBU A/S, AMBU INC.,
3  AMBU LTD., and AMBU SDN. BHD.  For purposes of receipt of Notices of Electronic Filing,
4  the e-mail addresses for Fenwick & West attorney Charlene M. Morrow are:

    Charlene M. Morrow:    cmorrow@fenwick.com;    dbyram@fenwick.com

Dated: June 26, 2008        Respectfully Submitted,

By: /s/ Charlene M. Morrow
Charlene M. Morrow (CSB # 136411)
(e-mail: cmorrow@fenwick.com)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988 8500
Facsimile: (650) 938-5200

Attorneys for Defendants
AMBU A/S, AMBU INC., AMBU LTD.,
and AMBU SDN.BHD.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2008, I caused the foregoing:

**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the applicable registered filing users.

Frederick S. Berretta
fberretta@kmob.com
Knobbe, Martens, Olson & Bear LLP
550 West C Street, Suite #1200
San Diego, CA  92101
Telephone:  (619) 235 8550
Facsimile:   (619) 235 0716

Vicki S. Veenker
vveenker@shearman.com
Adam P. Noah
anoah@shearman.com
Shearman & Sterling LLP
1080 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 838 3600
Facsimile:   (650) 838 3699

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Dated this 26th day of June, 2008

_____
Donnae A. Youngman

1286512.2

CERTIFICATE OF SERVICE    CASE NO. 3:07-CV-01988-MS-LS