DARRYL M. WOO (CSB NO. 100513)
CHARLENE M. MORROW (CSB NO. 136411)
RYAN J. MARTON (CSB NO. 223979)
C. J. ALICE CHUANG (CSB NO. 228556)
DENNIS FAIGAL (CSB NO. 252829)
FENWICK & WEST LLP
555 California Street
12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants
AMBU A/S, AMBU INC., AMBU LTD., and
AMBU SDN. BHD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD., <br><br> Defendants. | Case No. 3:07-cv-01988-DMS-NLS <br><br> **DEFENDANTS AMBU A/S, AMBU INC., AMBU LTD., AND AMBU SDN. BHD.'S NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIMS** <br><br> Judge: Honorable Dana M. Sabraw <br> Date: August 22, 2008 <br> Time: 1:30 p.m. <br> Courtroom: 10 |
| AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD., <br><br> Counterclaimants, <br><br> v. <br><br> THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Counter-Defendants. | |

## NOTICE OF MOTION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 22, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, Defendants Ambu A/S, Ambu Inc., Ambu Ltd., and Ambu Sdn. Bhd. (collectively "Ambu") will appear in Courtroom 10 of the United States District Court for the Southern District of California, located at 940 Front Street, San Diego, CA 92101, and will, and hereby does, move the Court for an order granting leave to file an Amended Answer and Counterclaims.

## MOTION

Defendants Ambu A/S, Ambu Inc., Ambu Ltd., and Ambu Sdn. Bhd. hereby move the Court for an order granting leave to file an Amended Answer and Counterclaims. A copy of the proposed amended pleading is attached to the accompanying Memorandum of Points and Authorities as Exhibit A. This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and such other oral and/or documentary evidence as may be presented at or before the time of the hearing.

Dated: July 11, 2008                                      FENWICK & WEST LLP

By: s/**Dennis Faigal**
                                                                          Dennis Faigal

Attorneys for Defendants
AMBU A/S, AMBU INC., AMBU LTD., and
AMBU SDN. BHD.
Email: dfaigal@fenwick.com

*1287813.1*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.2 on July 11, 2008.

> By:    s/ Dennis Faigal
> Dennis Faigal
> E-mail: dfaigal@fenwick.com