1  DARRYL M. WOO (CSB NO. 100513)
   CHARLENE M. MORROW (CSB NO. 136411)
2  RYAN J. MARTON (CSB NO. 223979)
   C. J. ALICE CHUANG (CSB NO. 228556)
3  DENNIS FAIGAL (CSB NO. 252829)
   FENWICK & WEST LLP
4  555 California Street
   12th Floor
5  San Francisco, CA 94104
   Telephone: (415) 875-2300
6  Facsimile:  (415) 281-1350

7  Attorneys for Defendants
   AMBU A/S, AMBU INC., AMBU LTD., and
8  AMBU SDN. BHD.

9
                    UNITED STATES DISTRICT COURT
10
                   SOUTHERN DISTRICT OF CALIFORNIA
11

12
   THE LARYNGEAL MASK COMPANY          Case No. 3:07-cv-01988-DMS-NLS
13 LTD. and LMA NORTH AMERICA,
   INC.,
14                                     **DECLARATION OF HENRIK WENDLER
                  Plaintiffs,          IN SUPPORT OF DEFENDANTS AMBU
15                                     A/S, AMBU INC., AMBU LTD., AND AMBU
        v.                             SDN. BHD.'S MOTION FOR LEAVE TO
16                                     AMEND ANSWER AND
   AMBU A/S, AMBU INC., AMBU LTD.,     COUNTERCLAIMS**
17 and AMBU SDN. BHD.,
                                       Judge:     Honorable Dana M. Sabraw
18                Defendants.          Date:      August 22, 2008
                                       Time:      1:30 p.m.
19                                     Courtroom: 10

20

21 AMBU A/S, AMBU INC., AMBU LTD.,
   and AMBU SDN. BHD.,
22
                  Counterclaimants,
23
        v.
24
   THE LARYNGEAL MASK COMPANY
25 LTD. and LMA NORTH AMERICA,
   INC.,
26
                  Counter-Defendants.
27

28

DECL. OF HENRIK WENDLER ISO
MOTION FOR LEAVE TO AMEND                              CASE NO. 3:07-CV-01988-DMS-NLS

I, Henrik Wendler, declare:

1. I am Executive Vice President, Production, R&D, Supply Chain and Process Development, and have been employed at Ambu A/S since 01.12.1995. I make this declaration of my own knowledge, except to any extent otherwise specified. If called as a witness, I could and would testify competently to the facts set forth herein.

2. The Laryngeal Mask Company Ltd. and LMA North America, Inc. (collectively "LMA"), brought this suit alleging patent infringement by laryngeal mask airway devices allegedly sold by Ambu in the U.S. LMA also makes laryngeal mask airway devices and sells against Ambu's devices.

3. Several years ago I learned that LMA had authored and distributed a marketing brochure entitled "A comparative Anatomical Study of Laryngeal Masks" (the "LMA Brochure"). The LMA Brochure's overriding message is that LMA's laryngeal masks are supposedly safer than, and thus superior to, other laryngeal masks on the market, particularly Ambu's competitive products. The LMA brochure purports to be based on a study by David Z. Ferson, M.D. (the "Ferson Study").

4. LMA has distributed its Brochure via mass mailings, the internet, and its sales force. On numerous occasions LMA sales representatives have contacted Ambu's customers and prospective customers attempting to dissuade or divert them from purchasing laryngeal masks from Ambu. LMA has done so by falsely asserting that Ambu's masks cause nerve damage in reference to the LMA brochure and the Ferson Study.

5. In addition to its false claims that Ambu's products are unsafe, beginning several years ago, LMA has advertised to Ambu's customers and prospective customers that certain institutions have purchased from LMA, then switched to Ambu, only to switch back to LMA. LMA represented that these institutions left Ambu for clinical and safety reasons, again referring to the LMA brochure and the Ferson Study. LMA's characterization of Ambu's business relationships with these institutions is false and misleading. For example, several of the institutions were never customers of Ambu and had never purchased Ambu's laryngeal masks.

6. Ambu was under the impression that LMA had ceased the above marketing and

sales tactics. However, I very recently learned, on or about July 1, 2008, that LMA has resumed the conduct described above.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of July, 2008, at Ballerup, Denmark.

Dated: July 11, 2008

*/s/ Henrik Wendler*
Henrik Wendler
Ambu A/S

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.2 on July 11, 2008.

By:  s/ Dennis Faigal
Dennis Faigal
E-mail: dfaigal@fenwick.com

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

DECL. OF HENRIK WENDLER ISO
MOTION FOR LEAVE TO AMEND

4

CASE NO. 3:07-CV-01988-DMS-NLS