# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.,<br><br>　　　　　Plaintiffs,<br>　vs.<br>AMBU A/S, AMBU, INC., AMBU LTD., and AMBU SDN, BHD.<br><br>　　　　　Defendants.<br>───────────────────────────<br>AND RELATED COUNTERCLAIM. | CASE NO. 07-CV-1988-DMS (NLS)<br><br>**ORDER RE: ORAL ARGUMENT** |

　　　Defendants' motion for leave to amend its answer and counterclaims is scheduled for hearing on August 22, 2008. The Court finds this matter suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

　　　**IT IS SO ORDERED.**

DATED: August 14, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge