1  DARRYL M. WOO (CSB NO. 100513)
   CHARLENE M. MORROW (CSB NO. 136411)
2  RYAN J. MARTON (CSB NO. 223979)
   C. J. ALICE CHUANG (CSB NO. 228556)
3  DENNIS FAIGAL (CSB NO. 252829)
   FENWICK & WEST LLP
4  555 California Street
   12th Floor
5  San Francisco, CA  94104
   Telephone: (415) 875-2300
6  Facsimile:  (415) 281-1350

7  Attorneys for Defendants
   AMBU A/S, AMBU INC., AMBU LTD., and
8  AMBU SDN. BHD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD., <br><br> Defendants. | Case No.  3:07-cv-01988-DMS-NLS <br><br> **DECLARATION OF DENNIS M. FAIGAL IN SUPPORT OF DEFENDANTS AMBU A/S, AMBU INC., AMBU LTD., AND AMBU SDN. BHD.'S REPLY IN SUPPORT OF THEIR MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIMS** <br><br> **Judge:**    **Honorable Dana M. Sabraw** <br> **Date:**    **August 22, 2008** <br> **Time:**    **1:30 p.m.** <br> **Courtroom:**    **10** |
| AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD., <br><br> Counterclaimants, <br><br> v. <br><br> THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Counter-Defendants. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

I, Dennis M. Faigal, declare:

1. I am an associate with the law firm of Fenwick & West LLP, counsel to Defendants Ambu A/S, Ambu Inc., Ambu Ltd., and Ambu Sdn. Bhd. (collectively, "Ambu"). I am an attorney admitted to practice before this Court. I submit this declaration in support of Defendants Ambu A/S, Ambu Inc., Ambu Ltd., and Ambu Sdn. Bhd.'s Reply in Support of Its Motion for Leave to Amend Answer and Counterclaims. I have personal knowledge of the matters set forth herein, and if called upon to do so, could and would testify competently thereto.

2. On or around May 28, 2008, Plaintiffs The Laryngeal Mask Company Ltd. and LMA North America, Inc.'s (collectively "LMA") served its Rule 26 Initial Disclosures on Ambu. Section III of LMA's Rule 26 Initial Disclosures indicates that LMA seeks to recover damages in the amount of its lost profits or in an amount "'not less that [sic] a reasonable royalty' for Ambu's infringing use of the patent-in-suit." A true and correct copy of Plaintiffs' Fed. R. Civ. P. Rule 26(a) Initial Disclosure Statement is attached as **Exhibit A**.

3. In Section I of its Rule 26 Initial Disclosures, LMA identified the following LMA employees among the witnesses likely to possess discoverable information regarding the sales and marketing of LMA's laryngeal mask airway devices in the United States: Thomas B. Bendinelli, LMA's Director of Sales – West; Michael Masilonis, LMA's Director of Sales – East; and Derek Evans, LMA's Executive Director of Marketing.

4. On or around May 28, 2008, Ambu served its Rule 26 Initial Disclosures on LMA. In Section I of its Rule 26 Initial Disclosures, Ambu identified Frank Homa, an Ambu general manager, as an individual likely to have discoverable information regarding the sales and marketing of Ambu's laryngeal mask products. A true and correct copy of Defendants Ambu A/S, Ambu Inc., Ambu Ltd., and Ambu Sdn. Bhd.'s Rule 26(a)(1) Initial Disclosures is attached as **Exhibit B**.

5. On or around May 30, 2008, LMA served Plaintiffs' First Set of Requests for Production of Documents and Things (Nos. 1 – 83) on Ambu. A true and correct copy of this document is attached as **Exhibit C**.

///

1  6. In LMA's product manual for its ProSeal, Unique, Classic, Flexible, and Flexible Single Use products, LMA discloses that hypoglossal nerve injury and lingual nerve injury are among the adverse effects that may be experienced by patients on which the LMA products are used. A true and correct copy of the LMA Airway Instruction Manual, which is accessible via LMA's website, is attached as **Exhibit D**.

7. In article entitled "Complications of Endotracheal Intubation and Other Airway Management Procedures," describes some of the complications resulting from use of LMA's laryngeal mask airway devices. According to the article, among the complications and side effects caused by LMA's products is lingual nerve injury resulting from direct compressions of the nerves by LMA's masks. A true and correct copy of this article is attached as **Exhibit E**.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of August, 2008, at Mountain View, California.

By: _*/s/ Dennis Faigal*_
Dennis Faigal
E-mail: dfaigal@fenwick.com

DECL. OF DENNIS FAIGAL ISO MOTION FOR LEAVE TO AMEND - 3 - CASE NO. 3:07-CV-01988-DMS-NLS

**INDEX OF EXHIBITS**

| | | |
|---|---|---|
| Exhibit A | Plaintiff's Fed. R. Civ. P. Rule 26(a) Initial Disclosure Statement | Pages 1 – 7 |
| Exhibit B | Defendants Ambu, A/S, Ambu Inc., Ambu Ltd., and Ambu Sdn. Bhd.'s Rule 26(a)(1) Initial Disclosures | Pages 8 – 12 |
| Exhibit C | Plaintiffs' First Set of Requests for Production of Documents and Things (Nos. 1 – 83) | Pages 13 – 31 |
| Exhibit D | LMA™ Airway Instruction Manual | Pages 32 – 54 |
| Exhibit E | Article: *"Complications of Endotracheal Intubation and Other Airway Management Procedures,"* Indian J. Anaseth. 2005 | Pages 55 – 65 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.2 on August 15, 2008.

By:  */s/ Dennis Faigal*
Dennis Faigal
E-mail: dfaigal@fenwick.com

1290213

CERTIFICATE OF SERVICE                                            CASE NO. 3:07-CV-01988-DMS-NLS