UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Plaintiffs, <br> v. <br><br> AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD, <br><br> Defendants. | Civil No.07cv1988-DMS(NLS) <br><br> **ORDER FOLLOWING AUGUST 21, 2008 TELEPHONIC DISCOVERY HEARING RE: PROTECTIVE ORDER** |

On August 21, 2008, the Court held a telephonic discovery hearing on the record in the above-captioned matter. Counsel only participated in the telephonic hearing. Frederick S. Berretta appeared on behalf of Plaintiffs Laryngeal Mask Company, Ltd. and LMA North America, Inc. Charlene Morrow appeared on behalf of Defendants AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN BHD. Having considered the letter briefs submitted to the Court on August 18, 2008, and for the reasons stated by the Court on the record during the telephonic hearing, the Court **GRANTS** Defendants' request and hereby **ORDERS** that Stephen Marzen, attorney of record for Plaintiffs, shall be barred from accessing any and all discovery in this case classified by the parties as "HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY."

/ / /

/ / /

/ / /

No later than ***August 22, 2008*** the parties shall submit electronically a jointly proposed protective order for the Court's consideration that incorporates this ruling.

Pursuant to Federal Rule of Civil Rule 72(a), either party may serve and file objections to this order within ten (10) days, for consideration by the presiding District Judge.

**IT IS SO ORDERED**.

DATED:  August 21, 2008

*[signature]*
Hon. Nita L. Stormes
U.S. Magistrate Judge