John B. Sganga (State Bar No. 116,211)
Frederick S. Berretta (State Bar No. 144,757)
Joshua J. Stowell (State Bar No. 246,916)
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA  92101
(619) 235-8550
(619) 235-0176 (FAX)

Vicki S. Veenker (State Bar No. 158,669)
Adam P. Noah (State Bar No. 198,669)
SHEARMAN & STERLING LLP
1080 Marsh Road
Menlo Park, CA  94025
(650) 838-3600
(650) 838-3699 (FAX)

Attorneys for Plaintiffs and Counter-Defendants
THE LARYNGEAL MASK COMPANY LTD.
and LMA NORTH AMERICA, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Civil Action No. 07 CV 1988 DMS (NLS) <br><br> **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S DECISION RE THE PROTECTIVE ORDER** <br><br> **Judge Dana M. Sabraw** <br><br> **Magistrate Judge Nita L. Stormes** |

Plaintiffs/Counter-defendants The Laryngeal Mask Company Ltd. and LMA North America, Inc. (collectively "LMA") hereby respectfully requests an extension of time for LMA to file any objections under Rule 72(a) of the Federal Rules of Civil Procedure to the August 21, 2008 decision of Magistrate Judge Nita L. Stormes regarding the Protective Order in this matter [Doc. # 73]. Defendants do not oppose this motion. The present due date for filing any such objections is September 5, 2008 (10 [court] days under Rule 72), and LMA is requesting a three-week extension of the due date until September 26, 2008. The reasons for this request are as follows:

The parties have been attempting to meet and confer regarding a possible stipulation concerning the subject matter of Magistrate Stormes' decision but have been unavoidably delayed by client vacation schedules, the intervening Labor Day holiday, and other scheduling conflicts of counsel. Specifically, in her decision Magistrate Stormes ruled that one of LMA's attorneys with Shearman & Sterling LLP who was also on the board of directors of LMA's parent corporation (and another related company) could not have access to Defendants' highly confidential materials under the Protective Order. The subject attorney has now resigned from both boards of directors and the parties have been attempting to meet and confer regarding possibly allowing the subject attorney access under the Protective Order, but client unavailability and counsel schedule conflicts have unavoidably delayed this process. Also, in the event that the parties are not able to reach an agreement, LMA intends to bring the matter before the Magistrate Judge and request reconsideration of her decision based on the changed circumstances.

The requested extension of the Rule 72(a) filing deadline would allow sufficient time for the matter to either be resolved by the parties or reconsidered by the Magistrate Judge prior to the deadline, possibly avoiding the need for LMA to file any Rule 72(a) objections (and Defendants to oppose) altogether. Accordingly, LMA believes that the requested extension would promote efficiency and judicial economy. This request is brought in good faith and not for purposes of mere delay or any other improper purpose.

///

Pltfs' Mot. For Ext. of Time
Case No. 07cv1988 DMS (NLS)

A proposed Order granting the requested extension of time is being concurrently submitted herewith.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 4, 2008

By: s/Frederick S. Berretta
    John B. Sganga
    jsganga@kmob.com
    Frederick S. Berretta
    fberretta@kmob.com

Attorneys for Plaintiffs
THE LARYNGEAL MASK COMPANY LTD.
and LMA NORTH AMERICA, INC.

5877203

Pltfs' Mot. For Ext. of Time
Case No. 07cv1988 DMS (NLS)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2008, I caused the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S DECISION RE THE PROTECTIVE ORDER** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the applicable registered filing users.

Darryl M. Woo
dwoo@fenwick.com
Ryan J. Marton
rmarton@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco CA  94104
T: 415-875-2300
F: 415-281-1350

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Dated: 9/4/08

_____
Megan Ptacin

5877203
090308