

**Laryngeal Mask Company Ltd**                                      07cv1988-DMS-NLS

-v-

**AMBU A/S et al**

**DOCUMENT WITHDRAWN**
-see docket entry [ # 79]

**76-Defendants AMBU A/S, AMBU INC., AMBU Ltd., and AMBU SDN. BHD.'s Application for leave to File under seal portions of briefing regarding the limited availability of lost profits, declaration of Ryan J. Marton in support thereof, and Exhibits to Declaration of Ryan J. Marton**

**76**