

**FILED**

**9/5/08**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY LO                          DEPUTY

**Laryngeal Mask Company Ltd**                          **07cv1988-DMS-NLS**

**-v-**

**AMBU A/S et al**

**DOCUMENT WITHDRAWN
-see docket entry [ #79 ]**

**77-Defendants AMBU A/S, AMBU Inc., AMBU LTD., and AMBU SDN.
BHD.'s briefing regarding the Limited availability of lost profits**

**77**