

**FILED**

**9/4/08**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY LO                    DEPUTY

**Laryngeal Mask Company Ltd. et al**               **07cv1988-DMS-NLS**

**-v-**

**AMBU A/S et al**

**DOCUMENT WITHDRAWN**
**-see docket entry [ #79 ]**

**78-Certificate of Service**

**78**