DARRYL M. WOO (CSB NO. 100513)
CHARLENE M. MORROW (CSB NO. 136411)
RYAN J. MARTON (CSB NO. 223979)
C. J. ALICE CHUANG (CSB NO. 228556)
DENNIS FAIGAL (CSB NO. 252829)
FENWICK & WEST LLP
555 California Street
12th Floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendants
AMBU A/S, AMBU INC., AMBU LTD., and
AMBU SDN. BHD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD.,<br><br>Defendants. | Case No.  3:07-cv-01988-DMS-NLS<br><br>**DEFENDANT AMBU'S NOTICE OF WITHDRAWAL OF MOTION FOR APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF BRIEFING REGARDING THE LIMITED AVAILABILITY OF LOST PROFITS, DECLARATION OF RYAN J. MARTON IN SUPPORT THEREOF, AND EXHIBITS; MEMORANDUM OF FACTS AND CONTENTIONS OF LAW; CERTIFICATE OF SERVICE**<br><br>[**JURY TRIAL DEMANDED**]<br><br>Magistrate Judge Nita L. Stormes |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 7.1.g.1, Defendants AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD ("AMBU") hereby give notice that they are withdrawing their **MOTION FOR APPLICATION FOR LEAVE TO FILE UNDER**

1  **SEAL PORTIONS OF BRIEFING REGARDING THE LIMITED AVAILABILITY OF**
2  **LOST PROFITS, DECLARATION OF RYAN J. MARTON IN SUPPORT THEREOF,**
3  **AND EXHIBITS TO DECLARATION OF RYAN J. MARTON [Docket #76];**
4  **MEMORANDUM OF FACTS AND CONTENTIONS OF LAW [Docket #77]; and,**
5  **CERTIFICATE OF SERVICE [Docket #78]**.

These filings pertain to a Settlement Conference before Magistrate Stormes. As such, Plaintiffs have requested removal of such filings from the public docket and Defendants have agreed to honor such request.

Dated: September 5, 2008                    FENWICK & WEST LLP


                                            By:    /s/ Ryan J. Marton
                                                         Ryan J. Marton

                                            Attorneys for Defendants
                                            AMBU A/S, AMBU INC., AMBU LTD., and
                                            AMBU SDN. BHD.
                                            Email: rmarton@fenwick.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of **DEFENDANT AMBU'S NOTICE OF WITHDRAWAL OF MOTION FOR APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF BRIEFING REGARDING THE LIMITED AVAILABILITY OF LOST PROFITS, DECLARATION OF RYAN J. MARTON IN SUPPORT THEREOF, AND EXHIBITS; MEMORANDUM OF FACTS AND CONTENTIONS OF LAW; and, CERTIFICATE OF SERVICE** by way of the Court's CM/EFC system per Local Rule 5.2 on September 5, 2008.

By: /s/ Ryan J. Marton