1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.,<br><br>Plaintiffs,<br>v.<br><br>AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. 07 CV 1988 DMS (NLS)<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S DECISION RE THE PROTECTIVE ORDER**<br><br>**Judge Dana M. Sabraw**<br><br>**Magistrate Judge Nita L. Stormes** |

1  Before the Court is the Unopposed Motion of Plaintiffs/Counter-defendants The Laryngeal Mask Company Ltd. and LMA North America, Inc. (collectively "LMA") for an extension of time for LMA to file any objections under Rule 72(a) of the Federal Rules of Civil Procedure to the August 21, 2008 decision of Magistrate Judge Nita L. Stormes regarding the Protective Order in this matter [Doc. # 73].  Defendants do not oppose this motion.  The present due date for filing any such objections is September 5, 2008 (10 [court] days under Rule 72), and LMA is requesting a three-week extension of the due date until September 26, 2008.

The Court, having considered the Unopposed Motion, and good cause appearing therefore, hereby grants the Motion.  Accordingly, LMA shall have up to and including September 26, 2008 to file any objections under Rule 72(a) of the Federal Rules of Civil Procedure to the August 21, 2008 decision of Magistrate Judge Nita L. Stormes regarding the Protective Order in this matter.

IT IS SO ORDERED.

Dated: September 8, 2008

United States District Court Judge

5881192