John B. Sganga (State Bar No. 116,211)
Frederick S. Berretta (State Bar No. 144,757)
Joshua J. Stowell (State Bar No. 246,916)
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
(619) 235-8550
(619) 235-0176 (FAX)

Vicki S. Veenker (State Bar No. 158,669)
Adam P. Noah (State Bar No. 198,669)
SHEARMAN & STERLING LLP
1080 Marsh Road
Menlo Park, CA 94025
(650) 838-3600
(650) 838-3699 (FAX)

Attorneys for Plaintiffs and Counter-Defendants
THE LARYNGEAL MASK COMPANY LTD.
and LMA NORTH AMERICA, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Plaintiffs, <br> v. <br><br> AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Civil Action No. 07 CV 1988 DMS (NLS) <br><br> **PLAINTIFFS' UNOPPOSED EX PARTE MOTION FOR FURTHER EXTENSION OF TIME TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S DECISION RE THE PROTECTIVE ORDER** <br><br> **Judge Dana M. Sabraw** |

-1-

1    Plaintiffs/Counter-defendants The Laryngeal Mask Company Ltd. and LMA North

2 America, Inc. (collectively "LMA") hereby respectfully requests a further extension of time

3 for LMA to file any objections under Rule 72(a) of the Federal Rules of Civil Procedure to

4 the August 21, 2008 decision of Magistrate Judge Nita L. Stormes regarding the Protective

5 Order in this matter [Doc. # 73].   Defendants do not oppose this motion.   The original

6 deadline has already been extended once for three weeks [Doc. # 80].   The present due date

7 for filing any such objections is September 26, 2008, and LMA is requesting a further

8 extension of the due date until October 24, 2008.   The reasons for this request are as follows:

9    In her decision August 21 Magistrate Stormes ruled that one of LMA's attorneys with

10 Shearman & Sterling LLP who was also on the board of directors of LMA's parent

11 corporation (and another related company) could not have access to Defendants' highly

12 confidential materials under the Protective Order.   The subject attorney has now resigned

13 from both boards of directors and the parties had been attempting to meet and confer

14 regarding possibly allowing the subject attorney access under the Protective Order, but have

15 been unable to resolve the dispute.   The Magistrate has now set an expedited briefing

16 schedule on a motion to modify the Protective Order, such motion to be filed by LMA on

17 September 25, 2008, opposed by October 3, 2008, and any reply filed by October 10, 2008.

18 After briefing, the matter will be taken under submission by the Magistrate.

19    The requested further extension of the Rule 72(a) filing deadline would allow

20 sufficient time for the matter to briefed and decided by the Magistrate Judge prior to the

21 deadline, possibly avoiding the need for LMA to file any Rule 72(a) objections (and

22 Defendants to oppose) altogether.   Accordingly, LMA believes that the requested extension

23 would promote efficiency and judicial economy.   This request is brought in good faith and

24 not for purposes of mere delay or any other improper purpose.

25    The undersigned hereby certifies that he has conferred with opposing counsel for

26 Defendants Ryan Marton of Fenwick & West LLP and Defendants do not oppose this

27 Motion.

28 ///

Pltfs' Mot. For Further Ext. of Time
Case No. 07cv1988 DMS (NLS)

1    A proposed Order granting the requested further extension of time is being

2  concurrently submitted herewith.

3                                          Respectfully submitted,

4                                          KNOBBE, MARTENS, OLSON & BEAR, LLP

5

6  Dated:  September 24, 2008              By:  s/Frederick S. Berretta
                                                John B. Sganga
7                                               jsganga@kmob.com
                                                Frederick S. Berretta
8                                               fberretta@kmob.com

9                                          Attorneys for Plaintiffs
                                           THE LARYNGEAL MASK COMPANY LTD.
10                                         and LMA NORTH AMERICA, INC.

11

12  5972489

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pltfs' Mot. For Further Ext. of Time
                                         Case No. 07cv1988 DMS (NLS)

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2008, I caused the foregoing **PLAINTIFFS'**
**UNOPPOSED EX PARTE MOTION FOR FURTHER EXTENSION OF TIME TO**
**FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S DECISION RE THE**
**PROTECTIVE ORDER** to be electronically filed with the Clerk of the Court using the
CM/ECF system which will send electronic notification of such filing to the applicable
registered filing users.

Darryl M. Woo
dwoo@fenwick.com
Ryan J. Marton
rmarton@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco CA  94104
T:  415-875-2300
F:  415-281-1350

I declare that I am employed in the office of a member of the bar of this Court at
whose direction the service was made.

Dated: September 24, 2008

Megan Ptacin

5972489
092308