John B. Sganga (State Bar No. 116,211)
Frederick S. Berretta (State Bar No. 144,757)
Joshua J. Stowell (State Bar No. 246,916)
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street
Suite 1200
San Diego, CA  92101
(619) 235-8550
(619) 235-0176 (FAX)

Vicki S. Veenker (State Bar No. 158,669)
Adam P. Noah (State Bar No. 198,669)
SHEARMAN & STERLING LLP
1080 Marsh Road
Menlo Park, CA  94025
(650) 838-3600
(650) 838-3699 (FAX)

Attorneys for Plaintiffs and Counter-Defendants
THE LARYNGEAL MASK COMPANY LTD.
and LMA NORTH AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD., <br><br> Defendants. <br><br>———————————————— <br> AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD., <br><br> Counterclaimants, <br><br> v. <br><br> THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Counter-Defendants. | Civil Action No. 07 CV 1988 DMS (NLS) <br><br> **PLAINTIFFS' *EX PARTE* MOTION TO MODIFY THE PROTECTIVE ORDER** <br><br><br> **Honorable Nita L. Stormes** |

Pursuant to this Court's request, Plaintiffs and Counterclaimants The Laryngeal Mask Company Ltd. and LMA North America, Inc. (collectively "LMA"), hereby submit this *Ex Parte* Motion to Modify the Protective Order entered in this case by the Court on September 3, 2008 to allow outside counsel Stephen Marzen of Shearman & Sterling LLP full access to all HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY materials produced in this case. This *ex parte* motion is supported by the accompanying Memorandum of Points and Authorities, and the Declaration of Stephen Marzen with supporting exhibits, filed concurrently herewith, as well as such other oral and/or documentary evidence as may be presented at or before the time of the hearing.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 25, 2008

By: s/Frederick S. Berretta
John B. Sganga
jsganga@kmob.com
Frederick S. Berretta
fred.berretta@kmob.com
Joshua J. Stowell
joshua.stowell@kmob.com

Attorneys for Plaintiffs
THE LARYNGEAL MASK COMPANY LTD.
and LMA NORTH AMERICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2008, I caused the foregoing **PLAINTIFFS' *EX PARTE* MOTION TO MODIFY THE PROTECTIVE ORDER** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the applicable registered filing users.

Darryl M. Woo
dwoo@fenwick.com
Charlene Morrow
cmorrow@fenwick.com
C.J. Alice Chuang
achuang@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco CA  94104
T: 415-875-2300
F: 415-281-1350

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Dated: September 25, 2008

Megan Ptacin

5961375
092208