DARRYL M. WOO (CSB NO. 100513)
CHARLENE M. MORROW (CSB NO. 136411)
RYAN J. MARTON (CSB NO. 223979)
C. J. ALICE CHUANG (CSB NO. 228556)
DENNIS FAIGAL (CSB NO. 252829)
FENWICK & WEST LLP
555 California Street
12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants
AMBU A/S, AMBU INC., AMBU LTD., and
AMBU SDN. BHD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. 3:07-CV-1988 DMS (NLS) <br><br> **DEFENDANTS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON DEFENDANTS' MOTION TO COMPEL** <br><br> **Magistrate Judge Nita L. Stormes** |

Pursuant to Civil L.R. 7.1.e.5, defendants and counterclaimants Ambu A/S, Ambu Inc., Ambu Ltd., and Ambu Sdn. Bhd. (collectively "Ambu"), hereby respectfully apply for an order shortening the time on the briefing and hearing schedule for a Motion to Compel Deposition of The Laryngeal Mask Company Ltd. and LMA North America, Inc. (collectively "LMA") Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure ("Motion to Compel").

The Notice of Deposition of The Laryngeal Mask Company Ltd. and LMA North America, Inc. Pursuant to Rule 30(b)(6) ("Notice of 30(b)(6) Deposition of LMA") at issue here is directed to claim-construction related topics. *See* Decl. of Ryan Marton in Supp. of Defs.' Ex

DEF.S' EX PARTE APP. FOR ORDER
SHORTENING TIME FOR BRIEFING AND
HEARING ON DEF.S' MOT. TO COMP.

CASE NO. 3:07-CV-1988 DMS (NLS)

Parte Application for Order Shortening Time (hereinafter "Marton Decl."), ¶ 2, Ex. A. Ambu served this Notice on October 7, 2008, setting the deposition for November 3, 2008 in order to obtain claim construction related discovery in advance of the November 7, 2008, cutoff for claim construction discovery, and well in advance of the date for filing opening claim construction briefs – November 25, 2008. *See* June 12, 2008, Scheduling Order Regulating Discovery and Other Pretrial Proceedings in Patent Case (Dkt. No. 58) ¶¶ 8-9.

In an October 15, 2008 letter from LMA's counsel to Ambu's counsel, LMA stated its objections to the Ambu's Notice of 30(b)(6) Deposition of LMA. *Id.*, ¶ 3, Ex. B. Ambu responded, by and through its counsel, Mr. Ryan J. Marton, in an October 17, 2008 letter indicating Ambu's intention to proceed with the deposition and requesting that LMA identify its witness. *Id.*, ¶ 4, Ex. C. LMA did not identify a witness, or otherwise respond until nearly a week before the noticed deposition, and only to maintain its objection and request a meet and confer. *Id.*, ¶ 5. The parties met and conferred on October 28, 2008, during which LMA confirmed its refusal to produce a witness to testify as to any of the claim construction topics in the Notice of 30(b)(6) Deposition of LMA, and instead indicated its intention to move for a protective order. Marton Decl., ¶ 6. LMA proceeded to contact the Court *ex parte* to set a hearing date for its motion on a regular twenty-eight (28) day hearing schedule, knowing full well this meant the matter would not be heard by the Court until long after the crucial claim construction discovery deadlines passed. *See* Marton Decl., ¶ 7.

The next morning, upon learning of this, Ambu's counsel immediately contacted LMA's counsel to propose solutions to avoid any prejudice to Ambu's ability to take claim construction discovery that may be allowed by the Court. Marton Decl., ¶¶ 7-8. In particular, Ambu proposed either a shortened briefing and hearing schedule for a motion to compel by Ambu, or alternatively such a schedule for LMA's Motion for Protective Order. After several telephonic and e-mail exchanges, throughout which LMA indicated it might be amenable to an expedited schedule, LMA indicated in an e-mail after the close of business on October 29, 2008, and after it filed its Motion for Protective Order Re: Ambu's 30(b)(6) Notice of Deposition of LMA (Dkt. No. 96) (hereinafter "Motion for Protective Order"), that it was declining Ambu's proposed shortened

briefing schedules, and that although it would agree to a modified briefing schedule, it would not agree to any expedited hearing date at all, thereby defeating the purpose of any shortened briefing schedule. Marton Decl., ¶¶ 9-10. In waiting until a week before the noticed 30(b)(6) deposition to confirm their refusal to produce a 30(b)(6) witness, and then to file its Motion for Protective Order to be heard on a regular hearing schedule, LMA is attempting to circumvent the need for the Court to decide the matter and to unilaterally effect the relief they are seeking – to avoid providing a witness for a the 30(b)(6) deposition of LMA on claim construction topics.

Ambu seeks this shortened schedule because it will be prejudiced unless the issue is resolved in a timely manner such that Ambu may take any allowed discovery within the schedule set by the Court. Pursuant to the Court's June 12 Scheduling Order, opening claim construction briefs are due by November 25, 2008. Thus Ambu will suffer prejudice in not being able to make use of any allowed discovery unless the resolution of LMA's Motion for Protective Order occurs sufficiently in advance of the November 25, 2008, deadline in order for Ambu to have the opportunity to take the 30(b)(6) deposition in time to incorporate any relevant discovery from it into their opening claim construction briefs. A hearing date set pursuant to Civil L.R. 7.1.e.1 on the usual twenty-eight (28) day schedule would occur after the deadline for Ambu to file its opening claim construction brief. Thus, according to a regularly scheduled hearing date, if Ambu were to prevail on the Motion to Compel it will file on October 31, 2008, it would not be in time for Ambu to take LMA's 30(b)(6) deposition and incorporate relevant discovered information in its opening claim construction briefing.

Furthermore, the Court's June 12 Scheduling Order sets the deadline for completion of claim construction discovery for November 7, 2008. Accordingly, in order for Ambu to take any allowed discovery, Ambu's Motion to Compel must be resolved either in time for Ambu to take the deposition before the current November 7, 2008 deadline, or it is necessary for the Court to reset this deadline so that Ambu may take any allowed discovery of LMA, upon resolution of Ambu's Motion to Compel, without violating the Court's June 12 Scheduling Order.

///

///

DEF.S' EX PARTE APP. FOR ORDER
SHORTENING TIME FOR BRIEFING AND    3    CASE NO. 3:07-CV-1988 DMS (NLS)
HEARING ON DEF.S' MOT. TO COMP.

1    Thus, Ambu proposes the following alternative briefing and hearing schedules:

| Event | Hearing Before Nov. 7 Claim Construction Discovery Cutoff | Hearing After Nov. 7 Claim Construction Discovery Cutoff |
|---|---|---|
| Ambu's Opening Brief | October 31, 2008 | October 31, 2008 |
| LMA's Opposition Brief | November 3, 2008 | November 6, 2008 |
| Ambu's Reply Brief | November 4, 2008 | November 10, 2008 |
| Telephonic Hearing | November 5, 2008 | November 14, 2008 |

If the Court adopts a schedule where the hearing takes place after the currently set November 7, 2008 claim construction discovery cutoff, Ambu further requests that the Court reset that deadline to November 21, 2008, in order for Ambu to take any discovery allowed by the Court in resolving Ambu's Motion to Compel.

Also, due to the shortened schedule, and for the sake of efficiency, Ambu requests that the hearing be held by telephonic conference call.

A proposed Order granting the requested expedited schedule is being concurrently submitted with this motion.

Dated: October 30, 2008                    FENWICK & WEST LLP


By:   /s/ C. J. Alice Chuang
             C. J. Alice Chuang

Attorneys for Defendants
AMBU A/S, AMBU INC., AMBU LTD., and
AMBU SDN. BHD.

# CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2008, I caused the foregoing DEFENDANTS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON DEFENDANTS' MOTION TO COMPEL to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the applicable registered filing users.

| | |
|---|---|
| John B. Sganga<br>Frederick S. Berretta<br>Joshua J. Stowell<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>550 West C Street, Suite 1200<br>San Diego, CA 92101<br>jsganga@kmob.com<br>fred.berretta@kmob.com<br>joshua.stowell@kmob.com<br>Telephone: (619) 235 8550<br>Facsimile: (619) 235 0716 | Vicki S. Veenker<br>Adam P. Noah<br>SHEARMAN & STERLING LLP<br>1080 Marsh Road<br>Menlo Park, CA 94025<br>vveenker@shearman.com<br>anoah@shearman.com<br>Telephone: (650) 838 3600<br>Facsimile: (650) 838 3699 |

Dated: October 30, 2008   By:  /s/C. J. Alice Chuang
                                C. J. Alice Chuang
                                E-mail: achuang@fenwick.com

1985566