John B. Sganga (CSB No. 116211)
Frederick S. Berretta (CSB No. 144757)
Joshua J. Stowell (CSB No. 246916)
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street
Suite 1200
San Diego, CA 92101
(619) 235-8550
(619) 235-0176 (FAX)

Vicki S. Veenker (CSB No. 158669)
Adam P. Noah (CSB No. 198669)
SHEARMAN & STERLING LLP
1080 Marsh Road
Menlo Park, CA 94025
(650) 838-3600
(650) 838-3699 (FAX)

Attorneys for Plaintiffs and Counter-Defendants
THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.

Darryl M. Woo (CSB No. 100513)
Charlene M. Morrow (CSB No. 136411)
Ryan J. Marton (CSB No. 223979)
Bryan A. Kohm (CSB No. 233276)
Dennis Faigal (CSB No. 252829)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
(415) 875-2300
(415) 281-1350 (FAX)

Attorneys for Defendants and Counterclaimants
AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Plaintiffs, <br> v. <br><br> AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Civil Action No. 07 CV 1988 DMS (NLS) <br><br> **JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE CLAIM CONSTRUCTION BRIEFING AND RELATED DISCOVERY** <br><br> **Honorable Dana M. Sabraw** |

In view of the Court's Order of December 10, 2008 Denying Plaintiffs' Motion to Strike [Doc. # 97], Plaintiffs The Laryngeal Mask Company Ltd. and LMA North America, Inc. (collectively "LMA") and Defendants/Counterclaimants AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD. (collectively "AMBU") have conferred regarding scheduling issues and hereby jointly move the Court for an order extending the due date for their responsive claim construction briefing (currently set for December 19, 2008) to Wednesday, January 14, 2009 in order to complete document and deposition discovery related to AMBU's identification of Samsun Lampotang, Ph.D. as an expert witness regarding claim construction. The date of the claim construction hearing in this matter is Monday, January 26, 2009 and shall remain unaffected by this Joint Motion.

Accordingly, LMA and AMBU hereby agree and stipulate to a court order as follows:

1. AMBU and Dr. Lampotang shall produce any and all documents and things responsive to LMA's pending subpoena of Dr. Lampotang served on October 10, 2008 by close of business on December 23, 2008;

2. AMBU and Dr. Lampotang shall serve upon LMA any responsive or reply declaration of Dr. Lampotang in connection with the claim construction in this case by close of business on December 19, 2008, and AMBU will not file, without prior leave of the Court, any additional, revised or supplemental declarations of Dr. Lampotang regarding claim construction after December 19;

3. Dr. Lampotang shall be made available for a deposition by LMA no later than Friday, January 9, 2009;

4. The parties' responsive claim construction briefs shall be filed and served no later than Wednesday, January 14, 2009; and

5. The claim construction hearing remains on calendar on Monday, January 26, 2009.

///
///
///

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: December 16, 2008    By: s/Frederick S. Berretta
    John B. Sganga
    jsganga@kmob.com
    Frederick S. Berretta
    fred.berretta@kmob.com

Attorneys for Plaintiffs and Counter-Defendants
THE LARYNGEAL MASK COMPANY LTD.
and LMA NORTH AMERICA, INC.

FENWICK & WEST LLP

Dated: December 16, 2008    By: s/Bryan A. Kohm (with consent of)
    Darryl M. Woo
    dwoo@fenwick.com
    Bryan A. Kohm
    bkohm@fenwick.com

Attorneys for Defendants/Counterclaimants
AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD.

6363999

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2008, I caused the foregoing **JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE CLAIM CONSTRUCTION BRIEFING AND RELATED DISCOVERY** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the applicable registered filing users.

Darryl M. Woo
Bryan A. Kohm
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco CA 94104
dwoo@fenwick.com
T: 415-875-2300
F: 415-281-1350

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Dated: December 16, 2008

_Daniel LeMay_

6363999