FILED

2009 JUN 16 PM 12:19

CLERK U.S. ...
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMBU A/S, AMBU INC., AMBU LTD.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:07-cv-01988 DMS-NLS<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT AND PORTIONS OF SUPPORTING DECLARATIONS AND EXHIBITS THERETO** |

For good cause shown, Defendants Ambu A/S, Ambu Inc., and Ambu Ltd.'s (collectively "Ambu") Application for Leave to File under Seal Portions of Defendants' Reply in Support of Motion for Partial Summary Judgment of Non-Infringement, exhibits to the Declaration of Jens Frimman in Support of Ambu's Reply in Support of Motion for Partial Summary Judgment of Non-Infringement ("Frimman Declaration"), and exhibits to the Declaration of Darryl Woo in support of Ambu's Reply in Support of Motion for Partial Summary Judgment of Non-Infringement ("Woo Reply Declaration") is hereby **GRANTED**.

Accordingly, the following shall be excluded from the public record:

1. Reply in Support of Motion for Partial Summary Judgment of Non-Infringement at page 3, lines 14-25;
2. Reply in Support of Motion for Partial Summary Judgment of Non-Infringement at page 4, lines 3-4;
3. Reply in Support of Motion for Partial Summary Judgment of Non-Infringement at page 5, lines 17-18;
4. Reply in Support of Motion for Partial Summary Judgment of Non-Infringement at page 8 n.3;
5. Reply in Support of Motion for Partial Summary Judgment of Non-Infringement at page 12, lines 9-22;
6. Exhibit **A** to the Frimman Declaration;
7. Exhibit **B** to the Frimman Declaration;
8. Exhibit **C** to the Frimman Declaration;
9. Paragraphs 3-7 to the Woo Reply Declaration;
10. Exhibit **GG** to the Woo Reply Declaration;
11. Exhibit **HH** to the Woo Reply Declaration;
12. Exhibit **II** to the Woo Reply Declaration; and
13. Exhibit **JJ** to the Woo Reply Declaration.

**IT IS SO ORDERED.**

Dated: 6/16-09

Dana M. Sabraw
United States District Court Judge