UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Plaintiffs, <br> v. <br><br> AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD, <br><br> Defendants. | Civil No.07cv1988-DMS(NLS) <br><br> ORDER GRANTING JOINT MOTION FOR LEAVE TO SERVE AMENDED EXPERT REPORT AND EXTENDING DEADLINE TO SERVE RELATED REBUTTAL REPORTS <br><br> [Docket No. 228] |

On July 7, 2008, the parties filed a joint motion seeking leave to serve an amended expert report related to the validity of the patent in suit and to extend the deadline to serve any related rebuttal reports. The amended expert report was served due to technical and computer problems that prevented Ambu's expert Dr. Lampotang from completing the original report on time.

Good Cause Appearing, It Is Hereby Ordered that:

1. Ambu is granted leave to serve Dr. Lampotang's Amended Report, which shall be deemed served on June 26, 2009;

2. LMA's deadline to serve any rebuttal report(s) to the Amended Report is extended to and including July 17, 2009; and

//

//

//

1

07cv1988

3. No other dates are extended and this Order shall not be cause to extend any further deadlines.

IT IS SO ORDERED.

DATED: July 8, 2009

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court