1   DARRYL M. WOO (CSB NO. 100513)
    dwoo@fenwick.com
2   CHARLENE M. MORROW (CSB NO. 136411)
    cmorrow@fenwick.com
3   PATRICK E. PREMO (CSB NO. 184915)
    ppremo@fenwick.com
4   BRYAN A. KOHM (CSB NO. 233276)
    bkohm@fenwick.com
5   FENWICK & WEST LLP
    555 California Street, 12th Floor
6   San Francisco, CA 94104
    Telephone: (415) 875-2300
7   Facsimile:  (415) 281-1350

8   Attorneys for Defendants and Counterclaimants
    AMBU A/S, AMBU INC., and AMBU LTD.

9

10                  UNITED STATES DISTRICT COURT

11                SOUTHERN DISTRICT OF CALIFORNIA

12

13  THE LARYNGEAL MASK COMPANY LTD.        Case No. 3:07-cv-01988 DMS (NLS)
    and LMA NORTH AMERICA, INC.,
14                                          Jury Trial Demanded
            Plaintiffs,
15                                          **DEFENDANTS' MOTION FOR LEAVE TO
        v.                                  ELECTRONICALLY FILE DEFENDANTS'
16                                          MOTION TO COMPEL ON JULY 14, 2009**
    AMBU A/S, AMBU INC., and AMBU LTD.,
17                                          Judge Dana M. Sabraw
            Defendants,                     Magistrate Judge Nita L. Storms
18

19  AND RELATED COUNTERCLAIMS.

20

21          Defendants and Counterclaimants Ambu A/S, Ambu Inc., and Ambu Ltd. (collectively

22  "Ambu") hereby respectfully submit this Motion for Leave to Electronically File Defendants'

23  Motion to Compel on July 14, 2009.

24          Ambu apologizes to the Court and to opposing counsel for the delays it experienced in the

25  e-filing process in preparing and filing the redacted form of its Memorandum of Points and

26  Authorities in Support of Motion to Compel and the associated Application to File Under Seal.

27  Ambu's counsel sought to comply with the proper procedures concerning filing briefs and other

28  papers under seal, and to avoid merely filing the entirety of Ambu's Memorandum of Points and

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Authorities in Support of Motion to Compel under seal, which Ambu believed would be in violation of the Court's e-filing procedures. As set forth in the accompanying Declaration of Patrick E. Premo, due to the length of the brief and number and size of exhibits, the preparation of the redacted form of the memorandum and exhibits for public filing became delayed such that they were filed at 4:17 a.m. and 4:44 a.m., respectively, on July 14, 2009 rather than before midnight, July 13 as intended. Specifically, Ambu first attempted to file all of the exhibits together but realized that one of the exhibits was too large to file and elected to file it manually. Ambu then attempted to e-file the memorandum, declaration and exhibits together but received an error message, causing Ambu to again go through the lengthy process of uploading all of the papers and exhibits. Ambu ultimately had to file the memorandum, declaration and exhibits separately.

Ambu takes full responsibility for the delays associated with electronic filing and respectfully requests that this Court consider the Motion to Compel. Ambu has attempted to be judicious in burdening the Court with discovery motions, and the present motion is Ambu's first motion relating to a discovery dispute since the claim construction dispute in November 2008. In addition, part of the delay encountered with respect to the present Motion to Compel resulted from Ambu's decision to remove numerous requests for the Court to consider certain disputes, so as to limit Ambu's requests for Court intervention to only critical matters.

Ambu further submits that consideration of its Motion to Compel will not result in prejudice to any party, as delivery of the unredacted version to opposing counsel was timely completed and served at 5:02 a.m. on July 14, 2009, prior to the start of the next business day. The after-hours filing of the redacted version should not impact the parties or the Court's preparation or consideration of Ambu's Motion to Compel, given that it was filed prior to the start of the next business day on July 14, 2009. Demonstrating that the timing of Ambu's filing will not prejudice LMA, LMA served its unredacted version of its memorandum and confidential materials supporting its own motion to compel at 1:26 a.m. Ambu served its unredacted version of documents approximately three and a half hours later at 5:02 a.m.

Counsel for Ambu has contacted LMA's counsel to inquire whether LMA opposes this motion, and LMA informed Ambu that it does not oppose this motion. Ambu also does not

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

oppose Plaintiff's *Ex Parte* Motion to File Over-Sized Brief in Support of LMA's Motion to Compel.

For the reasons set forth above and in the Premo Declaration, Ambu respectfully requests that the Court grant this motion.

Dated: July 14, 2009          FENWICK & WEST LLP

By:         */s/ Patrick E. Premo*
                     Patrick E. Premo

Attorneys for Defendants and Counterclaimants, AMBU A/S, AMBU INC., AND AMBU LTD.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.2 on July 14, 2009.

By:     */s/ Patrick E. Premo*
        Patrick E. Premo
        E-mail:  ppremo@fenwick.com

Fenwick & West LLP
Attorneys At Law
San Francisco