John B. Sganga (State Bar No. 116,211)
Frederick S. Berretta (State Bar No. 144,757)
Joshua J. Stowell (State Bar No. 246,916)
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street
Suite 1200
San Diego, CA 92101
(619) 235-8550
(619) 235-0176 (FAX)

Vicki S. Veenker (State Bar No. 158,669)
Adam P. Noah (State Bar No. 198,669)
SHEARMAN & STERLING LLP
1080 Marsh Road
Menlo Park, CA 94025
(650) 838-3600
(650) 838-3699 (FAX)

Attorneys for Plaintiffs and Counter-Defendants
THE LARYNGEAL MASK COMPANY LTD.
and LMA NORTH AMERICA, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMBU A/S, AMBU INC., and AMBU LTD., <br><br> Defendants. <br><br><br> AMBU A/S, AMBU INC., and AMBU LTD., <br><br> Counterclaimants, <br><br> v. <br><br> THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Counter-Defendants. | Civil Action No. 07 CV 1988 DMS (NLS) <br><br> ***EX PARTE* MOTION FOR AN ORDER PERMITTING PLAINTIFFS' TO FILE A REPLY TO MOTION FOR AN ORDER EXTENDING DATE TO SERVE REBUTTAL EXPERT REPORT OF DR. JACOB JACOBY** <br><br> [Taken Under Submission] <br><br> **Honorable Nita L. Stormes** |

Plaintiffs The Laryngeal Mask Company Ltd. and LMA North America, Inc. (collectively "LMA") respectfully move for an order permitting LMA to file a short reply on its motion to extend the date to serve the rebuttal expert report of Dr. Jacob Jacoby. LMA states the following in support of this motion:

On July 10, 2009 the Court ordered that it would decide LMA's motion to extend without a reply or hearing absent further order. Dkt. #233, at 2. Ambu's opposition (Dkt. #246) states or implies facts that bear correction and clarification in a reply. Accordingly, LMA respectfully moves the Court for leave to file a short reply. If permitted, LMA would contend that extending the date of Dr. Jacoby's rebuttal expert report would not delay the schedule or prejudice Ambu and would correct and clarify the following facts:

1. Ambu did not disclose that it would conduct a survey on May 8, 2009, and its expert designation made no such disclosure. *See* Culp Decl. Ex. A, at 2. LMA first learned that Ambu would offer a survey when it served Mazis' expert report on June 19, 2009. LMA promptly searched for its own expert and retained Dr. Jacoby on July 1, 2009.

2. LMA timely disclosed Dr. Jacoby as rebutting Mazis and conducting a survey on July 2, 2009. *See* Culp Decl. Ex. C, at 3. LMA did not designate Dr. Jacoby as rebutting Dr. Gravenstein's report on that date because Ambu did not serve Dr. Gravenstein's report until the following day, July 3, 2009. LMA "reserve[d] the right to identify additional or different rebuttal experts after reviewing the expert report of Nikolaus Gravenstein, which Ambu has not yet submitted." Culp Decl. Ex. C, at 1.

3. Dr. Gravenstein's report goes beyond medical testimony and includes sections on "Target Audience," "Market for Laryngeal Airway Products," and the "Impact" of statements "on Intended Audience." Gravenstein Report II.D, E, G. Accordingly, the second business day after serving its rebuttal expert designations, LMA informed Ambu that Dr. Jacoby would be rebutting Dr. Gravenstein as well as Mazis and proposed to serve Dr. Jacoby's report along with the reports rebutting Dr. Gravenstein. *See* Culp Decl. Ex. D.

/ / /

/ / /

4. LMA did not move the Court for an extension of time on the date that it designated Dr. Jacoby (July 2, 2009), because it did not know how much time would be required to develop and conduct a survey and had not met and conferred with Ambu. Ambu was not available to meet and confer with LMA until July 8, 2009.

5. Following Ambu's disagreement with the service date at the meet and confer on July 8, 2009, LMA promptly moved the Court for an extension the following day, July 9, 2009.

6. Ambu does not dispute that conducting a proper rebuttal survey requires examination of the survey one is to rebut in order to correct any deficiencies. *See* Ambu's Opp. 6:23-25.

7. Extension of the deadline would not require any change in the trial schedule and Ambu would suffer no prejudice. LMA has proposed to serve Dr. Jacoby's expert report on July 24, 2009 and offered Dr. Jacoby for deposition on July 28, 2009, both dates of which are within the current expert discovery period.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 16, 2009

By: s/Frederick S. Berretta
John B. Sganga
jsganga@kmob.com
Frederick S. Berretta
fred.berretta@kmob.com
Joshua J. Stowell
joshua.stowell@kmob.com

Attorneys for Plaintiffs
THE LARYNGEAL MASK COMPANY LTD.
and LMA NORTH AMERICA, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2009, I caused the foregoing **EX PARTE MOTION FOR AN ORDER PERMITTING PLAINTIFFS' TO FILE A REPLY TO MOTION FOR AN ORDER EXTENDING DATE TO SERVE REBUTTAL EXPERT REPORT OF DR. JACOB JACOBY** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the applicable registered filing users.

Darryl M. Woo
dwoo@fenwick.com
Patrick E. Premo
ppremo@fenwick.com
Bryan Kohm
bkohm@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco CA 94104
T: 415-875-2300

F: 415-281-1350

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Dated: July 16, 2009

_____
Luz Wright

7474915
071609