John B. Sganga (State Bar No. 116,211)
Frederick S. Berretta (State Bar No. 144,757)
Joshua J. Stowell (State Bar No. 246,916)
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street
Suite 1200
San Diego, CA 92101
(619) 235-8550
(619) 235-0176 (FAX)

Vicki S. Veenker (State Bar No. 158,669)
Adam P. Noah (State Bar No. 198,669)
SHEARMAN & STERLING LLP
1080 Marsh Road
Menlo Park, CA 94025
(650) 838-3600
(650) 838-3699 (FAX)

Attorneys for Plaintiffs and Counter-Defendants
THE LARYNGEAL MASK COMPANY LTD.
and LMA NORTH AMERICA, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Plaintiffs, <br> v. <br><br> AMBU A/S, AMBU INC., and AMBU LTD., <br><br> Defendants. <br><br><br> AMBU A/S, AMBU INC., and AMBU LTD., <br><br> Counterclaimants, <br><br> v. <br><br> THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Counter-Defendants. | Civil Action No. 07 CV 1988 DMS (NLS) <br><br> **PLAINTIFFS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF THEIR DAUBERT MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' DESIGNATED EXPERT WITNESS RYAN SULLIVAN, Ph.D.** <br><br> **Date: September 25, 2009** <br> **Time: 1:30 p.m.** <br> **Courtroom 10, 2nd Floor** <br><br> **Honorable Dana M. Sabraw** |

Pursuant to Civil L.R. 7.2 and 79.2(c), Plaintiffs and Counter-Defendants The Laryngeal Mask Company Ltd. and LMA North America, Inc. (hereinafter "LMA") hereby move the Court for an Order permitting it to file under seal certain documents in support of Plaintiffs' Daubert Motion To Exclude Testimony of Defendants' Designated Expert Witness Ryan Sullivan, Ph.D., which contain or refer to information that has been designated by one of the parties as confidential under the Protective Order entered by this Court on September 3, 2008.

Plaintiff requests that the following documents be filed under seal:

1) An unredacted version of a Confidential Memorandum In Support of Plaintiffs' Daubert Motion To Exclude Testimony of Defendants' Designated Expert Witness Ryan Sullivan, Ph.D., which includes information, testimony, and the contents of documents designated by the parties as confidential under the Protective Order, and other confidential matters.

2) Exhibits 1-18 and 20 to the Confidential Declaration of Joshua J. Stowell in Support of Plaintiffs' Daubert Motion To Exclude Testimony of Defendants' Designated Expert Witness Ryan Sullivan, Ph.D., which consist of testimony and documents produced and designated by the parties as confidential under the Protective Order, or which refer to and discuss such confidential documents and materials.

LMA will serve counsel for Defendants with all confidential documents and materials relied upon, as well as file under seal and submit a courtesy copy of the confidential documents to the Court.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated August 14, 2009

By /s/Frederick S. Berretta
John B. Sganga
jsganga@kmob.com
Frederick S. Berretta
fred.berretta@kmob.com
Joshua J. Stowell
joshua.stowell@kmob.com

Attorneys for Plaintiffs
THE LARYNGEAL MASK COMPANY LTD.
and LMA NORTH AMERICA, INC.