1  John B. Sganga (State Bar No. 116,211)
   Frederick S. Berretta (State Bar No. 144,757)
2  Joshua J. Stowell (State Bar No. 246,916)
   KNOBBE MARTENS, OLSON & BEAR, LLP
3  550 West C Street
   Suite 1200
4  San Diego, CA 92101
   (619) 235-8550
5  (619) 235-0176 (FAX)

6  Vicki S. Veenker (State Bar No. 158,669)
   Adam P. Noah (State Bar No. 198,669)
7  SHEARMAN & STERLING LLP
   1080 Marsh Road
8  Menlo Park, CA 94025
   (650) 838-3600
9  (650) 838-3699 (FAX)

10 Attorneys for Plaintiffs and Counter-Defendants
   THE LARYNGEAL MASK COMPANY LTD.
11 and LMA NORTH AMERICA, INC.

12

13

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., | Civil Action No. 07 CV 1988 DMS (NLS) |
| Plaintiffs, | **DECLARATION OF JOSHUA J. STOWELL IN SUPPORT OF PLAINTIFFS' DAUBERT MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' DESIGNATED EXPERT WITNESS RYAN SULLIVAN, Ph.D.** |
| v. | |
| AMBU A/S, AMBU INC., and AMBU LTD., | |
| Defendants. | **Date: September 25, 2009** |
| | **Time: 1:30 p.m.** |
| AMBU A/S, AMBU INC., and AMBU LTD., | **Courtroom 10, 2nd Floor** |
| Counterclaimants, | **Honorable Dana M. Sabraw** |
| v. | |
| THE LARYNGEAL MASK COMPANY LTD., and LMA NORTH AMERICA, INC., | **CONFIDENTIAL PORTIONS FILED UNDER SEAL** |
| Counter-Defendants. | |

1     I, Joshua J. Stowell, declare as follows:

2     I am a Partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, co-counsel

3  for Plaintiffs/Counter-defendants The Laryngeal Mask Company Ltd. and LMA North America,

4  Inc. (collectively "LMA") in this action, and thus, I am familiar with the status of the case. I make

5  this Declaration in support of Plaintiffs' Motion *in Limine* to Exclude the Expert Testimony of

6  Ryan Sullivan.  I make this Declaration based on my own personal knowledge unless indicated

7  otherwise.

8     1.     Attached as Exhibit 1 is a true and correct copy of the Report of Ryan Sullivan,

9  Ph.D., executed June 19, 2009.

10    2.     Attached as Exhibit 2 is a true and correct copy of the Rebuttal Expert Report of

11 Creighton G. Hoffman Regarding Damages, executed July 10, 2009.

12    3.     Attached as Exhibit 3 is a true and correct copy of charts containing Ambu and

13 LMA market share and sales information.

14    4.     Attached as Exhibit 4 is a true and correct copy of excerpts from the deposition

15 transcript of Creighton G. Hoffman, dated August 5, 2009.

16    5.     Attached as Exhibit 5 is a true and correct copy of the Rebuttal Report of Ryan

17 Sullivan, Ph.D., executed July 10, 2009.

18    6.     Attached as Exhibit 6 is a true and correct copy of the document titled Ambu LMA

19 Forecast and Market Information produced under bates number AMBU006325.

20    7.     Attached as Exhibit 7 is a true and correct copy of Ambu benchmarking analysis

21 documents produced under bates range AMBU247475-AMBU247480.

22    8.     Attached as Exhibit 8 is a true and correct copy of excerpts from the deposition

23 transcript of John Schmitz, dated June 3, 2009.

24    9.     Attached as Exhibit 9 is a true and correct copy of Plaintiffs' Supplemental

25 Objections and Responses to Defendants' Second Set of Interrogatories, served and signed May 6,

26 2009.

27 / / /

28 / / /

DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE*                     CASE NO. 07-CV-1988 DMS (NLS)
TO EXCLUDE THE EXPERT TESTIMONY OF RYAN SULLIVAN

DCDOCS01/378134.1

1      10.     Attached as Exhibit 10 is a true and correct copy of an email chain ending in an

2      email from Brett Jones to Tina Hill sent on August 13, 2008 and produced under bates range

3      LMA00094770-LMA00094772.

4      11.     Attached as Exhibit 11 is a true and correct copy of a report from Bruce Kaplan,

5      LMA Sales Person, dated January 2005 and produced under bates range LMA00100037-

6      LMA00100040.

7      12.     Attached as Exhibit 12 is a true and correct copy of an LMA 20/20 Program Report

8      produced under bates range LMA00006866-LMA00006868.

9      13.     Attached as Exhibit 13 is a true and correct copy of a document entitled LMA's

10     20/20 Program – Ambu Updated!" dated September 27, 2005 and produced under bates range

11     LMA00054611-LMA00054613.

12     14.     Attached as Exhibit 14 is a true and correct copy of a letter from Walter Knoll, MD,

13     dated July 9, 2007 and produced under bates range LMA00115602.

14     15.     Attached as Exhibit 15 is a true and correct copy of the Eastern Division Recovered

15     Account List produced under bates range LMA0045886-LMA0045887.

16     16.     Attached as Exhibit 16 is a true and correct copy of excerpts from the deposition

17     transcript of Dr. David Z. Ferson, dated June 17, 2009.

18     17.     Attached as Exhibit 17 is a true and correct copy of an MD Anderson Cancer

19     Center memorandum from Wanda Quezada to Natalie Scully, dated March 11, 2004 and produced

20     under bates range MDA012-MDA014.

21     18.     Attached as Exhibit 18 is a true and correct copy of a poster entitled "Comparative

22     Anatomical Study of Supraglottic Airways" and produced under bates number FERSON0003.

23     19.     Attached as Exhibit 19 is a true and correct copy of "Chapter 7: Safety and Hazards

24     Associated with Tracheal Intubation and Use of Supralaryngeal Airways" from the book

25     *Complications in Anesthesiology*, edited in part by Nikolaus Gravenstein, M.D., published in 2008

26     by Lippincott Williams & Wilkins, and produced under bates range LMA00006094-

27     LMA00006112.

28     / / /

DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE*                CASE NO. 07-CV-1988 DMS (NLS)
TO EXCLUDE THE EXPERT TESTIMONY OF RYAN SULLIVAN

DCDOCS01/378134.1

1     20.     Attached as Exhibit 20 is a true and correct copy of excerpts from the deposition

transcript of Frank Homa, dated June 9, 2009.


I declare under penalty of perjury under the laws of the United States that the foregoing

statements are true and correct.

Executed this 14th day of August, 2009 at Irvine, California.


/s/ Joshua J. Stowell
Joshua J. Stowell

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2009, I caused the foregoing **DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF RYAN SULLIVAN** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the applicable registered filings users, including the counsel identified below:

> Darryl M. Woo
> dwoo@fenwick.com
> Charlene Morrow
> cmorrow@fenwick.com
> C.J. Alice Chuang
> achuang@fenwick.com
> FENWICK & WEST LLP
> 555 California Street, 12th Floor
> San Francisco CA 94104
> T: 415-875-2300
> F: 415-281-1350

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Dated: August 14, 2009

_Claire A. Stoneman_
Claire A. Stoneman

---