1  DARRYL M. WOO (CSB NO. 100513)
   dwoo@fenwick.com
2  CHARLENE M. MORROW (CSB NO. 136411)
   cmorrow@fenwick.com
3  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
4  BRYAN A. KOHM (CSB NO. 233276)
   bkohm@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA 94104
   Telephone: (415) 875-2300
7  Facsimile:  (415) 281-1350
   Attorneys for Defendants and Counterclaimants
8  AMBU A/S, AMBU INC., AND AMBU LTD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMBU A/S, AMBU INC., AND AMBU LTD., <br><br> Defendants, <br><br> AND RELATED COUNTERCLAIMS. | Case No. 3:07-cv-01988 DMS (NLS) <br><br> Jury Trial Demanded <br><br> **DECLARATION OF DARRYL M. WOO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY FOR LACK OF WRITTEN DESCRIPTION** <br><br> Date: September 25, 2009 <br> Time: 1:30 pm <br> Courtroom: 10, 2nd Floor <br> Judge: The Honorable Dana M. Sabraw |

**PORTIONS OF DOCUMENT SUBMITTED UNDER SEAL**

## Table of Contents of Exhibits

| | Page |
|---|---|
| **Exhibit M** | 308-318 |
| **Exhibit N** | 319-324 |
| **Exhibit O** | 325-385 |
| **Exhibit P** | 386-389 |
| **Exhibit Q** | 390-396 |
| **Exhibit R** | 397-413 |
| **Exhibit S** | 414-429 |
| **Exhibit T** | 430-440 |
| **Exhibit U** | 441-447 |
| **Exhibit V** | 448-451 |

I, Darryl M. Woo, declare as follows:

1. I am an attorney at law duly licensed to practice in California and have been admitted to this district since 1982. I am a partner with the law firm of Fenwick & West, LLP, counsel for Defendants Ambu A/S, Ambu, Inc., and Ambu Ltd. (collectively, "Ambu"). I have personal knowledge of the matters set forth herein, and if called upon to do so, could testify competently thereto.

2. The parties recently exchanged expert reports, and are in the process of completing expert depositions.

3. Attached hereto as **Exhibit M** is a true and correct copy of the '100 patent File History, June 17, 2005 Amendment at 4.

4. Attached hereto as **Exhibit N** is a true and correct copy of the '100 patent File History, February 12, 2002 Amendment at 5.

5. Attached hereto as **Exhibit O** is a true and correct copy of the '100 patent File History, Oct. 5, 1999 Application at 19-20 (claims 1-4).

6. Attached hereto as **Exhibit P** is a true and correct copy of the '100 patent File History, April 24, 2006 Amendment at 2-3.

7. Attached hereto as **Exhibit Q** is a true and correct copy of the '100 patent File History, Aug. 23, 2006 Notice of Allowance at 2.

8. Attached hereto as **Exhibit R** is a true and correct copy of the LMA Training Module, dated March 2005 and bearing the Bates label LMA00006419.

9. Attached hereto as **Exhibit S** is a true and correct copy of Plaintiffs' Objections and Answers to Defendants' First Set of Interrogatories.

10. Attached hereto as **Exhibit T** is a true and correct copy of relevant excerpts of the deposition transcript of Herbert D'Alo, taken on July 31, 2009.

11. Attached hereto as **Exhibit U** is a true and correct copy of relevant excerpts of the deposition transcript of Dr. William H. Rosenblatt, taken on July 29, 2009.

12. Attached hereto as **Exhibit V** is a true and correct copy of relevant excerpts of the deposition transcript of Herbert D'Alo, taken on August 6, 2009.

1    I declare under penalty of perjury under the laws of the United States of America and the
2    State of California that the foregoing is true and correct, and that this declaration was executed
3    this 14th day of August, 2009 in Lahaina, Hawaii.

                                                                                        /s/ *Darryl M. Woo*
                                                                                        Darryl M. Woo

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.2 on August 14, 2009.

By: ***/s/ Darryl M. Woo***
Darryl M. Woo
Email: dwoo@fenwick.com