| | |
|---|---|
| 1 | DARRYL M. WOO (CSB NO. 100513) |
|   | dwoo@fenwick.com |
| 2 | CHARLENE M. MORROW (CSB NO. 136411) |
|   | cmorrow@fenwick.com |
| 3 | PATRICK E. PREMO (CSB NO. 184915) |
|   | ppremo@fenwick.com |
| 4 | BRYAN A. KOHM (CSB NO. 233276) |
|   | bkohm@fenwick.com |
| 5 | FENWICK & WEST LLP |
|   | 555 California Street, 12th Floor |
| 6 | San Francisco, CA 94104 |
|   | Telephone: (415) 875-2300 |
| 7 | Facsimile:  (415) 281-1350 |
|   | Attorneys for Defendants and Counterclaimants |
| 8 | AMBU A/S, AMBU INC., AND AMBU LTD. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br>Plaintiffs,<br><br>v.<br><br>AMBU A/S, AMBU INC., AND AMBU LTD.,<br><br>Defendants,<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:07-cv-01988 DMS (NLS)<br><br>Jury Trial Demanded<br><br>**DECLARATION OF DARRYL M. WOO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT ON AURAFLEX**<br><br>Date:        September 25, 2009<br>Time:       1:30 pm<br>Courtroom: 10, 2nd Floor<br>Judge:      The Honorable Dana M. Sabraw |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

DECLARATION OF D. WOO ISO MSJ OF NON-INFRINGEMENT ON AURAFLEX    CASE NO. 3:07-CV-01988 DMS (NLS)

1  I, Darryl M. Woo, declare as follows:

2  1.  I am an attorney at law duly licensed to practice in California and have been admitted to this district since 1982. I am a partner with the law firm of Fenwick & West, LLP, counsel for Defendants Ambu A/S, Ambu, Inc., and Ambu Ltd. (collectively, "Ambu"). I have personal knowledge of the matters set forth herein, and if called upon to do so, could testify competently thereto.

3  2.  Attached hereto as **Exhibit M** is a true and correct copy of Merriam Webster Collegiate Dictionary, Tenth Ed., page 772.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed this 14th day of August, 2009 in Lahaina, Hawaii.

/s/ *Darryl M. Woo*
Darryl M. Woo

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

DECLARATION OF D. WOO ISO MSJ OF NON-INFRINGEMENT ON AURAFLEX    - 1 -    CASE NO. 3:07-CV-01988 DMS (NLS)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.2 on August 14, 2009.

By: */s/ Darryl M. Woo*
Darryl M. Woo
Email: dwoo@fenwick.com