DARRYL M. WOO (CSB NO. 100513)
dwoo@fenwick.com
CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
BRYAN A. KOHM (CSB NO. 233276)
bkohm@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendants and Counterclaimants
AMBU A/S, AMBU INC., and AMBU LTD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMBU A/S, AMBU INC., and AMBU LTD., <br><br> Defendants, <br><br> AND RELATED COUNTERCLAIMS. | Case No. 3:07-cv-01988 DMS (NLS) <br><br> Jury Trial Demanded <br><br> **DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS A AND B TO THE DECLARATION OF DARRYL M. WOO IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION** <br><br> Date:         September 15, 2009 <br> Time:         2:00 p.m. <br> Courtroom: F, 1st Floor <br><br> **The Honorable Nita L. Stormes** |

Pursuant to Civil L.R. 7.2 and 79.2.c, Defendants Ambu A/S, Ambu Inc. and Ambu Ltd., (collectively "Ambu") hereby moves the Court for an Order permitting it to file under seal in this Court Exhibits A and B to the Declaration of Darryl M. Woo in Support of Defendants' Motion for Reconsideration of Order Granting Plaintiffs' Motion for Leave to Take Five Depositions Beyond the Presumptive Limit of F.R.C.P. 30(a)(2)(A)(i) ("Woo Declaration"), which contain information that has been designated by Ambu or LMA as highly confidential under the terms of the Protective Order entered by the Court on September 3, 2008 (Dkt. No. 74).  The specific documents and

1  portions of documents at issue are as follows:

2      1.    Exhibit A to the Woo Declaration; and

3      2.    Exhibit B to the Woo Declaration.

4      Ambu respectfully requests that this Court grant its motion to file the above document

5  under seal in accordance with the Protective Order.

6  Dated: August 17, 2009      FENWICK & WEST LLP

8        By:    ***/s/ Darryl M. Woo***

9             Darryl M. Woo

10       Attorneys for Defendants and Counterclaimants,
AMBU A/S, AMBU INC., AND AMBU LTD.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.2 on August 17, 2009.

By: ___***/s/ Darryl M. Woo***___
Darryl M. Woo
E-mail: dwoo@fenwick.com