1  DARRYL M. WOO (CSB NO. 100513)
   dwoo@fenwick.com
2  CHARLENE M. MORROW (CSB NO. 136411)
   cmorrow@fenwick.com
3  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
4  BRYAN A. KOHM (CSB NO. 233276)
   bkohm@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA 94104
   Telephone: (415) 875-2300
7  Facsimile:  (415) 281-1350

8  Attorneys for Defendants and Counterclaimants
   AMBU A/S, AMBU INC., AND AMBU LTD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMBU A/S, AMBU INC., and AMBU LTD.,<br><br>Defendants,<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:07-cv-01988 DMS (NLS)<br><br>Jury Trial Demanded<br><br>**DECLARATION OF DARRYL M. WOO IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO TAKE FIVE DEPOSITIONS BEYOND THE PRESUMPTIVE LIMIT OF F.R.C.P. 30(a)(2)(A)(i)**<br><br>Date:   September 15, 2009<br>Time:   2:00 p.m.<br>Courtroom:  F, 1st Floor<br><br>The Honorable Nita L. Stormes |

# TABLE OF CONTENTS OF EXHIBITS

**Page**

**Exhibit A:**
　　Expert Report of Creighton Hoffman Regarding Damages ................................. 1

**Exhibit B:**
　　Report of Ryan Sullivan ........................................................................................ 52

I, Darryl M. Woo, declare as follows:

1. I am an attorney at law duly licensed to practice in California and am admitted to this district. I am a partner with the law firm of Fenwick & West, LLP, counsel for Defendants Ambu A/S, Ambu, Inc., and Ambu Ltd. (collectively, "Ambu"). I have personal knowledge of the matters set forth herein, and if called upon to do so, could testify competently thereto.

2. LMA submitted its Motion for Leave to Take Five Depositions Beyond the Presumptive Limit of Federal Rule of Civil Procedure 30(a)(2)(A)(i) on June 2, 2009. Ambu submitted its opposition thereto on June 18, and LMA submitted its reply brief on June 25. At the time briefing closed as to LMA's motion, all of the accused devices remained at issue and LMA was seeking many tens of millions of dollars in damages as to that collective whole. Attached hereto as **Exhibit A** is a true and correct copy of the expert report of LMA's damages expert, Creighton G. Hoffman. The report, which was served on June 19, 2009, when all of the accused devices remained at issue, concluded that LMA was entitled to damages of at least $20 million dollars, excluding prejudgment interest. [Ex. A, p. 3.] The three product lines as to which summary judgment of non-infringement was granted accounted for nearly all of Ambu's sales of the devices accused of infringement in the litigation by LMA. Indeed, Exhibit G of Mr. Hoffman's report shows Ambu's total sales for the accused AuraFlex were less than $150.000. [Ex. A, ex. G (Ambu's Laryngeal Mask Sales), see sales figures for "original devices" for AuraFlex from Q1 2007 through Q1 2009.]

3. Information pertaining to the alleged wrinkle and indentation manufacturing defects in Ambu's laryngeal mask products is relevant, if at all, only to the issue of patent damages. The wrinkle and indentation defects relate to a manufacturing irregularity that occurred after Ambu removed the reinforced tip—the alleged patented improvement—from its laryngeal masks.

4. Mr. Arvai is the Chief Financial Officer of Ambu A/S, not of Ambu, Inc., and though these Ambu entities collectively are counterclaimants, no damages are being sought for any harm to Ambu A/S for their unfair competition and false advertising counterclaims. [See Ambu's Damages Expert Report of Ryan Sullivan, Ph.D., a true and correct copy of which is attached hereto as **Exhibit B**.

DECL. OF D WOO ISO AMBU'S MOTION FOR RECONSIDERATION - 1 - CASE NO. 3:07-CV-01988 DMS (NLS)

5. The estimated expense to Ambu of preparing for and defending the requested depositions is approximately $80,000. This includes the cost of flying Ambu's counsel from California to Denmark and the attorneys' fees resulting from one day of preparation and one day of defending the deposition for each witness.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed this 17th day of August, 2009 in San Francisco, California.

*/s/ Darryl M. Woo*
Darryl M. Woo

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.2 on August 17, 2009.

By: ***/s/ Darryl M. Woo***
       Darryl M. Woo
       E-mail: dwoo@fenwick.com