| | |
|---|---|
| 1 | DARRYL M. WOO (CSB NO. 100513) |
| | dwoo@fenwick.com |
| 2 | CHARLENE M. MORROW (CSB NO. 136411) |
| | cmorrow@fenwick.com |
| 3 | PATRICK E. PREMO (CSB NO. 184915) |
| | ppremo@fenwick.com |
| 4 | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| 5 | San Francisco, CA 94104 |
| | Telephone: (415) 875-2300 |
| 6 | Facsimile:  (415) 281-1350 |

Attorneys for Defendants and Counterclaimants
AMBU A/S, AMBU INC., AND AMBU LTD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., | Case No. 3:07-cv-01988 DMS-NLS |
| Plaintiffs, | **MANUAL FILING NOTICE** |
| v. | **The Honorable Nita L. Stormes** |
| AMBU A/S, AMBU INC., AMBU LTD., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

MANUAL FILING NOTICE                                CASE NO.:  3:07-CV-01988-DMS-NLS

**EXHIBIT A**

**MANUAL FILING NOTIFICATION**

Regarding: **EXHIBIT A** to the DECLARATION OF DARRYL M. WOO IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO TAKE FIVE DEPOSITIONS BEYOND THE PRESUMPTIVE LIMIT OF F.R.C.P. 30(a)(2)(A)(i). This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.casd.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

___ Voluminous Document (PDF file size larger than e-filing system allowances)

___ Unable to Scan Documents

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

_____

Dated: August 17, 2009         FENWICK & WEST LLP


By:     */s/ Darryl M. Woo*
                Darryl M. Woo

Attorneys for Attorneys for
Defendants/Counterclaimants
AMBU A/S, AMBU INC., and AMBU LTD.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

MANUAL FILING NOTICE         2         CASE NO.: 3:07-CV-01988-DMS-NLS

**EXHIBIT A**