John B. Sganga (State Bar No. 116,211)
Frederick S. Berretta (State Bar No. 144,757)
Joshua J. Stowell (State Bar No. 246,916)
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street
Suite 1200
San Diego, CA 92101
(619) 235-8550
(619) 235-0176 (FAX)

Vicki S. Veenker (State Bar No. 158,669)
Adam P. Noah (State Bar No. 198,669)
SHEARMAN & STERLING LLP
1080 Marsh Road
Menlo Park, CA 94025
(650) 838-3600
(650) 838-3699 (FAX)

Attorneys for Plaintiffs and Counter-Defendants
THE LARYNGEAL MASK COMPANY LTD.
and LMA NORTH AMERICA, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.,<br><br>Plaintiffs,<br>v.<br>AMBU A/S, AMBU INC., and AMBU LTD.,<br><br>Defendants. | Civil Action No. 07 CV 1988 DMS (NLS)<br><br>**DECLARATION OF JOHN B. SGANGA IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' THREE PENDING MOTIONS FOR SUMMARY JUDGMENT**<br><br>**Date: September 18, 2009**<br>**Time: 1:30 p.m.**<br>**Courtroom 10, 2nd Floor**<br><br>**Honorable Dana M. Sabraw** |
| AMBU A/S, AMBU INC., and AMBU LTD.,<br><br>Counterclaimants,<br>v.<br>THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.,<br><br>Counter-Defendants. | **CONFIDENTIAL INFORMATION FILED UNDER SEAL** |

Case No. 07cv1988

I, John B. Sganga, declare and state as follows:

I am a partner at the law firm of Knobbe, Martens, Olson & Bear, LLP, co-counsel for Plaintiffs The Laryngeal Mask Company Ltd. and LMA North America, Inc. (collectively "LMA") in this action. I submit this consolidated declaration in Support of Plaintiffs' three separate Memorandum of Points and Authorities in Support of Their Oppositions to Defendants' Motions for Summary Judgment of Invalidity for Anticipation and Obviousness, Summary Judgment of Invalidity for Lack of Written Description, and Partial Summary of Non-infringement. The following statements are based on my personal knowledge unless otherwise indicated.

1. Attached hereto as Exhibit 1 is a true and correct copy of the Opening Expert Report of William Rosenblatt dated June 19, 2009.

2. Attached hereto as Exhibit 2 is a true and correct copy of the July 29, 2009 deposition of Dr. William H. Rosenblatt.

3. Attached hereto as Exhibit 3 is at true and correct copy of the Rule 26(a)(2)(B) Report of Herb D'Alo.

4. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 5,305,743 issued April 26, 1994.

5. Attached hereto as Exhibit 5 is a true and correct copy of a memo from Dr. Brain to Robert Gaines-Cooper of LMA bearing bates number LMA00004781.

6. Attached hereto as Exhibit 6 is a true and correct copy of the Intavent Laryngeal Mask Instruction Manual bearing bates numbers LMA00004009-4070.

7. Attached hereto as Exhibit 7 is a true and correct copy of a letter addressed to Dr. Archibald Brain bearing bates numbers BRAIN00006114-6119.

8. Attached hereto as Exhibit 8 is a true and correct copy of an excerpt from Understanding Anesthesia Equipment bearing bates numbers AMBU258105-AMBU258118.

9. Attached hereto as Exhibit 9 is a true and correct copy of UK Patent Application No. GB 2,317,830 A.

///

-1-                              Sganga Declaration
                                                  Case No. 07cv1988

10. Attached hereto as Exhibit 10 is a true and correct copy of U.S. Patent No. 5,983,897 issued November 16, 1999.

11. Attached hereto as Exhibit 11 is a true and correct copy of U.S. Patent No. 6,095,144 issued August 1, 2000.

12. Attached hereto as Exhibit 12 is a true and correct copy of the transcript from the January 6, 2009 deposition of Samsun Lampotang, Ph.D.

13. Attached hereto as Exhibit 13 is a true and correct copy of the transcript from the July 30, 2009 deposition of Samsun Lampotang, Ph.D.

14. Attached hereto as Exhibit 14 are true and correct excerpts from the May 22, 2009 deposition of Jens Frimann of Ambu.

15. Attached hereto as Exhibit 15 is a true and correct copy of deposition exhibit number 75 used at the May 19, 2009 deposition of Henrik Wendler of Ambu bearing bates numbers AMBU0115837-AMBU0115852.

16. Attached hereto as Exhibit 16 is a true and correct copy of a piece of Ambu marketing literature entitled "Ambu Laryngeal Mask" bearing bates number LMA00105743 (color highlighting added).

17. Attached hereto as Exhibit 17 is a true and correct copy the "Ambu AuraFlex Brochure" downloaded from the Ambu website on May 28, 2009 at http://www.ambu.com/RespiratoryCare/Respiratory_Care/Brochures.aspx (the "AuraFlex Brochure").

18. Attached hereto as Exhibit 18 is a true and correct copy of the Expert Report of Creighton Hoffman Regarding Damages dated June 19, 2009.

19. Attached hereto as Exhibit 19 is a true and correct copy of Ambu's May 7, 2009 company announcement no. 6-2008/09 entitled "Interim report for Q2 and Q1-Q2 2008/09 (1 October 2008 – 31 March 2009)."

20. Attached hereto as Exhibit 20 is a true and correct copy deposition exhibit number 417 used at the June 12, 2009 deposition of Allan Jensen of Ambu bearing bates number AMBU0083692-AMBU0083694.

21. Attached hereto as Exhibit 21 is a true and correct copy of deposition exhibit number 418 used at the June 12, 2009 deposition of Allan Jensen of Ambu bearing bates numbers AMBU0101669-AMBU0101670.

22. Attached hereto as Exhibit 22 is a true and correct copy of the transcript from the August 5, 2009 deposition of Creighton G. Hoffman.

23. Attached hereto as Exhibit 23 is a true and correct copy of deposition exhibit number 413 used at the June 12, 2009 deposition of Allan Jensen of Ambu.

24. Attached hereto as Exhibit 24 is a true and correct copy of deposition exhibit number 374 used at the June 9, 2009 deposition of Frank Homa of Ambu bearing bates numbers AMBU0093132-AMBU0093135.

25. Attached hereto as Exhibit 25 are true and correct excerpts from the June 12, 2009 deposition of Allan Jensen of Ambu.

26. Attached hereto as Exhibit 26 is a true and correct copy of deposition exhibit number 92 used at the May 19, 2009 deposition of Henrik Wendler of Ambu bearing bates numbers AMBU017574-AMBU017577.

27. Attached hereto as Exhibit 27 is a true and correct copy of the transcript from the July 31, 2009 deposition of Herbert D'Alo.

28. Attached hereto as Exhibit 28 is a true and correct copy of the transcript from the August 6, 2009 deposition transcript of Herb D'Alo

29. Attached hereto as Exhibit 29 is a true and correct copy of a June 17, 2005 Amendment relating to U.S. Patent Application No. 09/412,954 (that issued as the '100 patent).

30. Attached hereto as Exhibit 30 is a true and correct copy of an Office Action dated October 19, 2005 relating to U.S Patent Application No. 09/412,954.

31. Attached hereto as Exhibit 31 is a true and correct copy of an Amendment in Response to Non-Final Office Action dated April 19, 2006 relating to U.S Patent Application No. 09/412,954.

32. Attached hereto as Exhibit 32 is a true and correct copy of European Patent Application No. EP 0 732 116 A2.

33. Attached hereto as Exhibit 33 is a true and correct copy of the May 22, 2006 Interview Summary relating to U.S Patent Application No. 09/412,954.

34. Attached hereto as Exhibit 34 is a true and correct copy of the August 21, 2006 Notice of Allowability of U.S Patent Application No. 09/412,954.

35. Attached hereto as Exhibit 35 is a true and correct copy of U.S. Patent No. 5,738,094 issued April 14, 1998.

36. Attached hereto as Exhibit 36 is a true and correct copy of an Office Action dated March 6, 2002 relating to U.S Patent Application No. 09/412,954.

37. Attached hereto as Exhibit 37 is a true and correct copy of an Office Action dated October 1, 2002 relating to U.S Patent Application No. 09/412,954.

38. Attached hereto as Exhibit 38 is a true and correct copy of an Office Action dated April 9, 2003 relating to U.S Patent Application No. 09/412,954.

39. Attached hereto as Exhibit 39 is a true and correct copy of an Office Action dated September 30, 2003 relating to U.S Patent Application No. 09/412,954.

40. Attached hereto as Exhibit 40 is a true and correct copy of an Office Action dated December 15, 2004 relating to U.S Patent Application No. 09/412,954.

41. Attached hereto as Exhibit 41 is a true and correct copy of the Report of Ryan Sullivan, Ph.D., dated June 19, 2009.

42. Attached hereto as Exhibit 42 is a true and correct copy of selected Ambu document production bearing bates numbers AMBU016563, AMBU138536, AMBU234453, AMBU309204 and AMBU309659

43. Attached hereto as Exhibit 43 is a true and correct copy of Ambu document production bearing bates numbers AMBU247475-AMBU247480.

44. Attached hereto as Exhibit 44 are true and correct excerpts from the June 3, 2009 deposition of John Schmitz of Ambu.

45. Attached hereto as Exhibit 45 is a true and correct copy of Section 2163, pages 2100-171 and 2100-172, from the Manual of Patent Examining Procedure, Revision 6, September 2007.

46. Attached hereto as Exhibit 46 is a true and correct copy of the original drawings filed with U.S. Patent Application No. 09/412,954.

47. Attached hereto as Exhibit 47 is a true and correct copy of the British priority application GB 9821771.4, which is identified on the front of the '100 patent under the heading "Foreign Application Priority Data."

48. Attached hereto as Exhibit 48 is a true and correct copy of Ambu document production bearing bates number AMBU002108-2113.

49. Attached hereto as Exhibit 49 are true and correct copies of excerpts from the May 20, 2009 deposition of Lasse Petersen of Ambu.

50. Attached hereto as Exhibit 50 is a true and correct copy of the Order Construing Patent Claims [Doc. # 171].

51. Attached hereto as Exhibit 51 is a true and correct copy of a Preliminary Amendment dated April 26, 2006 submitted to the Patent Office in a continuation application to U.S. Patent Application No. 09/412,954.

52. Attached hereto as Exhibit 52 is a true and correct copy of the Ambu AuraOnce Datasheet.

53. Attached hereto as Exhibit 53 is a true and correct copy of the original specification and claims filed as U.S. Patent Application No. 09/412,954.

54. Attached hereto as Exhibit 54 are true and correct excerpts from the May 19, 2009 Deposition of Henrik Wendler of Ambu.

55. Attached hereto as Exhibit 55 is a true and correct copy of Ambu document production bearing bates number AMBU006325.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 28, 2009, at Irvine, California.

                              /s/John B. Sganga
                              John B. Sganga

# CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2009, I caused the foregoing **DECLARATION OF JOHN B. SGANGA IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' THREE PENDING MOTIONS FOR SUMMARY JUDGMENT** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the applicable registered filing users.

Darryl M. Woo
dwoo@fenwick.com
Patrick E. Premo
ppremo@fenwick.com
Bryan Kohm
bkohm@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco CA 94104
T: 415-875-2300
F: 415-281-1350

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Dated: August 28, 2009

*Megan Ptacin*
Megan Ptacin

7728071
082709

-1-

# TABLE OF EXHIBITS

Exhibit 1..........................................................................................................................1

Exhibit 2......................................................................................................................122

Exhibit 3......................................................................................................................189

Exhibit 4......................................................................................................................201

Exhibit 5......................................................................................................................212

Exhibit 6......................................................................................................................213

Exhibit 7......................................................................................................................276

Exhibit 8......................................................................................................................282

Exhibit 9......................................................................................................................296

Exhibit 10....................................................................................................................308

Exhibit 11....................................................................................................................312

Exhibit 12....................................................................................................................318

Exhibit 13....................................................................................................................380

Exhibit 14....................................................................................................................445

Exhibit 15....................................................................................................................454

Exhibit 16....................................................................................................................470

Exhibit 17....................................................................................................................471

Exhibit 18....................................................................................................................473

Exhibit 19....................................................................................................................524

Exhibit 20....................................................................................................................539

Exhibit 21....................................................................................................................542

Exhibit 22....................................................................................................................544

Exhibit 23....................................................................................................................638

Exhibit 24....................................................................................................................640

Exhibit 25....................................................................................................................644

Exhibit 26....................................................................................................................646

Exhibit 27....................................................................................................................650

| | | |
|---|---|---|
| *1* | Exhibit 28 | 693 |
| *2* | Exhibit 29 | 715 |
| *3* | Exhibit 30 | 726 |
| *4* | Exhibit 31 | 732 |
| *5* | Exhibit 32 | 736 |
| *6* | Exhibit 33 | 741 |
| *7* | Exhibit 34 | 744 |
| *8* | Exhibit 35 | 748 |
| *9* | Exhibit 36 | 759 |
| *10* | Exhibit 37 | 766 |
| *11* | Exhibit 38 | 774 |
| *12* | Exhibit 39 | 783 |
| *13* | Exhibit 40 | 793 |
| *14* | Exhibit 41 | 801 |
| *15* | Exhibit 42 | 1024 |
| *16* | Exhibit 43 | 1032 |
| *17* | Exhibit 44 | 1038 |
| *18* | Exhibit 45 | 1043 |
| *19* | Exhibit 46 | 1047 |
| *20* | Exhibit 47 | 1053 |
| *21* | Exhibit 48 | 1065A |
| *22* | Exhibit 49 | 1066 |
| *23* | Exhibit 50 | 1072 |
| *24* | Exhibit 51 | 1087 |
| *25* | Exhibit 52 | 1098 |
| *26* | Exhibit 53 | 1100 |
| *27* | Exhibit 54 | 1122 |
| *28* | Exhibit 55 | 1125 |