John B. Sganga (State Bar No. 116,211)
Frederick S. Berretta (State Bar No. 144,757)
Joshua J. Stowell (State Bar No. 246,916)
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street
Suite 1200
San Diego, CA 92101
(619) 235-8550
(619) 235-0176 (FAX)

Vicki S. Veenker (State Bar No. 158,669)
Adam P. Noah (State Bar No. 198,669)
SHEARMAN & STERLING LLP
1080 Marsh Road
Menlo Park, CA 94025
(650) 838-3600
(650) 838-3699 (FAX)

Attorneys for Plaintiffs and Counter-Defendants
THE LARYNGEAL MASK COMPANY LTD.
and LMA NORTH AMERICA, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.,<br><br>Plaintiffs,<br>v.<br>AMBU A/S, AMBU INC., and AMBU LTD.,<br><br>Defendants.<br><br>AMBU A/S, AMBU INC., and AMBU LTD.,<br><br>Counterclaimants,<br>v.<br>THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.,<br><br>Counter-Defendants. | Civil Action No. 07 CV 1988 DMS (NLS)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT TESTIMONY OF NIKOLAUS GRAVENSTEIN, SAMSUN LAMPOTANG, MICHAEL MAZIS, RYAN SULLIVAN, AND J. MICHAEL THESZ FOR THE SPOLIATION OF INFORMATION CONSIDERED IN FORMING THEIR OPINIONS**<br><br>Date: September 29, 2009<br>Time: 3:00 p.m.<br>Courtroom F, 1st Floor<br><br>**Honorable Nita L. Stormes** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on September 29, 2009, at 3:00 p.m. or as early as possible thereafter, Plaintiffs The Laryngeal Mask Company, Ltd. and LMA North America, Inc. (collectively "LMA") will appear in the above referenced Court, located at 940 Front Street, Courtroom F, San Diego, CA 92101, and will, and hereby does, move the Court against Defendants Ambu A/S, Ambu Inc., and Ambu Ltd. (collectively "Defendants" or "Ambu") for an order to exclude the expert testimony of Defendants' designated expert witnesses Dr. Nikolaus Gravenstein, Dr. Samsun Lampotang, Dr. Michael Mazis, Dr. Ryan Sullivan, and Mr. J. Michael Thesz for the spoliation of information considered in forming their opinions.

## MOTION

LMA hereby moves the Court for an order to exclude from the trial in this matter the expert testimony of Defendants' designated expert witnesses Dr. Nikolaus Gravenstein, Dr. Samsun Lampotang, Dr. Michael Mazis, Dr. Ryan Sullivan, and Mr. J. Michael Thesz for the spoliation of information considered in forming their opinions. This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and the Declaration of Joshua J. Stowell, with supporting exhibits, filed concurrently herewith, as well as such other oral and/or documentary evidence as may be presented at or before the time of the hearing.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 1, 2009

By /s/Frederick S. Berretta
John B. Sganga
jsganga@kmob.com
Frederick S. Berretta
fred.berretta@kmob.com
Joshua J. Stowell
joshua.stowell@kmob.com

Attorneys for Plaintiffs
THE LARYNGEAL MASK COMPANY LTD.
and LMA NORTH AMERICA, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2009, I caused the foregoing **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT TESTIMONY OF NIKOLAUS GRAVENSTEIN, SAMSUN LAMPOTANG, MICHAEL MAZIS, RYAN SULLIVAN, AND J. MICHAEL THESZ FOR THE SPOLIATION OF INFORMATION CONSIDERED IN FORMING THEIR OPINIONS** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the applicable registered filing users.

Darryl M. Woo
dwoo@fenwick.com
Patrick Premo
ppremo@fenwick.com
Bryan Kohm
bkohm@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco CA  94104
T: 415-875-2300
F: 415-281-1350

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Dated: September 1, 2009

Luz Wright

7750252
090109

-1-