# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.,<br><br>Plaintiffs,<br>v.<br>AMBU A/S, AMBU INC., and AMBU LTD.,<br><br>Defendants. | Civil Action No. 07 CV 1988 DMS (NLS)<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO TAKE FIVE DEPOSITIONS BEYOND THE PRESUMPTIVE LIMIT OF FED. R. CIV. P. 30(A)(2)(A)(I)**<br><br>**[Docket No. 362]** |
| AMBU A/S, AMBU INC., and AMBU LTD.,<br><br>Counterclaimants,<br>v.<br>THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.,<br><br>Counter-Defendants. | |

The Court, having considered Plaintiffs and Counter-Defendants The Laryngeal Mask Company, Ltd. and LMA North America, Inc. ("LMA") Application to File Documents Under Seal in Support of LMA's Opposition to Defendants' Motion for the Reconsideration of Order Granting Plaintiffs' Motion for Leave to Take Five Depositions Beyond the Presumptive Limit of Fed. R. Civ. P. 30(a)(2)(A)(i), and for good cause shown, hereby GRANTS LMA's Application to file documents under seal. The following documents shall be filed under seal:

1) An unredacted version of a Confidential Memorandum In Support of Plaintiffs' Opposition to Defendants' Motion for the Reconsideration of Order Granting Plaintiffs' Motion for Leave to Take Five Depositions Beyond the Presumptive Limit of Fed. R. Civ. P. 30(a)(2)(A)(i). Plaintiffs will publicly file a redacted version of this document; and

2) Exhibits 12-14 to the Confidential Declaration of Stephen J. Marzen in Support of Plaintiffs' Opposition to Defendants' Motion for the Reconsideration of Order Granting Plaintiffs' Motion for Leave to Take Five Depositions Beyond the Presumptive Limit of Fed. R. Civ. P. 30(a)(2)(A)(i).

**IT IS SO ORDERED.**

Dated: 9/2/09

HONORABLE NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

7709457