

1  DARRYL M. WOO (CSB NO. 100513)
   dwoo@fenwick.com
2  CHARLENE M. MORROW (CSB NO. 136411)
   cmorrow@fenwick.com
3  PATRICK E. PREMO (CSB NO. 184915)
   ppremo@fenwick.com
4  BRYAN A. KOHM (CSB NO. 233276)
   bkohm@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA 94104
   Telephone: (415) 875-2300
7  Facsimile:  (415) 281-1350

8  Attorneys for Defendants and Counterclaimants
   AMBU A/S, AMBU INC., AND AMBU LTD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMBU A/S, AMBU INC., and AMBU LTD.,<br><br>Defendants,<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:07-cv-01988 DMS (NLS)<br><br>Jury Trial Demanded<br><br>**APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF INVALIDITY FOR ANTICIPATION AND OBVIOUSNESS**<br><br>Date:       September 18, 2009<br>Time:       1:30 p.m.<br>Courtroom:  10, 2nd Floor<br>Judge:      Honorable Dana M. Sabraw |
|---|---|

Pursuant to Civil L.R. 7.2 and 79.2.c, Defendants Ambu A/S, Ambu Inc. and Ambu Ltd., (collectively "Ambu") hereby moves the Court for an Order permitting it to file under seal in this Court certain limited portions of text within Ambu's Reply in Support of Motion for Summary Judgment of Invalidity for Anticipation and Obviousness, Declaration of Darryl M. Woo in Support Thereof ("Woo Declaration"), and exhibits thereto, which contain information that has been

designated by Ambu and by Plaintiffs The Laryngeal Mask Company Ltd. and LMA North America Inc. (collectively "LMA") as confidential under the terms of the Protective Order entered by the Court on September 3, 2008 (Dkt. No. 74).

The specific documents and portions of documents at issue are as follows:

1. Declaration of Darryl M. Woo in Support of Defendants' Reply in Support of Motion for Summary Judgment of Invalidity for Anticipation and Obviousness:

   a. The following Exhibits to the Declaration of Darryl M. Woo:

      i. Exhibits B and D

Ambu respectfully requests that the Court grant its motion to file the above document under seal in accordance with the Protective Order.

Dated: September 4, 2009

FENWICK & WEST LLP

By: ***/s/ Darryl M. Woo***
Darryl M. Woo

Attorneys for Defendants and Counterclaimants, AMBU A/S, AMBU INC., AND AMBU LTD.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.2 on September 4, 2009.

By: */s/ **Darryl M. Woo***
Darryl M. Woo
E-mail: dwoo@fenwick.com