DARRYL M. WOO (CSB NO. 100513)
dwoo@fenwick.com
CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
BRYAN A. KOHM (CSB NO. 233276)
bkohm@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants and Counterclaimants
AMBU A/S, AMBU INC., and AMBU LTD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMBU A/S, AMBU INC., and AMBU LTD., <br><br> Defendants, <br><br> AND RELATED COUNTERCLAIMS. | Case No. 3:07-cv-01988 DMS (NLS) <br><br> Jury Trial Demanded <br><br> **APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO TAKE FIVE DEPOSITIONS BEYOND THE PRESUMPTIVE LIMIT OF F.R.C.P. 30(a)(2)(A)(i)** <br><br> Date: September 15, 2009 <br> Time: 2:00 p.m. <br> Courtroom: F, 1st Floor <br> Judge: Honorable Nita L. Stormes |

Pursuant to Civil L.R. 7.2 and 79.2.c, Defendants Ambu A/S, Ambu Inc. and Ambu Ltd., (collectively "Ambu") hereby moves the Court for an Order permitting it to file under seal in this Court certain limited portions of text within Defendants' Reply in Support of Motion for the Reconsideration of Order Granting Plaintiffs' Motion for Leave to Take Five Depositions Beyond the Presumptive Limit of Fed. R. Civ. P. 30(a)(2)(A)(i) and exhibits to the Declaration of Patrick E. Premo in Support Thereof, which contain information that has been designated by Ambu and by Plaintiffs The Laryngeal Mask Company Ltd. And LMA North America Inc. (collectively "LMA") as confidential under the terms of the Protective Order entered by the Court on September 3, 2008 (Dkt. No. 74).

The specific documents and portions of documents at issue are as follows:

1. Defendants' Reply in Support of Motion for Reconsideration of Order Granting Plaintiffs' Motion for Leave to Take Five Depositions Beyond the Presumptive Limit of F.R.C.P. 30(a)(2)(A)(i):
    a. Page 1, Line 12
    b. Page 7, Lines 16-19
    c. Page 8, Line 23
    d. Page 9, Lines 1-2, 11-12
    e. Page 9, Footnote 6
2. Declaration of Patrick E. Premo:
    a. Exhibit C
    b. Exhibit E
    c. Exhibit F

Ambu respectfully requests that the Court grant its Motion to file the above document under seal in accordance with the Protective Order.

| | | |
|---|---|---|
| 1 | Dated: September 8, 2009 | FENWICK & WEST LLP |
| 2 | | By: ___***/s/ Patrick E. Premo***___ |
| 3 | | Patrick E. Premo |
| 4 | | Attorneys for Defendants and Counterclaimants, AMBU A/S, AMBU INC., AND AMBU LTD. |

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned hereby certifies that all counsel of record who are deemed to have |
| 3 | consented to electronic service are being served with a copy of this document via the Court's |
| 4 | CM/ECF system per Local Rule 5.2 on September 8, 2009. |

By:     */s/ Patrick E. Premo*
          Patrick E. Premo
          E-mail: ppremo@fenwick.com

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO