DARRYL M. WOO (CSB NO. 100513)
dwoo@fenwick.com
CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
BRYAN A. KOHM (CSB NO. 233276)
bkohm@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendants and Counterclaimants
AMBU A/S, AMBU INC., AND AMBU LTD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMBU A/S, AMBU INC., AMBU LTD., and AMBU SDN. BHD., <br><br> Defendants, <br><br> AND RELATED COUNTERCLAIMS. | Case No. 3:07-cv-01988 DMS (NLS) <br><br> Jury Trial Demanded <br><br> **DEFENDANTS' NOTICE OF REMOVAL OF COUNSEL** <br><br> Judge Dana M. Sabraw <br> Magistrate Judge Nita L. Stormes |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants and Cross-Complainants Ambu A/S, Ambu Inc., and Ambu Ltd. hereby remove Kimberly I. Culp as one of the attorneys of record in the above-captioned action because Ms. Culp is no longer employed with the law firm of Fenwick & West LLP as one of the attorneys of record.

DATED: September 9, 2009        FENWICK & WEST LLP

By:   */s/ Patrick E. Premo*
Patrick E. Premo
Attorneys for Defendants and Counterclaimants
AMBU A/S, AMBU INC., AND AMBU LTD.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.2 on September 9, 2009.

By: /s/ Patrick E. Premo
Patrick E. Premo
E-mail: ppremo@fenwick.com