DARRYL M. WOO (CSB NO. 100513)
dwoo@fenwick.com
CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
BRYAN A. KOHM (CSB NO. 233276)
bkohm@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants and Counterclaimants
AMBU A/S, AMBU INC., and AMBU LTD.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LARYNGEAL MASK COMPANY LTD. and LMA NORTH AMERICA, INC.,<br>Plaintiffs,<br>v.<br>AMBU A/S, AMBU INC., and AMBU LTD.,<br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:07-cv-01988 DMS (NLS)<br><br>Jury Trial Demanded<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Judge Dana M. Sabraw<br>Magistrate Judge Nita L. Stormes |

**TO THE COURT AND ALL PARTIES, PLEASE TAKE NOTICE THAT:**

Defendants and Counterclaimants AMBU A/S, AMBU INC., and AMBU LTD. hereby give notice to this Court of the withdrawal of Dennis M. Faigal as counsel for Defendants and Counterclaimants AMBU A/S, AMBU INC., and AMBU LTD. The name of this attorney should be removed from any service lists.

Dated: September 9, 2009

FENWICK & WEST LLP

By: */s/ Patrick E. Premo*
Patrick E. Premo

Attorneys for Defendants and Counterclaimants, AMBU A/S, AMBU INC., AND AMBU LTD.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.2 on September 9, 2009.

By: */s/ Patrick E. Premo*

Patrick E. Premo
E-mail: ppremo@fenwick.com

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW